**GARWIN GERSTEIN & FISHER LLP**
COUNSELORS AT LAW
88 PINE STREET
NEW YORK, NY  10005
TELEPHONE: (212) 398-0055
FAX: (212) 764-6620
SENDER'S E-MAIL: khennings@garwingerstein.com

BRUCE E. GERSTEIN
SCOTT W. FISHER
JOSEPH OPPER

**OF COUNSEL**
NOAH H. SILVERMAN

SIDNEY L. GARWIN
 (1908-1980)
--
ELENA K. CHAN
EPHRAIM R. GERSTEIN
JONATHAN M. GERSTEIN
KIMBERLY M.  HENNINGS
DAN LITVIN
ANNA TYDNIOUK

October 19, 2015

**VIA ECF**

Honorable Colleen McMahon
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:    Request for Extension of Time to Response in *JM Smith Corp. et al., v. Actavis, plc. et al.*, Case No. 15-cv-7488 (CM)

Dear Judge McMahon:

I represent Direct Purchaser Plaintiffs in the above-captioned matter. On October 19, 2015, we submitted a Waiver of Service of Summons signed by Defendants Actavis, plc reflecting the parties' agreement that the deadline for Defendants Actavis, plc and Forest Laboratories, LLC to answer, move or otherwise respond to the Complaint in this matter would be January 20, 2016, which corresponds with the deadline in the Indirect Purchaser Plaintiffs' action (*Sergeants Benevolent Ass'n v. Actavis plc*, 15-cv-6549-CM). The waiver of service is for a non-U.S. defendant who is entitled to 90 days to respond to the Complaint under Federal Rule of Civil Procedure 4. However, the deadline for Defendant Actavis, plc to respond to the Complaint was set on the Court's docket as January 11, 2016. Direct Purchaser Plaintiffs previously served Forest Laboratories, LLC, and the deadline for Defendant Forest Laboratories, LLC to respond to the Complaint was set on the docket as October 20, 2015.  Accordingly, we are writing to request an extension of those deadlines until January 20, 2016 to reflect the agreement between Plaintiffs and the U.S. and non-U.S. Defendants listed above. I have communicated with Kristen O'Shaughnessy, counsel for Actavis, plc and Forest Laboratories, LLC in this matter, who agrees with this request.

There have been no prior requests for extensions of time in this matter.

        Respectfully submitted,

        <u>/s/ Kimberly Hennings</u>

        Garwin Gerstein & Fisher LLP
        88 Pine Street
        New York, NY 10005
        (212) 398-0055
        khennings@garwingerstein.com