UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JM SMITH CORPORATION d/b/a, SMITH DRUG COMPANY, on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>ACTAVIS, PLC,<br>FOREST LABORATORIES, LLC, MERZ GMBH & CO. KGAA, MERZ PHARMA GMBH & CO. KGAA and MERZ PHARMACEUTICALS GMBH<br><br>   Defendants. | C.A. No. 15-cv-7488 |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated December 22, 2015, the accompanying Declaration of Kristen O'Shaughnessy, and the exhibits attached thereto, Defendants Actavis, plc, Forest Laboratories, LLC, Merz GmbH & Co. KGaA, Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals GmbH will move this Court, before the Honorable Colleen McMahon, United States District Judge, located at the United States Courthouse, 500 Pearl Street, Room 1640, at a date and time to be determined by the Court, for an Order dismissing the above-captioned Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully request that oral argument be heard on this Motion pursuant to Local Rule 6.1.

Dated: December 22, 2015

Respectfully submitted,

/s/ Martin M. Toto

Martin M. Toto
Jack E. Pace III
Kristen O'Shaughnessy
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

J. Mark Gidley
Peter J. Carney (pro hac pending)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel for Actavis, plc, and Forest Laboratories, LLC, Merz Pharmaceuticals GmbH, Merz GmbH & Co. KGaA, and Merz Pharma GmbH & Co. KGaA*