UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE NAMENDA DIRECT PURCHASER ANTITRUST LITIGATION** | Civil Action No. 1:15-CV-07488-CM<br><br>**Filed Under Seal** |

**MEMORANDUM OF LAW IN SUPPORT OF DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR COLLATERAL ESTOPPEL AND PARTIAL SUMMARY JUDGMENT ON COUNT ONE**

**FILED UNDER SEAL**