UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JM SMITH CORPORATION d/b/a Smith Drug Company, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*<br><br>v.<br><br>ACTAVIS, PLC, FOREST LABORATORIES, LLC, MERZ GMBH & CO. KGAA, MERZ PHARMACEUTICALS GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH<br><br>*Defendants* | Civil Action No. 1:15-CV-07488-CM-JCF<br><br>JURY TRIAL DEMANDED<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 9/27/17 |

## [PROPOSED] THIRD AMENDED CASE MANAGEMENT ORDER

**WHEREAS** the Parties have reached agreement on an amended schedule governing this matter as set forth below, the Court hereby **ORDERS** the following timing and sequencing of events:

| ORIGINAL DATE | MODIFIED DATE | PROPOSED REVISED DATE | EVENT |
|---|---|---|---|
| October 27, 2016 | | | Parties serve initial disclosures |
| April 7, 2017 | | | Deadline to amend pleadings, add parties, claims or defenses except upon a showing of good cause. |
| Jan. 3, 2017 | | | Defendants will produce documents collected and produced to the New York Attorney General or any other State or Federal agency in connection with any alleged anticompetitive product hop from Namenda IR to Namenda XR. |

| | | | |
|---|---|---|---|
| Jan. 9, 2017 | | | Defendants will produce all discovery requests and responses, deposition transcripts, unredacted court opinions, and the record from the evidentiary hearing on plaintiff's motion for a preliminary injunction held from November 10, 2014 to November 24, 2014, and on December 15, 2014 in *People of the State of New York v. Actavis, plc*, No. 14-cv-7473 (S.D.N.Y.). |
| April 3, 2017 | July 31, 2017 | | Document production will occur on a rolling basis. Parties must complete their production of information, document and/or things by this date. |
| May 12, 2017 | | | Pursuant to Local Civil Rule 33.3, parties may serve contention interrogatories no earlier than this date. |
| June 29, 2017 | July 21, 2017 | | All discovery requests must be served to be answerable by this date, except for requests for admission pertaining to the admissibility of evidence, to which this deadlines does not apply. |
| July 24, 2017 | September 15, 2017 | | Close of fact discovery<br><br>Last date for Parties to serve expert reports pertaining to any issue on which a Party carries the burden of proof. Plaintiffs to serve class expert reports and file a motion for class certification. |
| Aug. 28, 2017 | October 9, 2017 | | Last date for Parties to serve any opposition expert reports. Defendants file opposition to motions for class certification |
| Sept. 28, 2017 | October 23, 2017 | | Last date for Parties to serve any reply expert reports. Plaintiffs file reply in support of motion for class certification.<br><br>If any expert has not yet been deposed, that expert may be deposed until the end of expert discovery. |
| Oct. 17, 2017 | November 3, 2017 | November 10, 2017 | Close of expert discovery. |
| Oct. 24, 2017 | November 17, 2017 | | Last date to file summary judgment and *Daubert* motions. |
| Nov. 24. 2017 | December 11, 2017 | | Last date to file summary judgment and *Daubert* oppositions. |
| Dec. 11, 2017 | December 29, 2017 | | Last date to file summary judgment and *Daubert* replies. |
| TBD | | | If requested by the Court, hearing on motions for class certification, summary judgment, and *Daubert* motions. |
| Dec. 22, 2017 | January 12, | | Pre-trial Order in the form prescribed in the |

|  | 2018 |  | Court's Individual Rules ¶ V.B. Following submission of the joint pre-trial order, counsel will be notified of the date of the final pre-trial conference. *In limine* motions must be filed within five days of receiving notice of the final pre-trial conference; responses to *in limine* motions are due five days after the motions are made. |
|---|---|---|---|
| TBD |  |  | Trial |

SO ORDERED.

Dated: Sept. 27, 2017

*James C. Francis IV*
The Honorable James C. Francis
United States Magistrate Judge