# Exhibit 138
# (Filed Under Seal)

Case 1:08-cv-10021-LTS-DCF Document 248 Filed 12/22/08 Page 2 of 125 PageID #: 5451
Case 1:08-cv-00021-LPS Document 248 Filed 12/22/08 Page 2 of 125 PageID #: 5451

1

```
 1                 IN THE UNITED STATES DISTRICT COURT

 2                 IN AND FOR THE DISTRICT OF DELAWARE

 3                               - - -

 4    FOREST LABORATORIES, INC., et al.,   : CIVIL ACTION
                                           :
 5              Plaintiffs,                :
      v.                                   : (Consolidated)
 6                                         :
      COBALT LABORATORIES, INC., et al.,   :
 7                                         :
                Defendants.                : NO. 08-21 (GMS/LPS)
 8                               - - -

 9                       Wilmington, Delaware,
                 Monday, December 15, 2008 at 10:06 a.m.
10                   CLAIM CONSTRUCTION HEARING

11                               - - -

12    BEFORE:    HONORABLE LEONARD P. STARK, Magistrate Judge

13                               - - -
      APPEARANCES:
14
             MORRIS, NICHOLS ARSHT & TUNNELL, LLP
15           BY:  JACK B. BLUMENFELD, ESQ.

16                and

17           KIRKLAND & ELLIS, LLP
             BY:  JOHN M. DESMARAIS, P.C., ESQ.,
18                GERALD J. FLATTMANN, JR., ESQ., and
                  MELANIE R. RUPERT, ESQ.
19                (New York, New York)

20                and

21           JONES DAY
             BY:  F. DOMINIC CERRITO, ESQ., and
22                ERIC C. STOPS, ESQ.
                  (New York, New York)
23
                         Counsel for Plaintiffs
24

25                                     Brian P. Gaffigan
                                       Registered Merit Reporter
```