# Exhibit 143
# (Filed Under Seal)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 08-21-GMS-LPS |
| v. ) | (Consolidated) |
| ) | |
| COBALT LABORATORIES INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER OF DISMISSAL
## OF THE BARR DEFENDANTS

**WHEREAS**, Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals GmbH (collectively, "Plaintiffs"), initiated an action for patent infringement under 35 U.S.C., § 271(a), (b), (c) and (e)(2) against Defendants Barr Laboratories, Inc., Barr Pharmaceuticals, Inc., PLIVA d.d. and PLIVA-Hrvatska d.o.o. (collectively, the "Barr Defendants").

**WHEREAS**, Plaintiffs allege that the Barr Defendants have infringed U.S. Patent No. 5,061,703 under 35 U.S.C. § 271 (e)(2) by filing ANDA No. 90-045, and would infringe under 35 U.S.C. §271(a), (b) and/or (c) for the commercial use, offer for sale and sale generic products pursuant to ANDA No. 90-045.

**WHEREAS**, the Barr Defendants deny infringement of U.S. Patent No. 5,061,703 and allege that the patent is invalid.

**WHEREAS**, the Barr Defendants have withdrawn ANDA No. 90-045.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the above filed action, subject to approval of the Court, that:

1. All claims and counterclaims by and between Plaintiffs and the Barr Defendants are dismissed without prejudice.

2. Each party shall be responsible for its own fees and costs.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP       POTTER ANDERSON & CORROON LLP

By: */s/ Maryellen Noreika*
    Jack B. Blumenfeld (#1014)
    Maryellen Noreika (#3208)
    1201 North Market Street
    Wilmington, DE 19899
    (302) 658-9200
    jblumenfeld@mnat.com
    mnoreika@mnat.com

*Of Counsel*:
    John Desmarais
    Gerald J. Flattmann, Jr.
    Melanie R. Rupert
    KIRKLAND & ELLIS LLP
    Citigroup Center
    153 East 53rd Street
    New York, NY 10022
    (212) 446-4800

    F. Dominic Cerrito
    Daniel L. Malone
    Eric C. Stops
    JONES DAY
    222 East 41st Street
    New York, NY 10017
    (212) 326-3939

*Attorneys for Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., Merz Pharma GmbH & Co. KGAA and Merz Pharmaceuticals GmbH*

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    D. Fon Muttamara-Walker (#4646)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    fmuttamara-walker@potteranderson.com

*Of Counsel:*

    Thomas J. Meloro, Esq.
    Eugene L. Chang, Esq.
    Colman B. Ragan, Esq.
    WILLKIE FARR & GALLAGHER LLP
    787 Seventh Avenue
    New York, NY 10019
    (212) 728-8000 Telephone
    (212) 728-8111 Facsimile

*Attorneys for Defendants Barr Laboratories, Inc., PLIVA d.d. and PLIVA-Hrvatska d.o.o.*

SO ORDERED this _____ day of _____, 2009.

_____
    Gregory M. Sleet, Chief Judge