# Exhibit 153
# (Filed Under Seal)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FOREST LABORATORIES, INC., *et al.*,

          Plaintiffs,

vs.

COBALT LABORATORIES, INC., *et al.*,

          Defendants.

C.A. No. 08-021 (GMS) (LPS) (Consolidated)

## STIPULATION AND ORDER

The Court, upon the consent and request of Plaintiffs Forest Laboratories, Inc.,

Forest Laboratories Holdings Ltd., Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals

GmbH (collectively, "Plaintiffs") and Defendants Wockhardt USA, LLC (formerly known as

Wockhardt USA Inc.) and Wockhardt Limited (collectively, "Wockhardt"), hereby

acknowledges the following Stipulation and issues the following Order.

## STIPULATION

1.       This Court has subject matter jurisdiction over this patent infringement

action (the "Action") and personal jurisdiction over Plaintiffs and Wockhardt for purposes of this

action only.  Venue is proper in this Court as to Plaintiffs and Wockhardt as to this action only.

2.       In this Action, Plaintiffs have charged Wockhardt with infringement of

United States Patent No. 5,061,703 ("the '703 Patent") in connection with Wockhardt's

submission of Abbreviated New Drug Application ("ANDA") No. 90-073 directed to generic

tablets containing 5 milligrams or 10 milligrams of memantine hydrochloride per tablet to the

U.S. Food and Drug Administration ("FDA").

3.       In response to Plaintiffs' charges of patent infringement, Wockhardt has

alleged certain defenses and counterclaims, including that the '703 Patent is invalid,

unenforceable and/or would not be infringed by the proposed use of the generic tablet products

containing 5 milligrams or 10 milligrams of memantine hydrochloride that are the subject of

ANDA No. 90-073.  No decision has been obtained by either party from this Court regarding

these charges of infringement or these defenses and counterclaims.

4.       Wockhardt admits that the submission of ANDA No. 90-073 to the FDA

for the purpose of obtaining regulatory approval to engage in the commercial manufacture, use

and/or sale of generic tablets containing 5 milligrams or 10 milligrams of memantine

hydrochloride per tablet within the United States before the expiration of the '703 Patent was a

2

technical act of infringement of that patent under 35 U.S.C. § 271(e)(2)(A). This admission is without prejudice to Wockhardt's defenses and counterclaims in this Action that the '703 patent is invalid, unenforceable and/or that the use of the products described by ANDA No. 90-073 does not infringe that patent. This admission is further without prejudice to any claim, defense or counterclaim in any possible future action between Wockhardt and any of the Plaintiffs regarding the '703 patent and/or a generic memantine hydrochloride product other than the generic tablet products that are the subject of ANDA No. 90-073.

5.      Both parties have agreed that all other claims, defenses and counterclaims set forth in Plaintiffs' and Wockhardt's pleadings against each other, including the allegations and averments contained therein, should be dismissed, without prejudice.

## ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiffs and Wockhardt, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.      The filing of ANDA No. 90-073 was a technical act of infringement of the '703 Patent under 35 U.S.C. § 271(e)(2)(A). No decision of the Court has been obtained by either party regarding the presumptive validity of the '703 patent and/or whether the use of the products described by ANDA No. 90-073 infringes that patent.

2.      All other claims, defenses and counterclaims set forth in Plaintiffs' and Wockhardt's pleadings against each other, including the allegations and averments contained therein, are hereby dismissed, without prejudice.

3.      Wockhardt, its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell

3

or selling within the United States, or importing into the United States, the generic tablet products containing 5 milligrams or 10 milligrams of memantine hydrochloride per tablet that are the subject of ANDA No. 90-073 during the life of the '703 Patent, including any extensions and pediatric exclusivities, absent a license agreement or other authorization by Plaintiffs, unless all of the claims of the '703 Patent are found invalid or unenforceable by a court decision from which no appeal has been or can be taken, other than a petition for a writ of certiorari to the U.S. Supreme Court.

    4.    Plaintiffs and Wockhardt each expressly waive any right to appeal or otherwise move for relief from this Stipulation And Order.

    5.    This Court retains jurisdiction over Plaintiffs and Wockhardt for purposes of enforcing this Stipulation And Order.

    6.    This Stipulation And Order shall finally resolve this Action between Plaintiffs and Wockhardt.

    7.    This Stipulation And Order is without prejudice to any claim, defense or counterclaim in any possible future action between Wockhardt and any of the Plaintiffs regarding the '703 patent and/or a generic memantine hydrochloride product other than the generic tablet products that are the subject of ANDA No. 90-073.

    8.    The Clerk of the Court is directed to enter this Stipulation And Order forthwith.

**SO ORDERED:**

This ____11____ day of ____Sept.____, 2009

HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

4

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Kelly E. Farnan
_____
Jeffrey L. Moyer (#3309)
Kelly E. Farnan (#4395)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
farnan@rlf.com

*Attorneys for Wockhardt USA Inc. and
Wockhardt Limited*