# Exhibit 154
# (Filed Under Seal)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

FOREST LABORATORIES, INC., et al., )
)
       Plaintiffs, )
) C.A. No. 08-021 (GMS) (LPS)
v. ) (Consolidated)
)
COBALT LABORATORIES INC., et al., )
)
       Defendants. )

## STIPULATION AND ORDER OF DISMISSAL OF THE GENPHARM DEFENDANTS

**WHEREAS**, Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals GmbH (collectively, "Plaintiffs"), initiated an action for patent infringement under 35 U.S.C., § 271(a), (b), (c) and (e)(2) against Defendants Genpharm ULC (as successor to Genpharm Inc.) and Genpharm L.P. (collectively "the Genpharm Defendants").

**WHEREAS**, Plaintiffs allege that the Genpharm Defendants have infringed U.S. Patent No. 5,061,703 under 35 U.S.C. § 271 (e)(2) by filing ANDA No. 90-050, and would infringe under 35 U.S.C. §§ 271(a), (b) and/or (c) for the commercial use, offer for sale and sale of generic products pursuant to ANDA No. 90-050.

**WHEREAS**, the Genpharm Defendants deny infringement of U.S. Patent No. 5,061,703 and allege that the patent is invalid.

**WHEREAS**, the Genpharm Defendants have withdrawn ANDA No. 90-050.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the above filed action, subject to approval of the Court, that:

1.  All claims and counterclaims by and between Plaintiffs and the Genpharm Defendants are dismissed without prejudice.

2.  Each party shall be responsible for its own fees and costs.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Maryellen Noreika | /s/ David E. Moore |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Of Counsel*:<br>John Desmarais<br>Gerald J. Flattmann, Jr.<br>Melanie R. Rupert<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>F. Dominic Cerrito<br>Eric C. Stops<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br>(212) 326-3939 | *Of Counsel*<br>Ron E. Shulman<br>Terry Kearney<br>Roger Chin<br>Nicole Stafford<br>Lorelei Westin<br>WILSON SONSINI GOODRICH &<br>ROSATI PC<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>(650) 493-9300<br><br>*Attorneys for Defendants Genpharm ULC (as successor to Genpharm Inc.) and Genpharm L.P.* |
| *Attorneys for Plaintiffs* | |

SO ORDERED, this _____ day of _____, 2009.

_____
U.S.D.J

2