# Exhibit 157
# (Filed Under Seal)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FOREST LABORATORIES, INC., *et al.*,

        Plaintiffs,

vs.

COBALT LABORATORIES, INC., *et al.*,

        Defendants.

C.A. No. 08-021 (GMS) (LPS) (Consolidated)

**STIPULATION AND ORDER**

The Court, upon the consent and request of Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings Ltd., Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals GmbH (collectively, "Plaintiffs") and Defendant Cobalt Laboratories Inc. ("Cobalt"), hereby acknowledges the following Stipulation and issues the following Order.

## STIPULATION

1. This Court has subject matter jurisdiction over this patent infringement action (the "Action") and personal jurisdiction over Plaintiffs and Cobalt. Venue is proper in this Court as to Plaintiffs and Cobalt.

2. In this Action, Plaintiffs have charged Cobalt with infringement of United States Patent No. 5,061,703 ("the '703 Patent") in connection with Cobalt's submission of Abbreviated New Drug Application ("ANDA") No. 90-042 directed to generic tablets containing 5 milligrams or 10 milligrams of memantine hydrochloride per tablet to the U.S. Food and Drug Administration ("FDA").

3. In response to Plaintiffs' charges of patent infringement, Cobalt has alleged certain defenses and counterclaims, including that the '703 Patent is invalid, unenforceable and/or not infringed by the generic tablet products containing 5 milligrams or 10 milligrams of memantine hydrochloride that are the subject of ANDA No. 90-042. No decision has been obtained by either party from this Court regarding these charges of infringement or these defenses and counterclaims.

4. Cobalt has not rebutted the statutory presumption that the '703 Patent is valid and enforceable in this Action. This admission is without prejudice to Cobalt's defenses and counterclaims that the '703 Patent is invalid, unenforceable and/or not infringed.

5. Cobalt admits that the submission of ANDA No. 90-042 to the FDA for the purpose of obtaining regulatory approval to engage in the commercial manufacture, use

and/or sale of generic tablets containing 5 milligrams or 10 milligrams of memantine hydrochloride per tablet within the United States before the expiration of the '703 Patent was a technical act of infringement of that patent under 35 U.S.C. § 271(e)(2)(A). This admission is without prejudice to Cobalt's defenses and counterclaims that the '703 Patent is invalid, unenforceable and/or that the product described by ANDA No. 90-042 does not infringe that patent. This admission is further without prejudice to any claim, defense or counterclaim in any possible future action between Cobalt and any of Plaintiffs regarding the '703 patent and/or a generic memantine product other than the generic tablet products that are the subject of ANDA No. 90-042.

6. Both parties have agreed that all other claims, defenses and counterclaims set forth in Plaintiffs' and Cobalt's pleadings against each other, including the allegations and averments contained therein, should be dismissed, without prejudice.

### ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiffs and Cobalt, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The filing of ANDA No. 90-042 was a technical act of infringement of the '703 Patent under 35 U.S.C. § 271(e)(2)(A). No decision of the Court has been obtained by either party regarding the presumptive validity or enforceability of the '703 Patent and/or whether the use of the products described by ANDA No. 90-042 infringes that patent.

2. All other claims, defenses and counterclaims set forth in Plaintiffs' and Cobalt's pleadings against each other, including the allegations and averments contained therein, are hereby dismissed, without prejudice.

3. Cobalt, its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by

3

personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell or selling within the United States, or importing into the United States, the generic tablet products containing 5 milligrams or 10 milligrams of memantine hydrochloride per tablet that are the subject of ANDA No. 90-042 during the life of the '703 Patent, including any extensions and pediatric exclusivities, absent a license agreement or other authorization by Plaintiffs, unless all of the asserted and/or adjudicated claims of the '703 Patent are found invalid or unenforceable by a court decision from which no appeal has been or can be taken, other than a petition for a writ of certiorari to the U.S. Supreme Court.

4. Plaintiffs and Cobalt each expressly waive any right to appeal or otherwise move for relief from this Stipulation And Order.

5. This Court retains jurisdiction over Plaintiffs and Cobalt for purposes of enforcing this Stipulation And Order.

6. This Stipulation And Order shall finally resolve this Action between Plaintiffs and Cobalt.

7. This Stipulation and Order is without prejudice to any claim, defense or counterclaim in any possible future action between Cobalt and any of Plaintiffs regarding the '703 patent and/or a generic memantine product other than the generic tablet products that are the subject of ANDA No. 90-042.

8. The Clerk of the Court is directed to enter this Stipulation And Order forthwith.

SO ORDERED:

This 20th day of Oct., 2009

HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

4

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| /s/ Maryellen Noreika | /s/ Mary B. Matterer |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Plaintiffs* | Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>Amy A. Quinlan (#3021)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br>aquinlan@morrisjames.com<br><br>*Attorneys for Cobalt Laboratories, Inc.* |