# Exhibit 160
# (Filed Under Seal)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

FOREST LABORATORIES, INC., *et al.*,    )
             )
    Plaintiffs,      )  C.A. No. 08-021 (GMS) (LPS) (Consolidated)
             )
vs.             )
             )
LUPIN PHARMACEUTICALS, INC., *et al.*,  )
             )
    Defendants.     )
             )

## STIPULATION AND ORDER

    The Court, upon the consent and request of Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings Ltd., Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals GmbH (collectively, "Plaintiffs") and Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "DRL"), hereby acknowledges the following Stipulation and issues the following Order.

## STIPULATION

    1.  In this Action, Plaintiffs have charged DRL with infringement of U.S. Patent No. 5,061,703 ("the '703 Patent") in connection with DRL's submission of Abbreviated New Drug Application ("ANDA") No. 90-048 directed to generic tablets containing 5 milligrams or 10 milligrams of memantine hydrochloride per tablet to the U.S. Food and Drug Administration ("FDA").

    2.  In response to Plaintiffs' charges of patent infringement, DRL has alleged certain defenses and counterclaims, including that the '703 Patent is invalid and/or not infringed by the generic tablet products containing 5 milligrams or 10 milligrams of memantine hydrochloride that are the subject of ANDA No. 90-048. No decision has been obtained by

either party from this Court regarding these charges of infringement or these defenses and counterclaims.

        3.    Plaintiffs and DRL jointly request that the Court stay this Action with respect to DRL and adjourn all currently scheduled dates in this Action with respect to DRL, in view of the parties' settlement negotiations.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3028)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br>*Attorneys for Plaintiffs* | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>*Attorneys for Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* |

## ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiffs and DRL, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

        1.    This Action is stayed with respect to DRL.

        2.    All currently scheduled dates in this Action with respect to DRL are adjourned.

**SO ORDERED** this _____ day of _____, 2009

                                            HONORABLE LEONARD P. STARK
                                            UNITED STATES DISTRICT JUDGE

# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

November 16, 2009

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

The Honorable Leonard P. Stark   *VIA ELECTRONIC FILING*
United States District Court
 For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:  *Forest Laboratories, Inc. et al. v. Cobalt Laboratories, Inc., et al.*
C.A. No. 08-021-GMS-LPS (Consolidated)

Dear Judge Stark:

Enclosed is a stipulation seeking to stay the litigation as to DRL in light of settlement discussions. Counsel are available to discuss or to answer any questions the Court may have.

Respectfully,

/s/ *Maryellen Noreika*

Maryellen Noreika (#3208)

MN/dlb
cc: Clerk of the Court (Via Hand Delivery)
    All Counsel of Record (Via Electronic Mail)