# Exhibit 186
# (Filed Under Seal)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

MAR - 3 2009

Patrick Sage
The Firm of Hueschen and Sage
Seventh Floor, Kalamazo Building
107 West Michigan Ave.
Kalamazoo, MI 49007

In Re: Patent Term Extension
Application for
U.S. Patent No. 5,061,703

## NOTICE OF FINAL DETERMINATION

A determination has been made that U.S. Patent No. 5,061,703, which claims a method of using the human drug product NAMENDA® (memantine hydrocholoride), is eligible for patent term extension under 35 U.S.C. § 156. The period of extension has been determined to be 5 years.

A single request for reconsideration of this final determination as to the length of extension of the term of the patent may be made if filed within <u>one month</u> of the date of this notice. Extensions of time under 37 CFR § 1.136(a) are not applicable to this time period. In the absence of such request for reconsideration, the Director will issue a certificate of extension, under seal, for a period of 5 years.

The period of extension, if calculated using the Food and Drug Administration determination of the length of the regulatory review period published in the Federal Register of June 5, 2007 (72 Fed. Reg. 31075), would be 2,336 days. Under 35 U.S.C. § 156(c):

Period of Extension = ½ (Testing Phase) + Approval Phase
= ½ (4,699 days- 630 days) + 302 days
= 2,336 days (6.4 years)

Since the regulatory review period began February 7, 1990, before the patent issued (October 29, 1991), only that portion of the regulatory review period occurring after the date the patent issued has been considered in the above determination of the length of the extension period 35 U.S.C. § 156(c). (From February 7, 1990, to and including, October 29, 1991, is 630 days; this period is subtracted for the number of days occurring in the testing phase according to the FDA determination of the length of the regulatory review period.) No determination of a lack of due diligence under 35 U.S.C. § 156(c)(1) was made.

The five year limitation of 35 U.S.C. § 156(g)(6)(A) applies in the present situation because the patent was issued after the date of enactment of 35 U.S.C. § 156. Since the period of extension calculated under 35 U.S.C. § 156(c) for the patent cannot exceed five years under 35 U.S.C. § 156(g)(6)(A), the period of extension will be for five years.

The 14 year limitation of 35 U.S.C. § 156(c)(3) does not operate to further reduce the period of extension determined above.

Upon issuance of the certificate of extension, the following information will be published in the Official Gazette:

U.S. Patent No.:          5,061,703

Granted:                  October 29, 1991

HIGHLY CONFIDENTIAL

FRX-AT-04547818

U.S. Patent No. 5,061,703                                                    Page 2

    Original Expiration Date[1]:        April 11, 2010

    Applicant:        Joachim Bormann, et al.

    Owner of Record:        Merz Pharma GMBH & Co. KGAA

    Title:        Adamantane Derivatives in the Prevention and Treatment of Cerebral Ischemia

    Product Trade Name:        NAMENDA® (memantine hydrocholoride)

    Term Extended:        5 years

    Expiration Date of Extension:        April 11, 2015

---

[1]Subject to the provisions of 35 U.S.C. § 41(b).

HIGHLY CONFIDENTIAL

FRX-AT-04547819

U.S. Patent No. 5,061,703                                                    Page 3

Any correspondence with respect to this matter should be addressed as follows:

By mail:       Mail Stop Hatch-Waxman PTE        By FAX:       (571) 273-7755
               Commissioner for Patents
               P.O. Box 1450
               Alexandria, VA 22313-1450.

Telephone inquiries related to this determination should be directed to the undersigned at (571) 272-7755.

Mary C. Till
Legal Advisor
Office of Patent Legal Administration
Office of the Deputy Commissioner
  for Patent Examination Policy


cc:       Office of Regulatory Policy                  RE:      NAMENDA® (memantine
          Food and Drug Administration                          hydrocholoride)
          10903 New Hampshire Ave., Bldg. 51, Rm. 6222  FDA Docket No.:      2006E-0332
          Silver Spring, MD  20993-0002

          Attention: Beverly Friedman

HIGHLY CONFIDENTIAL                                                    FRX-AT-04547820