# Exhibit 187
# (Filed Under Seal)

# UNITED STATES PATENT AND TRADEMARK OFFICE

(12)         CERTIFICATE EXTENDING PATENT TERM
             UNDER 35 U.S.C. § 156

(68) PATENT NO.        : 5,061,703
(45) ISSUED            : October 29, 1991
(75) INVENTOR          : Joachim Bormann, et al.
(73) PATENT OWNER      : Merz Pharma GmbH & Co. KGaA
(95) PRODUCT           : NAMENDA® (memantine hydrocholoride)

This is to certify that an application under 35 U.S.C. § 156 has been filed in the United States Patent and Trademark Office, requesting extension of the term of U.S. Patent No. 5,061,703 based upon the regulatory review of the product NAMENDA® (memantine hydrocholoride) by the Food and Drug Administration. Since it appears that the requirements of the law have been met, this certificate extends the term of the patent for the period of

(94)                           5 years

from April 11, 2010, the original expiration date of the patent, subject to the payment of maintenance fees as provided by law, with all rights pertaining thereto as provided by 35 U.S.C. § 156(b).



I have caused the seal of the United States Patent and Trademark Office to be affixed this 18th day of March 2009.

JOHN J. DOLL
Acting Under Secretary of Commerce for Intellectual Property and
Acting Director of the United States Patent and Trademark Office

HIGHLY CONFIDENTIAL                                         FRX-AT-03879201