# Exhibit 215
# (Filed Under Seal)

 

## Horizon Blue Cross Blue Shield of New Jersey

# Horizon Medicare Blue Patient-Centered w/Rx (HMO)

# 2015 Formulary

# (List of Covered Drugs)

### PLEASE READ: THIS DOCUMENT CONTAINS INFORMATION
### ABOUT THE DRUGS WE COVER IN THIS PLAN

Formulary ID: 15036, Version: 7

This formulary was updated on August 8, 2014. For more recent information or other questions please contact Horizon Blue Cross Blue Shield of New Jersey at 1-800-391-1906 or, for TTY/TDD users, 711. Hours are Monday through Sunday, open 24 hours, or visit www.horizonblue.com/ma-drug-search.

This information is available for free in other languages. Please contact our Member Services number at 1-800-391-1906 for additional information. (TTY/TDD users should call 711). Hours are Monday through Sunday, open 24 hours.

Esta información está disponible en forma gratuita en otros idiomas.  Sírvase llamar a Servicios para Miembros al 1-800-391-1906 para obtener información adicional.  (Los usuarios de TTY/TDD deben llamar al 711) Nuestro horario es de lunes a domingo, Abierto las 24 horas.

Y0090_HORFORM152  Accepted

PX248

HIGHLY CONFIDENTIAL                                                          FRX-AT-01778749

2015

| Drug Name | Drug Tier | B or D | Prior Authorization | Quantity Limits † | Step Therapy |
|---|---|---|---|---|---|
| galantamine hydrobromide cap sr 24hr 24 mg | 2 | | | | |
| galantamine hydrobromide cap sr 24hr 8 mg | 2 | | | | |
| galantamine hydrobromide oral soln 4 mg/ml | 2 | | | | |
| galantamine hydrobromide tab 12 mg | 2 | | | | |
| galantamine hydrobromide tab 4 mg | 2 | | | | |
| galantamine hydrobromide tab 8 mg | 2 | | | | |
| NAMENDA - memantine hcl tab 5 mg | 3 | | | | |
| NAMENDA - memantine hcl tab 10 mg | 3 | | | | |
| NAMENDA - memantine hcl oral solution 2 mg/ml | 3 | | | | |
| NAMENDA QUANTITATION PAK - memantine hcl tab 5 mg (28) & 10 mg (21) titration pak | 3 | | | | |
| NAMENDA XR - memantine hcl cap sr 24hr 7 mg | 3 | | | | |
| NAMENDA XR - memantine hcl cap sr 24hr 14 mg | 3 | | | | |
| NAMENDA XR - memantine hcl cap sr 24hr 21 mg | 3 | | | | |
| NAMENDA XR - memantine hcl cap sr 24hr 28 mg | 3 | | | | |
| NAMENDA XR TITRATION PACK - memantine hcl cap sr 24hr 7 mg & 14 mg & 21 mg & 28 mg pack | 3 | | | | |

| Drug Name | Drug Tier | B or D | Prior Authorization | Quantity Limits † | Step Therapy |
|---|---|---|---|---|---|
| rivastigmine tartrate cap 1.5 mg | 2 | | | | |
| rivastigmine tartrate cap 3 mg | 2 | | | | |
| rivastigmine tartrate cap 4.5 mg | 2 | | | | |
| rivastigmine tartrate cap 6 mg | 2 | | | | |
| **Antidepressants** | | | | | |
| ABILIFY - aripiprazole tab 2 mg | 5 | | | • | |
| ABILIFY - aripiprazole tab 5 mg | 5 | | | • | |
| ABILIFY - aripiprazole tab 10 mg | 5 | | | • | |
| ABILIFY - aripiprazole tab 15 mg | 5 | | | • | |
| ABILIFY - aripiprazole tab 20 mg | 5 | | | • | |
| ABILIFY - aripiprazole tab 30 mg | 5 | | | • | |
| ABILIFY - aripiprazole oral solution 1 mg/ml | 5 | | | • | |
| ABILIFY - aripiprazole im inj 9.75 mg/1.3ml (7.5 mg/ml) | 4 | | | • | |
| ABILIFY DISCMELT - aripiprazole orally disintegrating tab 10 mg | 5 | | | • | |
| ABILIFY DISCMELT - aripiprazole orally disintegrating tab 15 mg | 5 | | | • | |
| ABILIFY MAINTENA - aripiprazole im for extended release susp 300 mg | 5 | | | • | |
| ABILIFY MAINTENA - aripiprazole im for extended release susp 400 mg | 5 | | | • | |
| amitriptyline hcl tab 10 mg# | 4 | | • | | |
| amitriptyline hcl tab 100 mg# | 4 | | • | | |
| amitriptyline hcl tab 150 mg# | 4 | | • | | |
| amitriptyline hcl tab 25 mg# | 4 | | • | | |
| amitriptyline hcl tab 50 mg# | 4 | | • | | |

You can find information on what the symbols and abbreviations on this table mean by going to the beginning of this table.

