# Exhibit 217
# (Filed Under Seal)

# 2015 Prescription Drug Guide

## Humana Formulary
List of covered drugs



HumanaChoice R5826-001
(Regional PPO)

Region 10
States of Alabama and Tennessee



**PLEASE READ: THIS DOCUMENT CONTAINS INFORMATION ABOUT THE DRUGS WE COVER IN THIS PLAN.**

This formulary was updated on 09/05/2014. For more recent information or other questions, please contact Humana at 1-800-457-4708 or, for TTY users, 711, 7 days a week, from 8 a.m. - 8 p.m. However, please note that our automated phone system may answer your call during weekends and holidays from Feb. 15 - Sept. 30. Please leave your name and telephone number, and we'll call you back by the end of the next business day, or visit Humana.com.



Y0040_PDG15_459C Approved

R5826001000PDG1508515C_v8

PX250

HIGHLY CONFIDENTIAL

FRX-AT-01779008

| DRUG NAME | TIER | UTILIZATION MANAGEMENT REQUIREMENTS |
|---|---|---|
| morphine sulf er 100 mg tablet MO | 3 | QL (180 per 30 days) |
| morphine sulf er 15 mg tablet MO | 3 | QL (120 per 30 days) |
| morphine sulf er 200 mg tablet MO | 3 | QL (90 per 30 days) |
| morphine sulf er 30 mg tablet MO | 3 | QL (120 per 30 days) |
| morphine sulf er 60 mg tablet MO | 3 | QL (120 per 30 days) |
| morphine sulfate 1 mg/ml vial MO | 3 | QL (3600 per 30 days) |
| morphine sulfate 25 mg/ml vial MO | 3 | QL (150 per 30 days) |
| morphine sulfate 25 mg/ml vl MO | 3 | QL (150 per 30 days) |
| morphine sulfate 50 mg/ml vial MO | 3 | QL (240 per 30 days) |
| morphine sulfate er 10 mg cap MO | 3 | QL (60 per 30 days) |
| morphine sulfate er 100 mg cap MO | 3 | QL (60 per 30 days) |
| morphine sulfate er 120 mg cap MO | 3 | QL (60 per 30 days) |
| morphine sulfate er 20 mg cap MO | 3 | QL (60 per 30 days) |
| morphine sulfate er 30 mg cap MO | 3 | QL (30 per 30 days) |
| morphine sulfate er 30 mg cap MO | 3 | QL (60 per 30 days) |
| morphine sulfate er 45 mg cap MO | 3 | QL (30 per 30 days) |
| morphine sulfate er 50 mg cap MO | 3 | QL (60 per 30 days) |
| morphine sulfate er 60 mg cap MO | 3 | QL (60 per 30 days) |
| morphine sulfate er 60 mg cap MO | 3 | QL (60 per 30 days) |
| morphine sulfate er 75 mg cap MO | 3 | QL (60 per 30 days) |
| morphine sulfate er 80 mg cap MO | 3 | QL (60 per 30 days) |
| morphine sulfate er 90 mg cap MO | 3 | QL (60 per 30 days) |
| morphine sulfate ir 15 mg tab MO | 3 | QL (180 per 30 days) |
| morphine sulfate ir 30 mg tab MO | 3 | QL (180 per 30 days) |
| nabumetone 500 mg tablet MO | 2 | |
| nabumetone 750 mg tablet MO | 2 | |
| nalbuphine 100 mg/10 ml vial MO | 4 | QL (240 per 30 days) |
| nalbuphine 200 mg/10 ml vial MO | 4 | QL (120 per 30 days) |
| NALFON 400 MG CAPSULE MO | 4 | |
| naloxone 0.4 mg/ml syringe MO | 2 | |
| naloxone 0.4 mg/ml vial MO | 2 | |
| naloxone 2 mg/2 ml syringe MO | 2 | |
| naltrexone 50 mg tablet MO | 2 | |
| NAMENDA 10 MG TABLET MO | 3 | PA,QL (60 per 30 days) |
| NAMENDA 10 MG/5 ML ORAL SOLUTION MO | 3 | PA,QL (360 per 30 days) |

Need more information about the indicators displayed by the drug names? Please go to page 9.

