# Exhibit 218
# (Filed Under Seal)

*Health Net Cal MediConnect Plan (Medicare-Medicaid Plan)*

# 2015 *List of*
# Covered Drugs *(Formulary)*

This drug list was updated on 10/1/2014. **If you have questions**, please call Health Net Cal MediConnect at 1-855-464-3571 for Los Angeles County or 1-855-464-3572 for San Diego County, TTY: 711, 24 hours a day, 7 days a week. The call is free. **For more information**, visit www.healthnet.com/calmediconnect.

Formulary ID: 15417 Version: 17
Material ID #H3237_2015_0095_A CMS Approved 09112014



HIGHLY CONFIDENTIAL

FRX-AT-01779208

| Name of drug | What the drug will cost you (tier level) | Necessary actions, restrictions, or limits on use |
|---|---|---|
| disulfiram tabs or 250 mg, 500 mg | $0-$2.65 (Tier 1) | MO |
| **Anti-Cataplectic Agents** | | |
| XYREM | $0-$6.60 (Tier 2) | LA |
| **Antidementia Agents** | | |
| ARICEPT  (*Use Donepezil Hydrochloride*) | NF | MO |
| ARICEPT ODT  (*Use Donepezil Hydrochloride*) | NF | MO |
| donepezil hydrochloride | $0-$2.65 (Tier 1) | MO |
| EXELON CAPS OR 1.5 MG, 3 MG, 4.5 MG, 6 MG (*Use Rivastigmine Tartrate*) | NF | MO |
| EXELON PT24 TD 13.3 MG/24HR, 4.6 MG/24HR, 9.5 MG/24HR | $0-$6.60 (Tier 2) | MO |
| galantamine hydrobromide | $0-$2.65 (Tier 1) | MO |
| NAMENDA SOLN 10 MG/5ML | $0-$6.60 (Tier 2) | PA; MO |
| NAMENDA TABS 10 MG, 5 MG | $0-$6.60 (Tier 2) | MO |
| NAMENDA TITRATION PAK | $0-$6.60 (Tier 2) | MO |

| Name of drug | What the drug will cost you (tier level) | Necessary actions, restrictions, or limits on use |
|---|---|---|
| RAZADYNE  (*Use Galantamine Hydrobromide*) | NF | MO |
| RAZADYNE ER  (*Use Galantamine Hydrobromide*) | NF | MO |
| rivastigmine tartrate | $0-$2.65 (Tier 1) | MO |
| **Combination Psychotherapeutics** | | |
| chlordiazepoxide/amitriptyline | $0-$2.65 (Tier 1) | AL; MO |
| olanzapine-fluoxetine hcl | $0-$2.65 (Tier 1) | MO |
| perphenazine/amitriptyline | $0-$2.65 (Tier 1) | AL; MO |
| SYMBYAX  (*Use Olanzapine-Fluoxetine HCl*) | NF | MO |
| **Movement Disorder Drug Therapy** | | |
| XENAZINE | $0-$6.60 (Tier 2) | LA |
| **Multiple Sclerosis Agents** | | |
| AMPYRA | $0-$6.60 (Tier 2) | |
| AUBAGIO | $0-$6.60 (Tier 2) | PA |

You can find information on what the symbols and abbreviations on this table mean by going to page ix.

Health Net Cal MediConnect 2015 Drug List

HIGHLY CONFIDENTIAL                                                    FRX-AT-01779369