# Exhibit 230
# (Filed Under Seal)

To:       OPDP Submissions[DDMAC.Submissions@frx.com]
Cc:       Avena, Paul[Paul.Avena@frx.com]; Ottoson, Fred[Fred.Ottoson@frx.com]; Creech, Kristen[Kristen.Creech@frx.com]; D'Onofrio, Jacqueline[Jacqueline.D'Onofrio@frx.com]; Theodore, Maria[Maria.Theodore@frx.com]; Palame, Nicole[Nicole.Palame@frx.com]; Maher, Peter[Peter.Maher@frx.com]; Mastrosimone, Laura[Laura.Mastrosimone@frx.com]; Fung, Elizabeth[Elizabeth.Fung@frx.com]; Fan, Ermei[Ermei.Fan@frx.com]; Katz, Itiel[Itiel.Katz@frx.com]; Cantor, Jade[Jade.Cantor@frx.com]; Pandya, Shweta[Shweta.Pandya@frx.com]; Gerlough, Beth[Beth.Gerlough@frx.com]; Burnaska, Jeffrey[Jeffrey.Burnaska@frx.com]
From:     Burnaska, Jeffrey
Sent:     Fri 2/14/2014 7:48:37 PM
Importance:           Normal
Subject:  FINAL SAMPLES FOR OPDP SUBMISSION: Namenda XR Medscape Pharmacist Discontinuation emails
NXR15326_Medscape pharmacist Discontinuation Email.pdf

**Document Name**

NXR15326_Medscape pharmacist Discontinuation Email (v0.4)

**Document Number**

VV-15326

**Product**

Namenda XR

**Owner**

Itiel Katz

**Regulatory Confirmation Requested By**

2/14/14

**Date of First Use**

2/18/14

**Project Description**

emails alerting pharmacists of the withdrawal of Namenda

HIGHLY CONFIDENTIAL                                                                                                   FRX-NY-01639069
HIGHLY CONFIDENTIAL                                                                                                   FRX-TX-01638736

HIGHLY CONFIDENTIAL                                                                                                   FRX-AT-01657074

SAP #

Submission Code

www-ecomm

Material Classification

Professional

2253 Form Comments

namenda and namenda xr

Jeff Burnaska

Senior Operations Associate | Marketing Practices

Forest Laboratories, Inc. | 909 Third Avenue | New York, NY 10022

P: 646-231-7319 | Ext: 47319 | E: Jeffrey.Burnaska@frx.com

HIGHLY CONFIDENTIAL                                         FRX-NY-01639070
HIGHLY CONFIDENTIAL                                         FRX-TX-01638737

HIGHLY CONFIDENTIAL                                         FRX-AT-01657075