# Exhibit 284
# (Filed Under Seal)



# Expected Namenda Prescriptions, 2016



PX580

HIGHLY CONFIDENTIAL

FRX-AT-01784112