# Exhibit 294
# (Filed Under Seal)



Forest Laboratories, Inc.
909 Third Avenue
New York, NY 10022-4731

Dear Caregiver:

We are contacting you because your loved one takes NAMENDA® (memantine HCl) tablets. Forest Laboratories, Inc. plans to discontinue the sale of NAMENDA 5 mg and 10 mg tablets in the fall of 2014. Please be assured that this is not due to any safety or product quality issue. The oral solution of NAMENDA will continue to be available, as will NAMENDA XR® (memantine HCl) extended-release capsules.

NAMENDA XR is an extended-release form of NAMENDA that offers convenient, once-daily dosing. Like NAMENDA, NAMENDA XR is indicated for the treatment of moderate to severe Alzheimer's disease (AD). In addition to its convenient dosing, NAMENDA XR capsules can be opened and the contents sprinkled on applesauce. In terms of cost, Forest has priced NAMENDA XR at a 5% discount to the wholesale acquisition cost of NAMENDA.

Please contact your loved one's healthcare provider as soon as possible to discuss switching to NAMENDA XR to avoid an interruption in treatment. **Importantly, physicians can switch patients from NAMENDA to NAMENDA XR the very next day.** Please see additional dosing information in the enclosed full Prescribing Information.

Forest remains committed to making a difference in the lives of people with Alzheimer's disease. If you have any questions, please call our customer service department at 1-844-TREAT-AD (1-844-873-2823) or visit www.NamendaXR.com.

There is no evidence that NAMENDA XR prevents or slows the underlying disease process in patients with Alzheimer's disease.

**Important Risk Information**

**Who should NOT take NAMENDA XR?**
NAMENDA XR should not be taken by anyone who is allergic (hypersensitive) to memantine, the active substance in NAMENDA XR, or who has had a bad reaction to NAMENDA XR or any of its ingredients.

**What should be discussed with the healthcare provider before taking NAMENDA XR?**
Before starting NAMENDA XR, talk to the healthcare provider about all of the patient's past and present medical conditions, including:
- Seizure disorders
- Difficulty passing urine
- Liver or kidney problems

# DX779

HIGHLY CONFIDENTIAL

**Important Risk Information (continued)**

If the patient is taking other medications (including those without a prescription), ask the healthcare provider if NAMENDA XR is right for the patient.

- Certain medications, changes in diet, or medical conditions may affect the amount of NAMENDA XR in the body and possibly increase side effects.

**What are the possible side effects of NAMENDA XR?**
The most common side effects associated with NAMENDA XR treatment are headache, diarrhea, and dizziness. This is not a complete list of side effects.

<u>Please click here for patient information within the full Prescribing Information.</u>

Thank you.

Armin Szegedi, MD, PhD
Vice President Clinical Development
Forest Laboratories, Inc.

**Forest Laboratories, Inc.**

Namenda® and Namenda XR® are registered trademarks of Merz Pharma GmbH & Co. KGaA.

©2014 Forest Laboratories, Inc.        NXR18598        06/14        **DX779**