# Exhibit 295
# (Filed Under Seal)



Forest Laboratores, Inc.
909 Third Avenue
New York, NY 10022-4731

February 18, 2014
Re: Discontinuation of NAMENDA® (memantine HCl) Tablets

Dear Healthcare Provider:

Forest Laboratories, Inc. would like to inform you that we plan to discontinue the sale of NAMENDA (memantine HCl) tablets on August 15, 2014. We will continue to sell the oral solution of NAMENDA as well as once-daily NAMENDA XR® (memantine HCl) extended-release capsules.

Please be assured that the discontinuation of NAMENDA tablets is not due to any safety or efficacy issue. Rather, Forest has made the decision to focus on once-daily NAMENDA XR capsules. This decision is supported by the clinical benefits of NAMENDA XR and the positive feedback we've received from physicians and caregivers since NAMENDA XR became available in June 2013. NAMENDA XR is an extended-release formulation of NAMENDA that, like NAMENDA, is indicated for the treatment of moderate to severe Alzheimer's disease (AD). In addition to its convenient dosing, NAMENDA XR capsules can be opened and the contents sprinkled on applesauce for patients who have difficulty swallowing pills. In terms of cost, Forest has priced NAMENDA XR at a 5% discount to the wholesale acquisition cost of NAMENDA.

We are actively communicating with healthcare providers, pharmacists, patients, and caregivers about the discontinuation of NAMENDA tablets and the continued availability of NAMENDA XR capsules. Please work with your patients and their caregivers as soon as possible to transition from NAMENDA to NAMENDA XR to facilitate continuity of treatment. **Importantly, you can switch your patients from NAMENDA to NAMENDA XR the very next day without titration, according to the FDA-approved package insert.** Please see additional dosing information below and in the accompanying full Prescribing Infortmation.

Forest remains committed to making a difference in the lives of people with Alzheimer's disease. If you have any questions, please call our customer service department at 1-844-TREAT-AD (1-844-873-2823).

**Dosing and Administration**
- The recommended starting dose of NAMENDA XR is 7 mg once daily. The recommended target dose is 28 mg once daily. The dose should be increased in 7 mg increments to 28 mg once daily. The minimum recommended interval between dose increases is one week and only if the previous dose has been well tolerated. The maximum recommended dose is 28 mg once-daily.
- It is recommended that a patient who is on a regimen of 10 mg twice daily of NAMENDA tablets be switched to NAMENDA XR 28 mg once-daily capsules the day following the last dose of a 10 mg NAMENDA tablet. There is no study addressing the comparative efficacy of these 2 regimens. It is recommended that a patient with severe renal impairment who is on a regimen of 5 mg twice daily of NAMENDA tablets be switched to NAMENDA XR 14 mg once-daily capsules the day following the last dose of a 5 mg NAMENDA tablet.



**Highly Confidential**

**FRX-NY-01563502**

**Special Populations**
- NAMENDA XR should be administered with caution to patients with severe hepatic impairment.
- A target dose of 14 mg/day is recommended in patients with severe renal impairment (creatinine clearance of 5-29 mL/min, based on the Cockcroft-Gault equation).

**IMPORTANT SAFETY INFORMATION**

**Contraindications**

- NAMENDA XR is contraindicated in patients with known hypersensitivity to memantine hydrochloride or to any excipients used in the formulation.

**Warnings and Precautions**

- NAMENDA XR should be used with caution under conditions that raise urine pH (including alterations by diet, drugs and the clinical state of the patient). Alkaline urine conditions may decrease the urinary elimination of memantine, resulting in increased plasma levels and a possible increase in adverse effects.
- NAMENDA XR has not been systematically evaluated in patients with a seizure disorder.

**Adverse Reactions**

- The most commonly observed adverse reactions seen in patients administered NAMENDA XR (28 mg/day) in a controlled clinical trial, defined as those occurring at a frequency of at least 5% in the NAMENDA XR group and at a higher frequency than placebo were headache (6% vs 5%), diarrhea (5% vs 4%), and dizziness (5% vs 1%).

**Drug Interactions**

- No drug-drug interaction studies have been conducted with NAMENDA XR, specifically. The combined use of NAMENDA XR with other NMDA antagonists (amantadine, ketamine, or dextromethorphan) has not been systematically evaluated and such use should be approached with caution.

**Please also see accompanying full Prescribing Information.**

Thank you for your continued support.

Patrick G. Boen, M.D.
Senior Director, Clinical Development
Forest Research Institute


Forest Laboratories, Inc.

NAMENDA® and NAMENDA XR® are registered trademarks of Merz Pharma GmbH & Co. KGaA.
©2014 Forest Laboratories, Inc.    NXR 12866    02/14

**Highly Confidential**                                            **FRX-NY-01563503**

HIGHLY CONFIDENTIAL                                                 FRX-AT-01784877