Case 1:15-cv-07488-CM-RWL   Document 467-87   Filed 12/22/17   Page 1 of 3

# Exhibit 299
# (Filed Under Seal)

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE
ANTITRUST BUREAU

ERIC J. STOCK
CHIEF, ANTITRUST BUREAU
Tel: (212) 416-8282
Eric.Stock@ag.ny.gov

September 23, 2014

**VIA FACSIMILE**

The Honorable Robert W. Sweet
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *State of New York v. Actavis, PLC*, 14 Civ. 7473 (RWS)

Dear Judge Sweet:

On behalf of the New York Attorney General's Office, I write to raise two matters with the Court and to ask that they be put on the agenda for tomorrow's conference. First, New York and Defendants have come to an agreement concerning scheduling of New York's planned motion for a preliminary injunction, which we are prepared to serve tomorrow. Second, the parties have agreed to extended page limits for the briefs. At tomorrow's conference, we will respectfully request the Court's approval of the agreed-upon schedule and page limits.

Scheduling

Defendants' "forced switch" of Alzheimer's patients from Namenda IR to Namenda XR is scheduled to occur sometime later this year. As I mentioned at our conference on September 17, 2014, we are preparing to file a motion for a preliminary injunction asking the Court to enjoin the forced switch. Defendants have informed us that they are willing to commit not to implement their plan until November 23, 2014.

We seek an orderly briefing schedule for the preliminary injunction motion that provides Your Honor with sufficient time to decide the motion in advance of Defendants' achieving a forced switch. New York and Defendants have come to an agreement and propose the following schedule, working backwards from the November 23 date:

HIGHLY CONFIDENTIAL                                                                    FRX-AT-01748060

The Honorable Robert W. Sweet
Page 2
September 23, 2014

- New York moves for Preliminary Injunction on September 24, 2014
- Defendants oppose the Motion on or before October 20, 2014
- New York serves its Reply on or before November 3, 2014
- Defendants serve their Sur-Reply on or before November 9, 2014

In addition, we propose a live evidentiary hearing at the Court's convenience shortly thereafter, with submissions of proposed findings of fact and conclusions of law if the Court so orders. The parties are amenable to simultaneous exchange of the findings and conclusions.

We recognize that this schedule provides very little time for the resolution of this motion. We are willing to sacrifice time for our reply as long as Defendants similarly give up time for their opposition and/or sur-reply.

Accordingly, at the conference on Wednesday, we will respectfully request the Court to approve this proposed briefing schedule. We also note that there are multiple discovery disputes between the parties, and both parties have outstanding requests of one another. New York proposes that, once a briefing schedule has been set, the parties immediately seek to resolve outstanding discovery disputes and set a schedule for any additional discovery required for the preliminary injunction motion.

Page Limits

We respectfully request permission to file a brief of 45 pages in support of our preliminary injunction motion. The issues raised in New York's motion are complex and relate to the totality of the case. The brief will address key aspects of the factual background underlying pharmaceutical competition, the facts of Defendants' forced switch, the legal merits of the antitrust issues, the balance of the hardships to patients, the public, and Defendants, and serious public policy issues raised by the motion.

Defendants have consented to the request for 45 pages, and New York agrees that Defendants should have the same number of pages for their opposition, subject to the Court's approval. New York and Defendants have also agreed to page limits of 20 pages for New York's reply and 10 pages for Defendants' sur-reply, once again, subject to the Court's approval.

We look forward to appearing Wednesday and discussing these and any other issues.

Respectfully submitted,

*Eric J. Stock / JRK*

Eric J. Stock

Cc: Jack Pace III
Peter J. Carney
Martin Toto
Charles Moore

120 BROADWAY, ANTITRUST BUREAU, 26TH FLOOR, NEW YORK, NY 10271 • PHONE (212) 416-8262 • FAX (212) 416-6015 • WWW.AG.NY.GOV

HIGHLY CONFIDENTIAL                                                                                       FRX-AT-01748061