# Exhibit 300
# (Filed Under Seal)



White & Case LLP      Tel + 1 202 626 3600
701 Thirteenth Street, NW      Fax + 1 202 639 9355
Washington, DC 20005-3807      whitecase.com

Direct Dial +1 202 626 3609    mgidley@whitecase.com

November 13, 2014

<u>BY EMAIL</u>

The Honorable Robert W. Sweet
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *The People of the State of New York v. Actavis, plc and Forest Laboratories, LLC*, 14 cv 7473 (S.D.N.Y.)

Dear Judge Sweet:

As discussed with the Court this afternoon in the connection with scheduling oral arguments and post-hearing findings of fact, we have conferred with our clients, Actavis and Forest Laboratories about the existing standstill commitment that would expire on November 23, 2014. Defendants have agreed to extend their standstill until December 15, 2014, in light of its recently announced decision to start the Foundation Care specialty distribution of Namenda® IR tablets in January 2015.

With this extension, on behalf of Defendants we confirm the post-hearing schedule the Court worked out with the parties this afternoon:

- Nov. 18, 2014 – Tuesday     Post-Hearing Findings of Fact and Conclusions of Law
- Nov. 20, 2014 – Thursday    Reply Findings of Fact and Conclusions of Law
- Nov. 24, 2014 – Monday     Closings and Motion to Dismiss Oral Argument

Finally, Defendants hope to close their case in chief tomorrow.

Respectfully,

J. Mark Gidley

cc:    Eric J. Stock, Esq. (via e-mail)

HIGHLY CONFIDENTIAL      FRX-AT-01748115