# Exhibit 302
# (Filed Under Seal)

**From:** e-Pharm/alert <epharmalert@alertmarketingmail.com>
**Sent:** [Date]
**To:** [Name]
**Subject:** e-Pharm/alert: Information about NAMENDA (memantine HCl) tablets and NAMENDA XR (memantine HCl) extended-release capsules

View this e-mail in a browser | Forward to a friend | Printer friendly version

Dear Customer:

Forest Laboratories, LLC, a wholly owned subsidiary of Actavis plc, plans to continue the sale of NAMENDA (memantine HCl) tablets in accordance with a court order, which we are appealing. Additionally, the oral solution of NAMENDA and once-daily NAMENDA XR® (memantine HCl) extended-release capsules remain available. Previously we had announced that we planned to discontinue the sale of NAMENDA tablets. Please see important information regarding the court order at www.namenda.com/courtorder or call 1(800) 272-5525 to request a copy.

Both NAMENDA and NAMENDA XR are approved for the treatment of moderate to severe Alzheimer's disease (AD). NAMENDA XR is an extended-release formulation of NAMENDA. In addition to its convenient once-daily dosing, NAMENDA XR capsules can be opened and the contents sprinkled on applesauce for patients who have difficulty swallowing pills. In terms of cost, NAMENDA XR is priced at a 5% discount to the wholesale acquisition cost of NAMENDA. Patients can be transitioned from NAMENDA to NAMENDA XR the very next day without titration, according to the FDA-approved package insert. Please work with physicians and caregivers to determine the appropriate treatment. Please see additional dosing information below and in the full Prescribing Information.

Forest remains committed to making a difference in the lives of people with Alzheimer's disease. If you have any questions, please call our customer relations department at 1(800) 272-5525.

The NDC #s for NAMENDA XR and NAMENDA are below.

| NDC # | Description | Bottle/Pkg Size |
|---|---|---|
| 0456-3428-33 | NAMENDA XR 28 mg capsules | 30 |
| 0456-3428-90 | NAMENDA XR 28 mg capsules | 90 |
| 0456-3421-33 | NAMENDA XR 21 mg capsules | 30 |
| 0456-3414-33 | NAMENDA XR 14 mg capsules | 30 |
| 0456-3414-90 | NAMENDA XR 14 mg capsules | 90 |
| 0456-3407-33 | NAMENDA XR 7 mg capsules | 30 |

| NDC # | Description | Bottle/Pkg Size |
|---|---|---|
| 0456-3200-14 | NAMENDA Titration Pack | 49 |
| 0456-3205-60 | NAMENDA 5 mg tablets | 60 |
| 0456-3210-60 | NAMENDA 10 mg tablets | 60 |
| 0456-3205-63 | NAMENDA 5 mg tablets | 10x10 HUD |
| 0456-3210-63 | NAMENDA 10 mg tablets | 10x10 HUD |
| 0456-3202-12 | NAMENDA Oral Solution 2mg/mL | 12 fl oz (360 mL) |

**Dosage and Administration**

- The recommended starting dose of NAMENDA XR is 7 mg once daily. The recommended target dose is 28 mg once daily. The dose should be increased in 7 mg increments to 28 mg once daily. The minimum recommended interval between dose increases is one week, and only if the previous dose has been well tolerated. The maximum recommended dose is 28 mg once daily.
- It is recommended that a patient who is on a regimen of 10 mg twice daily of NAMENDA tablets be switched to NAMENDA XR 28 mg once-daily capsules the day following the last dose of a 10 mg NAMENDA tablet. There is no study addressing the comparative efficacy of these 2 regimens.
- It is recommended that a patient with severe renal impairment who is on a regimen of 5 mg twice daily of NAMENDA tablets be switched to NAMENDA XR 14 mg once-daily capsules the day following the last dose of a 5 mg NAMENDA tablet.

**Special Populations**

- NAMENDA XR should be administered with caution to patients with severe hepatic impairment.
- A target dose of 14 mg/day is recommended in patients with severe renal impairment (creatinine clearance of 5-29 mL/min, based on the Cockcroft-Gault equation).

**Important Safety Information**
**Contraindications**

- NAMENDA XR is contraindicated in patients with known hypersensitivity to memantine hydrochloride or to any excipients used in the formulation.

**Warnings and Precautions**

- NAMENDA XR should be used with caution under conditions that raise urine pH (including alterations by diet, drugs and the clinical state of the patient). Alkaline urine conditions may decrease the urinary elimination of memantine, resulting in increased plasma levels and a possible increase in adverse effects.

**Adverse Reactions**

- The most commonly observed adverse reactions in patients administered NAMENDA XR (28 mg/day) in a controlled clinical trial, defined as those occurring at a frequency of at least 5% in the NAMENDA XR group and at a higher frequency than placebo were headache (6% vs 5%), diarrhea (5% vs 4%), and dizziness (5% vs 1%).
- NAMENDA XR has not been systematically evaluated in patients with a seizure disorder.

**Drug Interactions**

- No drug-drug interaction studies have been conducted with NAMENDA XR, specifically. The combined use of NAMENDA XR with other NMDA antagonists (amantadine, ketamine, or dextromethorphan) has not been systematically evaluated and such use should be approached with caution.

Please see accompanying full Prescribing Information.

NAMENDA® NAMENDA XR® and their designs are registered trademarks of Merz Pharma GmbH & Co. KGaA.

© 2014 Actavis. All rights reserved. NXR23898 12/14

e-Pharm/alert was sent to you by /alert Marketing, Inc.
160 Chubb Avenue, Suite 304
Lyndhurst, NJ 07071

Be sure to add epharmalert@alertmarketingmail.com to your address book.

To change your address, reply to this message and give us your old and new address; type "Change of address: e-Pharm/alert" in the subject line.