1 = Preferred Generic Drugs    2 = Non-Preferred Generic Drugs    3 = Preferred Brand Drugs

4 = Non-Preferred Brand Drugs    5 = Specialty Drugs    • = Utilization Management (UM)

X = Drugs that may be covered by Medicare Part B or Medicare Part D depending on the circumstance

† = Quantity limit restrictions for these drugs are listed beginning on page 74

* = Limited Distribution Drug    # = High Risk Medication (HRM)

12

| Drug Name | Drug Tier | B or D | Prior Authorization | Quantity Limits † | Step Therapy | | Drug Name | Drug Tier | B or D | Prior Authorization | Quantity Limits † | Step Therapy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| amitriptyline hcl tab 75 mg# | 4 | | • | | | | clomipramine hcl cap 50 mg# | 4 | | • | | |
| AMOXAPINE - amoxapine tab 25 mg | 4 | | | | | | clomipramine hcl cap 75 mg# | 4 | | • | | |
| AMOXAPINE - amoxapine tab 50 mg | 4 | | | | | | desipramine hcl tab 10 mg | 2 | | | | |
| AMOXAPINE - amoxapine tab 100 mg | 4 | | | | | | desipramine hcl tab 100 mg | 2 | | | | |
| AMOXAPINE - amoxapine tab 150 mg | 4 | | | | | | desipramine hcl tab 150 mg | 2 | | | | |
| BRINTELLIX - vortioxetine hbr tab 5 mg | 4 | | | • | | | desipramine hcl tab 25 mg | 2 | | | | |
| BRINTELLIX - vortioxetine hbr tab 10 mg | 4 | | | • | | | desipramine hcl tab 50 mg | 2 | | | | |
| BRINTELLIX - vortioxetine hbr tab 20 mg | 4 | | | • | | | desipramine hcl tab 75 mg | 2 | | | | |
| bupropion hcl tab sr 12hr 100 mg | 2 | | | • | | | doxepin hcl cap 10 mg# | 4 | | • | | |
| bupropion hcl tab sr 12hr 150 mg | 2 | | | • | | | doxepin hcl cap 100 mg# | 4 | | • | | |
| bupropion hcl tab sr 12hr 200 mg | 2 | | | • | | | doxepin hcl cap 150 mg# | 4 | | • | | |
| bupropion hcl tab sr 24hr 150 mg | 2 | | | • | | | doxepin hcl cap 25 mg# | 4 | | • | | |
| bupropion hcl tab sr 24hr 300 mg | 2 | | | • | | | doxepin hcl cap 50 mg# | 4 | | • | | |
| bupropion hcl tab 100 mg | 2 | | | • | | | doxepin hcl conc 10 mg/ml# | 4 | | • | | |
| bupropion hcl tab 75 mg | 2 | | | • | | | duloxetine hcl enteric coated pellets cap 20 mg | 2 | | | • | |
| citalopram hydrobromide oral soln 10 mg/5ml | 2 | | | • | | | duloxetine hcl enteric coated pellets cap 30 mg | 2 | | | • | |
| citalopram hydrobromide tab 10 mg | 1 | | | • | | | duloxetine hcl enteric coated pellets cap 60 mg | 2 | | | • | |
| citalopram hydrobromide tab 20 mg | 1 | | | • | | | EMSAM - selegiline td patch 24hr 6 mg/24hr | 5 | | | | |
| citalopram hydrobromide tab 40 mg | 1 | | | • | | | EMSAM - selegiline td patch 24hr 9 mg/24hr | 5 | | | | |
| clomipramine hcl cap 25 mg# | 4 | | • | | | | EMSAM - selegiline td patch 24hr 12 mg/24hr | 5 | | | | |
| | | | | | | | escitalopram oxalate soln 5 mg/5ml | 2 | | | • | |
| | | | | | | | escitalopram oxalate tab 10 mg | 1 | | | • | |
| | | | | | | | escitalopram oxalate tab 20 mg | 1 | | | • | |

You can find information on what the symbols and abbreviations on this table mean by going to the beginning of this table.