ST - Step Therapy • QL - Quantity Limit • PA - Prior Authorization • B vs D - Part B versus Part D

HIGHLY CONFIDENTIAL                                                                                                     FRX-AT-01779082

| DRUG NAME | TIER | UTILIZATION MANAGEMENT REQUIREMENTS |
|---|---|---|
| NAMENDA 5 MG TABLET MO | 3 | PA,QL (60 per 30 days) |
| NAMENDA TITRATION PAK 5 MG-10 MG TABLETS IN A DOSE PACK MO | 3 | PA,QL (98 per 30 days) |
| NAMENDA XR 14 MG CAPSULE SPRINKLE,ER 24HR MO | 3 | PA,QL (30 per 30 days) |
| NAMENDA XR 21 MG CAPSULE SPRINKLE,ER 24HR MO | 3 | PA,QL (30 per 30 days) |
| NAMENDA XR 28 MG CAPSULE SPRINKLE,ER 24HR MO | 3 | PA,QL (30 per 30 days) |
| NAMENDA XR 7 MG CAPSULE SPRINKLE,ER 24HR MO | 3 | PA,QL (30 per 30 days) |
| NAMENDA XR 7 MG-14 MG-21 MG-28 MG CAPSULE,SPRINKLE,ER 24HR,DOSE PACK MO | 3 | PA,QL (28 per 28 days) |
| naproxen 125 mg/5 ml suspen MO | 3 | |
| naproxen 250 mg tablet MO | 2 | |
| naproxen 375 mg tablet MO | 2 | |
| naproxen 500 mg tablet MO | 2 | |
| naproxen dr 375 mg tablet MO | 2 | |
| naproxen dr 500 mg tablet MO | 2 | |
| naproxen sodium 275 mg tab MO | 2 | |
| naproxen sodium 550 mg tab MO | 2 | |
| naratriptan hcl 1 mg tablet MO | 4 | QL (9 per 30 days) |
| naratriptan hcl 2.5 mg tablet MO | 4 | QL (9 per 30 days) |
| nefazodone hcl 100 mg tablet MO | 4 | |
| nefazodone hcl 150 mg tablet MO | 4 | |
| nefazodone hcl 200 mg tablet MO | 4 | |
| nefazodone hcl 250 mg tablet MO | 4 | |
| nefazodone hcl 50 mg tablet MO | 4 | |
| NEUPRO 1 MG/24 HOUR TRANSDERMAL 24 HOUR PATCH MO | 4 | QL (30 per 30 days) |
| NEUPRO 2 MG/24 HOUR TRANSDERMAL 24 HOUR PATCH MO | 4 | QL (30 per 30 days) |
| NEUPRO 3 MG/24 HOUR TRANSDERMAL 24 HOUR PATCH MO | 4 | QL (30 per 30 days) |
| NEUPRO 4 MG/24 HOUR TRANSDERMAL 24 HOUR PATCH MO | 4 | QL (30 per 30 days) |
| NEUPRO 6 MG/24 HOUR TRANSDERMAL 24 HOUR PATCH MO | 4 | QL (30 per 30 days) |
| NEUPRO 8 MG/24 HOUR TRANSDERMAL 24 HOUR PATCH MO | 4 | QL (30 per 30 days) |
| nortriptyline 10 mg/5 ml sol MO | 2 | |
| nortriptyline hcl 10 mg cap MO | 2 | |
| nortriptyline hcl 25 mg cap MO | 2 | |
| nortriptyline hcl 50 mg cap MO | 2 | |
| nortriptyline hcl 75 mg cap MO | 2 | |
| NUEDEXTA 20 MG-10 MG CAPSULE MO | 3 | QL (60 per 30 days) |
| NUVIGIL 150 MG TABLET MO | 4 | PA,QL (30 per 30 days) |

Need more information about the indicators displayed by the drug names? Please go to page 9.