Click here if you do not wish to receive further e-mails from e-Pharm/alert.

**From:** e-LTC/alert <reply-@enews.info-health-care.com>
**Sent:** [Date]
**To:** [Name]
**Subject:** e-LTC/alert: Information about NAMENDA (memantine HCl) tablets and NAMENDA XR (memantine HCl) extended-release capsules

View this e-mail in a browser

Dear Customer:

Forest Laboratories, LLC, a wholly owned subsidiary of Actavis plc, plans to continue the sale of NAMENDA (memantine HCl) tablets in accordance with a court order, which we are appealing. Additionally, the oral solution of NAMENDA and once-daily NAMENDA XR® (memantine HCl) extended-release capsules remain available. Previously we had announced that we planned to discontinue the sale of NAMENDA tablets. Please see important information regarding the court order at www.namenda.com/courtorder or call 1(800) 272-5525 to request a copy.

Both NAMENDA and NAMENDA XR are approved for the treatment of moderate to severe Alzheimer's disease (AD). NAMENDA XR is an extended-release formulation of NAMENDA. In addition to its convenient once-daily dosing, NAMENDA XR capsules can be opened and the contents sprinkled on applesauce for patients who have difficulty swallowing pills. In terms of cost, NAMENDA XR is priced at a 5% discount to the wholesale acquisition cost of NAMENDA. Patients can be transitioned from NAMENDA to NAMENDA XR the very next day without titration, according to the FDA-approved package insert. Please work with physicians and caregivers to determine the appropriate treatment. Please see additional dosing information below and in the full Prescribing Information.

Forest remains committed to making a difference in the lives of people with Alzheimer's disease. If you have any questions, please call our customer relations department at 1(800) 272-5525.

The NDC #s for NAMENDA XR and NAMENDA are below.

| NDC # | Description | Bottle/Pkg Size |
|---|---|---|
| 0456-3428-33 | NAMENDA XR 28 mg capsules | 30 |
| 0456-3428-90 | NAMENDA XR 28 mg capsules | 90 |
| 0456-3421-33 | NAMENDA XR 21 mg capsules | 30 |
| 0456-3414-33 | NAMENDA XR 14 mg capsules | 30 |
| 0456-3414-90 | NAMENDA XR 14 mg capsules | 90 |
| 0456-3407-33 | NAMENDA XR 7 mg capsules | 30 |

| NDC # | Description | Bottle/Pkg Size |
|---|---|---|
| 0456-3200-14 | NAMENDA Titration Pack | 49 |
| 0456-3205-60 | NAMENDA 5 mg tablets | 60 |
| 0456-3210-60 | NAMENDA 10 mg tablets | 60 |
| 0456-3205-63 | NAMENDA 5 mg tablets | 10x10 HUD |
| 0456-3210-63 | NAMENDA 10 mg tablets | 10x10 HUD |
| 0456-3202-12 | NAMENDA Oral Solution 2mg/mL | 12 fl oz (360 mL) |

**Dosage and Administration**

- The recommended starting dose of NAMENDA XR is 7 mg once daily. The recommended target dose is 28 mg once daily. The dose should be increased in 7 mg increments to 28 mg once daily. The minimum recommended interval between dose increases is one week, and only if the previous dose has been well tolerated. The maximum recommended dose is 28 mg once daily.
- It is recommended that a patient who is on a regimen of 10 mg twice daily of NAMENDA tablets be switched to NAMENDA XR 28 mg once-daily capsules the day following the last dose of a 10 mg NAMENDA tablet. There is no study addressing the comparative efficacy of these 2 regimens.
- It is recommended that a patient with severe renal impairment who is on a regimen of 5 mg twice daily of NAMENDA tablets be switched to NAMENDA XR 14 mg once-daily capsules the day following the last dose of a 5 mg NAMENDA tablet.

**Special Populations**

- NAMENDA XR should be administered with caution to patients with severe hepatic impairment.
- A target dose of 14 mg/day is recommended in patients with severe renal impairment (creatinine clearance of 5-29 mL/min, based on the Cockcroft-Gault equation).

**Important Safety Information**
**Contraindications**

- NAMENDA XR is contraindicated in patients with known hypersensitivity to memantine hydrochloride or to any excipients used in the formulation.

**Warnings and Precautions**

- NAMENDA XR should be used with caution under conditions that raise urine pH (including alterations by diet, drugs and the clinical state of the patient). Alkaline urine conditions may decrease the urinary elimination of memantine, resulting in increased plasma levels and a possible increase in adverse effects.

**Adverse Reactions**

- The most commonly observed adverse reactions in patients administered NAMENDA XR (28 mg/day) in a controlled clinical trial, defined as those occurring at a frequency of at least 5% in the NAMENDA XR group and at a higher frequency than placebo were headache (6% vs 5%), diarrhea (5% vs 4%), and dizziness (5% vs 1%).
- NAMENDA XR has not been systematically evaluated in patients with a seizure disorder.

**Drug Interactions**

- No drug-drug interaction studies have been conducted with NAMENDA XR, specifically. The combined use of NAMENDA XR with other NMDA antagonists (amantadine, ketamine, or dextromethorphan) has not been systematically evaluated and such use should be approached with caution.

Please see accompanying full Prescribing Information.

NAMENDA®, NAMENDA XR® and their designs are registered trademarks of Merz Pharma GmbH & Co. KGaA.

© 2014 Actavis. All rights reserved. NXR23898 12/14

Sent by /alert Marketing Inc., 160 Chubb Avenue, Suite 304, Lyndhurst, NJ 07071

To unsubscribe from all of our mailings, click here or send an email to: globalunsub-[########]@elabs6.com with the address: [recipient's email] in the subject line.