1 = Preferred Generic Drugs     2 = Non-Preferred Generic Drugs     3 = Preferred Brand Drugs

4 = Non-Preferred Brand Drugs     5 = Specialty Drugs     • = Utilization Management (UM)

X = Drugs that may be covered by Medicare Part B or Medicare Part D depending on the circumstance

† = Quantity limit restrictions for these drugs are listed beginning on page 74

* = Limited Distribution Drug     # = High Risk Medication (HRM)

13

Case 1:15-cv-07488-CM-RWL  Document 467-70  Filed 12/22/17  Page 5 of 5

| Drug Name | Drug Tier | B or D | Prior Authorization | Quantity Limits † | Step Therapy |
|---|---|---|---|---|---|
| escitalopram oxalate tab 5 mg | 1 | | | ● | |
| FETZIMA - levomilnacipran hcl cap sr 24hr 20 mg | 4 | | | ● | |
| FETZIMA - levomilnacipran hcl cap sr 24hr 40 mg | 4 | | | ● | |
| FETZIMA - levomilnacipran hcl cap sr 24hr 80 mg | 4 | | | ● | |
| FETZIMA - levomilnacipran hcl cap sr 24hr 120 mg | 4 | | | ● | |
| FETZIMA TITRATION PACK - levomilnacipran hcl cap sr 24hr 20 & 40 mg therapy pack | 4 | | | ● | |
| fluoxetine hcl cap 10 mg | 1 | | | ● | |
| fluoxetine hcl cap 20 mg | 1 | | | ● | |
| fluoxetine hcl cap 40 mg | 2 | | | ● | |
| fluoxetine hcl solution 20 mg/5ml | 2 | | | ● | |
| fluoxetine hcl tab 10 mg | 2 | | | ● | |
| fluoxetine hcl tab 20 mg | 2 | | | ● | |
| fluvoxamine maleate tab 100 mg | 2 | | | ● | |
| fluvoxamine maleate tab 25 mg | 2 | | | ● | |
| fluvoxamine maleate tab 50 mg | 2 | | | ● | |
| imipramine hcl tab 10 mg# | 4 | | ● | | |
| imipramine hcl tab 25 mg# | 4 | | ● | | |
| imipramine hcl tab 50 mg# | 4 | | ● | | |
| MAPROTILINE HCL - maprotiline hcl tab 25 mg | 4 | | | ● | |
| MAPROTILINE HCL - maprotiline hcl tab 50 mg | 4 | | | ● | |
| MAPROTILINE HCL - maprotiline hcl tab 75 mg | 4 | | | ● | |

| Drug Name | Drug Tier | B or D | Prior Authorization | Quantity Limits † | Step Therapy |
|---|---|---|---|---|---|
| MARPLAN - isocarboxazid tab 10 mg | 4 | | | | |
| mirtazapine orally disintegrating tab 15 mg | 2 | | | ● | |
| mirtazapine orally disintegrating tab 30 mg | 2 | | | ● | |
| mirtazapine orally disintegrating tab 45 mg | 2 | | | ● | |
| mirtazapine tab 15 mg | 1 | | | ● | |
| mirtazapine tab 30 mg | 1 | | | ● | |
| mirtazapine tab 45 mg | 2 | | | ● | |
| mirtazapine tab 7.5 mg | 2 | | | ● | |
| NEFAZODONE HCL - nefazodone hcl tab 50 mg | 4 | | | | |
| NEFAZODONE HCL - nefazodone hcl tab 100 mg | 4 | | | | |
| NEFAZODONE HCL - nefazodone hcl tab 150 mg | 4 | | | | |
| NEFAZODONE HCL - nefazodone hcl tab 200 mg | 4 | | | | |
| nefazodone hcl tab 250 mg | 4 | | | | |
| NORTRIPTYLINE HCL - nortriptyline hcl soln 10 mg/5ml | 4 | | | | |
| nortriptyline hcl cap 10 mg | 1 | | | | |
| nortriptyline hcl cap 25 mg | 1 | | | | |
| nortriptyline hcl cap 50 mg | 1 | | | | |
| nortriptyline hcl cap 75 mg | 2 | | | | |
| paroxetine hcl tab sr 24hr 12.5 mg | 2 | | | ● | |
| paroxetine hcl tab sr 24hr 25 mg | 2 | | | ● | |

You can find information on what the symbols and abbreviations on this table mean by going to the beginning of this table.

1 = Preferred Generic Drugs     2 = Non-Preferred Generic Drugs     3 = Preferred Brand Drugs
4 = Non-Preferred Brand Drugs     5 = Specialty Drugs     ● = Utilization Management (UM)
X = Drugs that may be covered by Medicare Part B or Medicare Part D depending on the circumstance
† = Quantity limit restrictions for these drugs are listed beginning on page 74
* = Limited Distribution Drug     # = High Risk Medication (HRM)

HIGHLY CONFIDENTIAL                                                FRX-AT-01778768