ST - Step Therapy • QL - Quantity Limit • PA - Prior Authorization • B vs D - Part B versus Part D

76 – 2015 HUMANA FORMULARY UPDATED 09/2014

HIGHLY CONFIDENTIAL                                                                                                   FRX-AT-01779083

| DRUG NAME | TIER | UTILIZATION MANAGEMENT REQUIREMENTS |
|---|---|---|
| NUVIGIL 200 MG TABLET MO | 4 | PA,QL (30 per 30 days) |
| NUVIGIL 250 MG TABLET MO | 4 | PA,QL (30 per 30 days) |
| NUVIGIL 50 MG TABLET MO | 4 | PA,QL (60 per 30 days) |
| olanzapine 10 mg tablet MO | 3 | QL (30 per 30 days) |
| olanzapine 10 mg vial MO | 3 | QL (60 per 30 days) |
| olanzapine 15 mg tablet MO | 3 | QL (60 per 30 days) |
| olanzapine 2.5 mg tablet MO | 3 | QL (30 per 30 days) |
| olanzapine 20 mg tablet MO | 3 | QL (60 per 30 days) |
| olanzapine 5 mg tablet MO | 3 | QL (30 per 30 days) |
| olanzapine 7.5 mg tablet MO | 3 | QL (30 per 30 days) |
| olanzapine odt 10 mg tablet MO | 4 | QL (30 per 30 days) |
| olanzapine odt 15 mg tablet MO | 4 | QL (60 per 30 days) |
| olanzapine odt 20 mg tablet MO | 4 | QL (60 per 30 days) |
| olanzapine odt 5 mg tablet MO | 4 | QL (30 per 30 days) |
| ONFI 10 MG TABLET MO | 4 | PA,QL (60 per 30 days) |
| ONFI 2.5 MG/ML ORAL SUSPENSION MO | 4 | PA,QL (480 per 30 days) |
| ONFI 20 MG TABLET MO | 4 | PA,QL (60 per 30 days) |
| ONFI 5 MG TABLET MO | 4 | PA,QL (60 per 30 days) |
| OPANA ER 10 MG TABLET, CRUSH RESISTANT, EXTENDED RELEASE MO | 3 | QL (60 per 30 days) |
| OPANA ER 10 MG TABLET, CRUSH RESISTANT, EXTENDED RELEASE MO | 3 | QL (60 per 30 days) |
| OPANA ER 10 MG TABLET, CRUSH RESISTANT, EXTENDED RELEASE MO | 3 | QL (60 per 30 days) |
| OPANA ER 10 MG TABLET, CRUSH RESISTANT, EXTENDED RELEASE MO | 3 | QL (60 per 30 days) |
| OPANA ER 10 MG TABLET, CRUSH RESISTANT, EXTENDED RELEASE MO | 3 | QL (60 per 30 days) |
| OPANA ER 10 MG TABLET, CRUSH RESISTANT, EXTENDED RELEASE MO | 3 | QL (60 per 30 days) |
| OPANA ER 10 MG TABLET, CRUSH RESISTANT, EXTENDED RELEASE MO | 3 | QL (60 per 30 days) |
| OPANA ER 10 MG TABLET, CRUSH RESISTANT, EXTENDED RELEASE MO | 3 | QL (60 per 30 days) |
| OPANA ER 15 MG TABLET, CRUSH RESISTANT, EXTENDED RELEASE MO | 3 | QL (60 per 30 days) |
| OPANA ER 20 MG TABLET, CRUSH RESISTANT, EXTENDED RELEASE MO | 3 | QL (60 per 30 days) |
| OPANA ER 20 MG TABLET, CRUSH RESISTANT, EXTENDED RELEASE MO | 3 | QL (60 per 30 days) |
| OPANA ER 20 MG TABLET, CRUSH RESISTANT, EXTENDED RELEASE MO | 3 | QL (60 per 30 days) |
| OPANA ER 20 MG TABLET, CRUSH RESISTANT, EXTENDED RELEASE MO | 3 | QL (60 per 30 days) |
| OPANA ER 20 MG TABLET, CRUSH RESISTANT, EXTENDED RELEASE MO | 3 | QL (60 per 30 days) |
| OPANA ER 20 MG TABLET, CRUSH RESISTANT, EXTENDED RELEASE MO | 3 | QL (60 per 30 days) |
| OPANA ER 20 MG TABLET, CRUSH RESISTANT, EXTENDED RELEASE MO | 3 | QL (60 per 30 days) |
| OPANA ER 20 MG TABLET, CRUSH RESISTANT, EXTENDED RELEASE MO | 3 | QL (60 per 30 days) |

Need more information about the indicators displayed by the drug names? Please go to page 9.

ST - Step Therapy • QL - Quantity Limit • PA - Prior Authorization • B vs D - Part B versus Part D

HIGHLY CONFIDENTIAL                                                                                                         FRX-AT-01779084