# Exhibit 306
# (Filed Under Seal)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, by and through ERIC T. SCHNEIDERMAN, Attorney General,<br><br>        Plaintiff,<br><br>v.<br><br>ACTAVIS plc and<br>FOREST LABORATORIES, LLC,<br><br>        Defendants. | Case No.: 14-cv-7473<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN THAT Actavis plc and Forest Laboratories, LLC ("Defendants") hereby appeal to the United States Court of Appeals for the Second Circuit from all aspects of the Opinion Granting Plaintiff's Motion for Preliminary Injunction, dated and entered in this proceeding on December 11, 2014 (Docket No. 80), and the accompanying Preliminary Injunction Order, dated and entered in this proceeding on December 15, 2014 (Docket No. 84).

Dated: New York, New York
       December 16, 2014

Respectfully submitted,

/s/   J. Mark Gidley
WHITE & CASE LLP
Jack E. Pace III
Martin M. Toto
1155 Avenue of the Americas
New York, New York 10036
Tel.: (212) 819-8200
Fax: (212) 354-8113
jpace@whitecase.com
mtoto@whitecase.com

J. Mark Gidley
Peter J. Carney (PHV)
Claire A. DeLelle

Americas 9371301

701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel.: (202) 626-3600
Fax: (202) 639-9355
mgidley@whitecase.com
pcarney@whitecase.com
claire.delelle@whitecase.com
cmoore@whitecase.com

Lisa S. Blatt
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Tel: (202) 942-5842
Fax: (202) 942-5999
lisa.blatt@aporter.com

George T. Conway III
WACHTELL, LIPTON, ROSEN & KATZ
51 W 52nd Street
New York, NY 10019
Tel: (212) 403-1260
Fax: (212) 403-2260
GTConway@wlrk.com

*Counsel for Defendants Actavis plc and Forest Laboratories, LLC*

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:14−cv−07473−RWS

| | |
|---|---|
| The People of The State of New York v. Actavis plc et al | Date Filed: 09/15/2014 |
| Assigned to: Judge Robert W. Sweet | Jury Demand: None |
| Cause: 15:2 Antitrust Litigation | Nature of Suit: 410 Anti−Trust |
| | Jurisdiction: Federal Question |

### Plaintiff

| | | |
|---|---|---|
| **The People of The State of New York** *by and through Eric T. Schneiderman, Attorney General of the State of New York* | represented by | **Elinor Rose Hoffmann** New York State Office of the Attorney General (Antitrust Bureau) 120 Broadway, 26th Floor New York, NY 10271 (212)−416−8269 Fax: (212)−416−6015 Email: elinor.hoffmann@ag.ny.gov *ATTORNEY TO BE NOTICED* |
| | | **Eric Jonathan Stock** State of New York Office of the Attorney General 120 Broadway Suite 26C New York, NY 10271 212−416−8262 Fax: 212−416−6015 Email: eric.stock@ag.ny.gov *ATTORNEY TO BE NOTICED* |
| | | **Jeremy R. Kasha** New York State Office of the Attorney General (NYC) 120 Broadway 12th Floor New York, NY 10271 212−416−8277 Fax: 212−416−6015 Email: Jeremy.Kasha@ag.ny.gov *ATTORNEY TO BE NOTICED* |
| | | **Saami Zain** New York State Office of the Attorney General 120 Broadway New York, NY 10271 (212)−416−6130 Fax: (212)−416−6015 Email: saami.zain@oag.state.ny.us *ATTORNEY TO BE NOTICED* |
| | | **Zachary William Biesanz** State of New York Office of the Attorney General 120 Broadway Suite 26C New York, NY 10271 (212)−416−8284 Fax: (212)−416−6015 Email: zach.biesanz@ag.ny.gov *ATTORNEY TO BE NOTICED* |

V.
**Defendant**

| | | |
|---|---|---|
| **Actavis plc** | represented by | **Jack Pace**<br>White &Case LLP (NY)<br>1155 Ave of the Americas<br>New York, NY 10036<br>(212) 819–8200<br>Fax: (212) 354–8113<br>Email: jpace@whitecase.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Mark Gidley**<br>White &Case LLP (DC)<br>701 Thirteenth Street, Nw<br>Washington, DC 20005<br>(202) 626–3609<br>Fax: (202) 639–9355<br>Email: mgidley@whitecase.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Martin Michael Toto**<br>White &Case<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 819–8200<br>Fax: (212) 354–8113<br>Email: mtoto@whitecase.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Noah Brumfield**<br>White &Case LLP (DC)<br>701 Thirteenth Street, Nw<br>Washington, DC 20005<br>(202) 626–3600<br>Fax: (202) 639–9355<br>Email: nbrumfield@whitecase.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter J. Carney**<br>White &Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(202) 626–3600<br>Fax: (202) 639–9355<br>Email: pcarney@whitecase.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Charles Moore**<br>White &Case LLP (DC)<br>701 Thirteenth Street, Nw<br>Washington, DC 20005<br>(202) 626–3600<br>Fax: (202) 639–9355<br>Email: charlesmoore@whitecase.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Jaime M. Crowe**<br>White &Case LLP |

701 Thirteenth Street, N.W.
Washington, DC 20005
202-626-3600
Fax: 202-639-9355
Email: jcrowe@whitecase.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Forest Laboratories, L.L.C.**             represented by **Jack Pace**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Mark Gidley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Michael Toto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah Brumfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J. Carney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jaime M. Crowe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Mylan Inc.**             represented by **Jonathan Lutinski**
Wilson Sonsini Goodrich &Rosati(NYC)
1301 Avenue of the Americas
40th Floor
New York, NY 10019
(202)-973-8800
Email: jlutinski@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth C. Silber**
Wilson Sonsini Goodrich &Rosati
1700 K St. N.W., 5th Floor
Washington, DC 20006
(202) 973-8800
Fax: (202) 973-8899
Email: ssilber@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/15/2014 | 1 | COMPLAINT against Actavis plc, Forest Laboratories, L.L.C.. (Filing Fee $ 350.00, Receipt Number 1104928)Document filed by The People of The State of New York.(laq) (Entered: 09/18/2014) |
| 09/15/2014 | | SUMMONS ISSUED as to Actavis plc, Forest Laboratories, L.L.C.. (laq) (Entered: 09/18/2014) |
| 09/15/2014 | | Magistrate Judge Henry B. Pitman is so designated. (laq) (Entered: 09/18/2014) |
| 09/15/2014 | | Case Designated ECF. (laq) (Entered: 09/18/2014) |
| 09/15/2014 | 2 | CIVIL COVER SHEET filed. (laq) (moh). (Entered: 09/18/2014) |
| 09/15/2014 | 32 | STANDING ORDER IN RE PILOT PROJECT REGARDING CASE MANAGEMENT TECHNIQUES FOR COMPLEX CIVIL CASES IN THE SOUTHERN DISTRICT OF NEW YORK (See M−10−468 Order filed November 1, 2011). This case is hereby designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (the Pilot Project), unless the judge to whom this case is assigned determines otherwise. This case is designated for inclusion in the Pilot Project because it is a class action, an MDL action, or is in one of the following Nature of Suit categories: 160, 245, 315, 355, 365, 385, 410, 830, 840, 850, 893, or 950. The presiding judge in a case that does not otherwise qualify for inclusion in the Pilot Project may nevertheless designate the case for inclusion in the Pilot Project by issuing an order directing that the case be included in the Pilot Project. The description of the Pilot Project, including procedures to be followed, is attached to this Order. (Signed by Judge Loretta A. Preska on 10/31/2011) (laq) (Entered: 10/08/2014) |
| 09/16/2014 | 3 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Jack E. Pace III dated 9/16/2014 re: Dispute between parties concerning the confidential nature of documents and testimony. ENDORSEMENT: Treat as an order to show cause for seeking a temporary sealing order to be heard at 10 AM 9/17, Courtroom 18C. So ordered. (Signed by Judge Robert W. Sweet on 9/16/2014) (ajs) (Entered: 09/18/2014) |
| 09/18/2014 | | ***NOTICE TO ATTORNEY TO SUBMIT PDF OF CIVIL COVER SHEET. Notice to Attorney Eric J. Stock, to submit PDF of the Civil Cover Sheet. Email a copy of Civil Cover Sheet to: caseopenings@nysd.uscourts.gov. (laq) (Entered: 09/18/2014) |
| 09/18/2014 | 4 | NOTICE OF APPEARANCE by Eric Jonathan Stock on behalf of The People of The State of New York. (Stock, Eric) (Entered: 09/18/2014) |
| 09/18/2014 | 5 | ORDER: As set forth within, it is hereby ORDERED that Plaintiff's opposition to Defendants' Motion to Seal dated September 17, 2014 shall be served by Thursday, September 18, 2014; and it is further ORDERED that Defendants' Reply in further support of their Motion to Seal shall be filed by Friday, September 19, 2014; and it is further ORDERED that the parties will appear before this Court for a hearing on Defendants' Motion to Seal on Wednesday, September 24, 2014, at 12:00 p.m. in Courtroom 18C; and it is further ORDERED that pending the Court's final decision on the Motion to Seal, the Complaint shall be sealed from public record; and it is further ORDERED that Plaintiff shall file a redacted public version of the Complaint in a form agreed upon by the parties; and it is further ORDERED that briefing submitted in support of or in opposition to the Motion to Seal shall be filed under seal. (Set Deadlines/Hearing: Motion Hearing set for 9/24/2014 at 12:00 PM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) ( Replies due by 9/19/2014.) (Signed by Judge Robert W. Sweet on 9/18/2014) (ajs) (Entered: 09/18/2014) |
| 09/18/2014 | 6 | NOTICE OF APPEARANCE by Jeremy R. Kasha on behalf of The People of The State of New York. (Kasha, Jeremy) (Entered: 09/18/2014) |
| 09/19/2014 | 7 | NOTICE OF CHANGE OF ADDRESS by Eric Jonathan Stock on behalf of The People of The State of New York. New Address: NYS Office of Attorney General, 120 Broadway, Suite 26C, New York, New York, USA 10271, (212) 416−8262. |

| | | (Stock, Eric) (Entered: 09/19/2014) |
|---|---|---|
| 09/19/2014 | 8 | NOTICE OF APPEARANCE by Jack Pace on behalf of Actavis plc, Forest Laboratories, L.L.C.. (Pace, Jack) (Entered: 09/19/2014) |
| 09/19/2014 | 9 | NOTICE OF APPEARANCE by Martin Michael Toto on behalf of Actavis plc, Forest Laboratories, L.L.C.. (Toto, Martin) (Entered: 09/19/2014) |
| 09/19/2014 | 10 | SEALED DOCUMENT placed in vault.(nm) (Entered: 09/19/2014) |
| 09/19/2014 | 11 | REDACTION *Redacted COMPLAINT* by The People of The State of New York(Kasha, Jeremy) (Entered: 09/19/2014) |
| 09/22/2014 | 12 | SEALED DOCUMENT placed in vault.(rz) (Entered: 09/22/2014) |
| 09/22/2014 | 13 | NOTICE OF APPEARANCE by Saami Zain on behalf of The People of The State of New York. (Zain, Saami) (Entered: 09/22/2014) |
| 09/22/2014 | 14 | NOTICE OF APPEARANCE by Elinor Rose Hoffmann on behalf of The People of The State of New York. (Hoffmann, Elinor) (Entered: 09/22/2014) |
| 09/22/2014 | 15 | SEALED DOCUMENT placed in vault.(mps) (Entered: 09/23/2014) |
| 09/23/2014 | 16 | NOTICE OF APPEARANCE by John Mark Gidley on behalf of Actavis plc, Forest Laboratories, L.L.C.. (Gidley, John) (Entered: 09/23/2014) |
| 09/23/2014 | 17 | MOTION for Charles C. Moore to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−10132214. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Actavis plc, Forest Laboratories, L.L.C..(Moore, Charles) (Entered: 09/23/2014) |
| 09/23/2014 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 17 MOTION for Charles C. Moore to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−10132214. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies.** (wb) (Entered: 09/23/2014) |
| 09/23/2014 | 18 | MOTION for Peter J. Carney to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−10132487. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Actavis plc, Forest Laboratories, L.L.C..(Carney, Peter) (Entered: 09/23/2014) |
| 09/23/2014 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 18 MOTION for Peter J. Carney to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−10132487. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies.** (wb) (Entered: 09/23/2014) |
| 09/24/2014 | 19 | LETTER addressed to Judge Robert W. Sweet from J. Mark Gidley dated September 23, 2014 re: the production of investigational deposition transcripts and third party discovery. Document filed by Actavis plc, Forest Laboratories, L.L.C..(Gidley, John) (Entered: 09/24/2014) |
| 09/24/2014 | 20 | ORDER FOR ADMISSION PRO HAC VICE granting 17 Motion for Charles C. Moore to Appear Pro Hac Vice. (Signed by Judge Robert W. Sweet on 9/24/2014) (ama) (Entered: 09/24/2014) |
| 09/24/2014 | 21 | ORDER FOR ADMISSION PRO HAC VICE granting 18 Motion for Peter J. Carney to Appear Pro Hac Vice. (Signed by Judge Robert W. Sweet on 9/24/2014) (mro) (Entered: 09/24/2014) |
| 09/24/2014 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Oral Argument held on 9/24/2014 re: Motion to Unseal. Document #5. (mro) (Entered: 09/26/2014) |
| 09/26/2014 | 22 | **FILING ERROR − NOT ALL CORPORATE PARENTS/OTHER AFFILIATES WERE ADDED − RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent NONE for Actavis plc; Corporate Parent Tango U.S. Holdings Inc. for Forest Laboratories, L.L.C.. Document filed |

| | | |
|---|---|---|
| | | by Actavis plc, Forest Laboratories, L.L.C..(Pace, Jack) Modified on 9/29/2014 (lb). (Entered: 09/26/2014) |
| 09/29/2014 | 23 | NOTICE OF APPEARANCE by Zachary William Biesanz on behalf of The People of The State of New York. (Biesanz, Zachary) (Entered: 09/29/2014) |
| 09/29/2014 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Jack Pace to RE−FILE Document 22 Rule 7.1 Corporate Disclosure Statement,. ERROR(S): Not All Corporate Parents were added. Please re−file this document and when prompted: Are there any corporate parents or other affiliates?, select the YES radio button and enter the Corporate Parent(s) or Affiliate(s) one party name at a time. (lb) (Entered: 09/29/2014) |
| 09/29/2014 | 24 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Actavis plc for Forest Laboratories, L.L.C.. Document filed by Actavis plc, Forest Laboratories, L.L.C..(Pace, Jack) (Entered: 09/29/2014) |
| 09/30/2014 | 25 | FILING ERROR − DEFICIENT DOCKET ENTRY − MOTION for Preliminary Injunction . Document filed by The People of The State of New York. Return Date set for 11/10/2014 at 09:00 AM. (Attachments: # 1 Affidavit James J Lah, # 2 Affidavit David F Stitt)(Kasha, Jeremy) Modified on 10/2/2014 (db). (Entered: 09/30/2014) |
| 10/01/2014 | 26 | JOINT MOTION For Entry of Protective Order Governing the Production of Confidential Discovery Material by Non−Parties . Document filed by Actavis plc, Forest Laboratories, L.L.C., The People of The State of New York. (Attachments: # 1 Stipulated Protective Order Governing the Production of Confidential Discovery Materials by Non−Parties)(Pace, Jack) (Entered: 10/01/2014) |
| 10/02/2014 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Jeremy R. Kasha to RE−FILE Document 25 MOTION for Preliminary Injunction . ERROR(S): Supporting Documents are filed separately, each receiving their own document #. (db) (Entered: 10/02/2014) |
| 10/02/2014 | 27 | MOTION for Preliminary Injunction . Document filed by The People of The State of New York. Return Date set for 11/10/2014 at 09:00 AM.(Kasha, Jeremy) (Entered: 10/02/2014) |
| 10/02/2014 | 28 | DECLARATION of James J Lah in Support re: 27 MOTION for Preliminary Injunction .. Document filed by The People of The State of New York. (Kasha, Jeremy) (Entered: 10/02/2014) |
| 10/02/2014 | 29 | DECLARATION of David F Stitt in Support re: 27 MOTION for Preliminary Injunction .. Document filed by The People of The State of New York. (Kasha, Jeremy) (Entered: 10/02/2014) |
| 10/03/2014 | 30 | STIPULATED PROTECTIVE ORDER GOVERNING THE PRODUCTION OF CONFIDENTIAL DISCOVERY MATERIALS BY NON−PARTIES: Regarding procedures to be followed that shall govern the handling of confidential material. SO ORDERED. (Signed by Judge Robert W. Sweet on 10/2/2014) (ajs) (Entered: 10/03/2014) |
| 10/07/2014 | 31 | SCHEDULING ORDER: Plaintiff's Motion for Preliminary Injunction shall be briefed and heard as follows: Responses due by 10/20/2014. Replies due by 11/3/2014. Defendants sur−reply − November 9, 2014. Additionally it is ORDERED that the parties will appear before this Court for an evidentiary hearing on Plaintiff's Motion for Preliminary Injunction, to begin on November 12, 2014, at 10:00 a.m. in Courtroom 18C; and it is further ORDERED that the parties simultaneously shall submit their proposed Findings of Fact and Conclusions of Law no later than November 9, 2014. (See Order.) (Signed by Judge Robert W. Sweet on 10/6/2014) (ajs) Modified on 10/17/2014 (ajs). (Entered: 10/07/2014) |
| 10/07/2014 | | Set/Reset Deadlines: Surreplies due by 11/9/2014. Set/Reset Hearings: Evidentiary Hearing set for 11/12/2014 at 10:00 AM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet. (ajs) (Entered: 10/07/2014) |

| 10/09/2014 | 33 | STIPULATION: Defendants' motion to dismiss shall be due October 15, 2014. Plaintiff's response to Defendants' motion to dismiss shall be due ten days after the termination of the hearing on Plaintiffs' motion for a preliminary injunction (Doc. No. 27 ). Defendants' reply in support of their motion to dismiss shall be due fourteen days after the filing of Plaintiff's response to the motion to dismiss. (Motions due by 10/15/2014.) (Signed by Judge Robert W. Sweet on 10/8/2014) (ajs) (Entered: 10/09/2014) |
|---|---|---|
| 10/15/2014 | 34 | MOTION to Dismiss / *Notice of Defendants' Motion to Dismiss*. Document filed by Actavis plc, Forest Laboratories, L.L.C..(Gidley, John) (Entered: 10/15/2014) |
| 10/15/2014 | 35 | MEMORANDUM OF LAW in Support re: 34 MOTION to Dismiss / *Notice of Defendants' Motion to Dismiss. [Public Version]*. Document filed by Actavis plc, Forest Laboratories, L.L.C.. (Gidley, John) (Entered: 10/15/2014) |
| 10/15/2014 | 36 | DECLARATION of Jack E. Pace III in Support re: 34 MOTION to Dismiss / *Notice of Defendants' Motion to Dismiss.*. Document filed by Actavis plc, Forest Laboratories, L.L.C.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Gidley, John) (Entered: 10/15/2014) |
| 10/15/2014 | 37 | MOTION to Seal / *Notice of Defendants' Motion to Seal 35 MEMORANDUM OF LAW*. Document filed by Actavis plc, Forest Laboratories, L.L.C..(Gidley, John) (Entered: 10/15/2014) |
| 10/15/2014 | 38 | MEMORANDUM OF LAW in Support re: 37 MOTION to Seal / *Notice of Defendants' Motion to Seal 35 MEMORANDUM OF LAW.* . Document filed by Actavis plc, Forest Laboratories, L.L.C.. (Gidley, John) (Entered: 10/15/2014) |
| 10/17/2014 | 39 | SCHEDULING ORDER: Defendant's motion to dismiss, dated October 15, 2014, will be heard at noon on Wednesday, November 12, 2014 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All motion papers shall be served in accordance with Local Civil Rule 6.1. It is so ordered. (Signed by Judge Robert W. Sweet on 10/16/2014) (ajs) (Entered: 10/17/2014) |
| 10/17/2014 | 40 | SCHEDULING ORDER: Defendant's motion to seal, dated October 15, 2014, will be heard at noon on Wednesday, November 5, 2014 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All motion papers shall be served in accordance with Local Civil Rule 6.1. It is so ordered. (Signed by Judge Robert W. Sweet on 10/16/2014) (ajs) (Entered: 10/17/2014) |
| 10/20/2014 | 41 | STIPULATION: The parties hereby stipulate and agree, subject to the approval by the Court, as follows: Responses due by 10/21/2014, Replies due by 11/5/2014. Surreplies due by 11/11/2014. Evidentiary Hearing set for 11/17/2014 at 10:00 AM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet. The Parties' Proposed Findings of Fact and Conclusions of Law shall be due on or before Thursday, November 13, 2014. (Signed by Judge Robert W. Sweet on 10/20/2014) (ajs) (Entered: 10/20/2014) |
| 10/21/2014 | 42 | JOINT MOTION For Entry of Pre-Hearing Order . Document filed by Actavis plc, Forest Laboratories, L.L.C., The People of The State of New York. (Attachments: # 1 Text of Proposed Pre-Hearing Order)(Carney, Peter) (Entered: 10/21/2014) |
| 10/21/2014 | 43 | OPINION #104910 re: 37 MOTION to Seal / *Notice of Defendants' Motion to Seal 35 MEMORANDUM OF LAW*. filed by Forest Laboratories, L.L.C., Actavis plc. The motion of the Defendants to maintain the sealing of the redacted portions of the Complaint is granted in part and denied in part as set forth above. It is so ordered. (See Order.) (Signed by Judge Robert W. Sweet on 10/21/2014) (ajs) Modified on 10/27/2014 (soh). (Entered: 10/21/2014) |
| 10/23/2014 | 44 | ORDER REGARDING SEALING PROCEDURES: Regarding procedures to be followed that shall govern the handling of confidential material. (See Order.) (Signed by Judge Robert W. Sweet on 10/22/2014) (ajs) (Entered: 10/23/2014) |
| 10/24/2014 | 45 | MOTION Joint Motion For Entry of Pre-Hearing Order . Document filed by Actavis plc, Forest Laboratories, L.L.C.. (Attachments: # 1 Text of Proposed Order Proposed Pre-hearing order)(Carney, Peter) (Entered: 10/24/2014) |

| | | |
|---|---|---|
| 10/27/2014 | 46 | LETTER addressed to Judge Robert W. Sweet from Eric J. Stock dated 10/27/2014 re: Clarification of Scheduling Orders. Document filed by The People of The State of New York.(Kasha, Jeremy) (Entered: 10/27/2014) |
| 10/28/2014 | 47 | SEALED DOCUMENT placed in vault.(mps) (Entered: 10/28/2014) |
| 10/28/2014 | 48 | PRE−HEARING ORDER granting 42 Motion ; granting 45 Motion. In preparation for the evidentiary hearing on Plaintiff's Motion for Preliminary Injunction, to begin on November 10, 2014, at 10:00 a.m. in Courtroom 18C; it is ORDERED Plaintiff's reply brief is due on or before Wednesday, November 5, 2014, as previously ordered. Defendants' surreply brief is due on or before 12 noon on November 9, 2014. All depositions shall be completed on or before Friday, November 7, 2014, unless both Parties agree to hold a deposition after that date. (See Order.) (Signed by Judge Robert W. Sweet on 10/27/2014) (ajs) (Entered: 10/28/2014) |
| 10/28/2014 | | Set/Reset Deadlines: Deposition due by 11/7/2014. Surreplies due by 11/9/2014. (ajs) (Entered: 10/28/2014) |
| 10/28/2014 | 49 | SEALED DOCUMENT placed in vault.(rz) (Entered: 10/28/2014) |
| 10/28/2014 | 50 | MEMO ENDORSEMENT on re: 46 Letter filed by The People of The State of New York. ENDORSEMENT: So ordered. (Signed by Judge Robert W. Sweet on 10/28/2014) (ajs) (Entered: 10/28/2014) |
| 10/30/2014 | 51 | MEMORANDUM OF LAW in Support re: 27 MOTION for Preliminary Injunction . *(Public Version)*. Document filed by The People of The State of New York. (Stock, Eric) (Entered: 10/30/2014) |
| 10/30/2014 | 52 | MEMORANDUM OF LAW in Opposition re: 27 MOTION for Preliminary Injunction . *[Public Redacted Version]*. Document filed by Actavis plc, Forest Laboratories, L.L.C.. (Carney, Peter) (Entered: 10/30/2014) |
| 11/03/2014 | 53 | LETTER addressed to Judge Robert W. Sweet from Martin M. Toto dated November 3, 2014 re: Advising the Court of the agreement between Defendants and Mylan regarding compliance with Defendants' subpoenas. Document filed by Actavis plc, Forest Laboratories, L.L.C..(Toto, Martin) (Entered: 11/03/2014) |
| 11/03/2014 | 54 | MOTION for Jaime M. Crowe to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−10273842. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Actavis plc, Forest Laboratories, L.L.C.. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Exhibit Certificate of Good Standing)(Crowe, Jaime) (Entered: 11/03/2014) |
| 11/04/2014 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 54 MOTION for Jaime M. Crowe to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−10273842. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies.** (wb) (Entered: 11/04/2014) |
| 11/04/2014 | 55 | ORDER FOR ADMISSION PRO HAC VICE granting 54 Motion for Jaime M. Crowe to Appear Pro Hac Vice. (Signed by Judge Robert W. Sweet on 11/4/2014) (ajs) (Entered: 11/04/2014) |
| 11/06/2014 | 56 | SEALED DOCUMENT placed in vault.(rz) (Entered: 11/06/2014) |
| 11/06/2014 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Motion to compel heard by the Court and was denied.The Motion was under seal. (Chan, Tsz) (Entered: 11/07/2014) |
| 11/07/2014 | 57 | MOTION for SETH C. SILBER to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−10294094. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mylan Inc.. (Attachments: # 1 Certificate of Good Standing, # 2 Text of Proposed Order)(Silber, Seth) (Entered: 11/07/2014) |
| 11/07/2014 | 58 | MOTION for JONATHAN LUTINSKI to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−10294192. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mylan Inc.. (Attachments: # |

| | | |
|---|---|---|
| | | 1 Certificate of Good Standing, #2 Text of Proposed Order)(Lutinski, Jonathan) (Entered: 11/07/2014) |
| 11/07/2014 | 59 | SEALED DOCUMENT placed in vault.(nm) (Entered: 11/10/2014) |
| 11/07/2014 | 60 | SEALED DOCUMENT placed in vault.(nm) (Entered: 11/10/2014) |
| 11/10/2014 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 57 MOTION for SETH C. SILBER to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−10294094. Motion and supporting papers to be reviewed by Clerk's Office staff., 58 MOTION for JONATHAN LUTINSKI to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−10294192. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb) (Entered: 11/10/2014) |
| 11/10/2014 | 61 | MOTION for Noah A. Brumfield to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−10296228. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Actavis plc, Forest Laboratories, L.L.C..(Brumfield, Noah) (Entered: 11/10/2014) |
| 11/10/2014 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 61 MOTION for Noah A. Brumfield to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−10296228. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb) (Entered: 11/10/2014) |
| 11/10/2014 | 62 | ORDER FOR ADMISSION PRO HAC VICE ON ORAL MOTION: Upon the oral motion of Elinor Hoffman, moving on behalf of Christopher James Kellner, for admission to practice Pro Hac Vice in the above captioned action is granted. (Signed by Judge Robert W. Sweet on 11/10/2014) (mro) (Entered: 11/10/2014) |
| 11/10/2014 | 63 | SEALED DOCUMENT placed in vault.(nm) (Entered: 11/10/2014) |
| 11/10/2014 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Evidentiary Hearing was held on 11/10/2014 pertaining to Motion for Preliminary Injunction. (sc) (Entered: 11/19/2014) |
| 11/11/2014 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Evidentiary Hearing was held on 11/11/2014 pertaining to the motion for preliminary injunction. (sc) (Entered: 11/19/2014) |
| 11/12/2014 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Evidentiary Hearing was held on 11/12/2014 pertaining to motion for preliminary injunction. (sc) (Entered: 11/19/2014) |
| 11/13/2014 | 64 | ENDORSED LETTER addressed to Judge Robert W. Sweet from Peter J. Carney dated 11/13/2014 re: Request that the Court authorize the Clerk's office to provide the identity of a non−party that received a copy of transcripts of closed sessions of the hearing to ensure the confidentiality of the transcript. ENDORSEMENT: So ordered. (Signed by Judge Robert W. Sweet on 11/13/2014) (ajs) (Entered: 11/13/2014) |
| 11/13/2014 | 65 | SEALED DOCUMENT placed in vault.(mps) (Entered: 11/13/2014) |
| 11/13/2014 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Evidentiary Hearing was held on 11/13/2014 pertaining to the motion for a preliminary injunction. (sc) (Entered: 11/19/2014) |
| 11/14/2014 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Evidentiary Hearing was held on 11/14/2014 pertaining to the motion for a preliminary injunction, and concluded on 11/15/14. *Parties are directed to return on 11/24/14 for the final argument. (sc) (Entered: 11/19/2014) |
| 11/24/2014 | | Minute Entry for proceedings held before Judge Robert W. Sweet: Oral Argument held on 11/24/2014 re: Evidentiary Hearing(Preliminary Injunction)continued from 11−14−14. Decision Reserved by the Court. (Court Reporter Vincent Bologna) (Chan, Tsz) (Entered: 11/24/2014) |

| | | |
|---|---|---|
| 11/24/2014 | 66 | SEALED DOCUMENT placed in vault.(rz) (Entered: 11/24/2014) |
| 12/09/2014 | 67 | LETTER addressed to Judge Robert W. Sweet from Gidley, J Mark dated 12/9/2014 re: Suboxone. Document filed by Actavis plc, Forest Laboratories, L.L.C..(Gidley, John) (Entered: 12/09/2014) |
| 12/09/2014 | 68 | LETTER addressed to Judge Robert W. Sweet from Eric Stock dated December 8, 2014 re: Suboxone Decision. Document filed by The People of The State of New York. (Attachments: #1 Exhibit Suboxone Decision)(Stock, Eric) (Entered: 12/09/2014) |
| 12/10/2014 | 69 | SEALED DOCUMENT placed in vault.(rz) (Entered: 12/10/2014) |
| 12/10/2014 | 70 | REDACTION *Amended Complaint* by The People of The State of New York(Zain, Saami) (Entered: 12/10/2014) |
| 12/10/2014 | 71 | MEMORANDUM OF LAW in Support *of Defendants' Motion to Dismiss Amended Complaint* 70 *[Public Version]*. Document filed by Actavis plc, Forest Laboratories, L.L.C.. (Gidley, John) (Entered: 12/10/2014) |
| 12/10/2014 | 72 | MEMORANDUM OF LAW in Opposition re: 34 MOTION to Dismiss / *Notice of Defendants' Motion to Dismiss. [Public Version]*. Document filed by The People of The State of New York. (Zain, Saami) (Entered: 12/10/2014) |
| 12/10/2014 | 73 | MOTION to Dismiss / *Notice of Defendants' Motion to Dismiss Amended Complaint* 70 . Document filed by Actavis plc, Forest Laboratories, L.L.C..(Gidley, John) (Entered: 12/10/2014) |
| 12/10/2014 | 74 | MEMORANDUM OF LAW in Support re: 73 MOTION to Dismiss / *Notice of Defendants' Motion to Dismiss Amended Complaint* 70 . *[Public Version]*. Document filed by Actavis plc, Forest Laboratories, L.L.C.. (Gidley, John) (Entered: 12/10/2014) |
| 12/10/2014 | 75 | DECLARATION of Jack E. Pace III [Public Version] in Support re: 73 MOTION to Dismiss / *Notice of Defendants' Motion to Dismiss Amended Complaint* 70 .. Document filed by Actavis plc, Forest Laboratories, L.L.C.. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3 [Filed Under Seal])(Pace, Jack) (Entered: 12/10/2014) |
| 12/10/2014 | 76 | REPLY MEMORANDUM OF LAW in Support re: 73 MOTION to Dismiss / *Notice of Defendants' Motion to Dismiss Amended Complaint* 70 . . Document filed by Actavis plc, Forest Laboratories, L.L.C.. (Attachments: #1 Exhibit 1)(Gidley, John) (Entered: 12/10/2014) |
| 12/11/2014 | 77 | MEMORANDUM OF LAW in Opposition re: 73 MOTION to Dismiss / *Notice of Defendants' Motion to Dismiss Amended Complaint* 70 . (Public Version). Document filed by The People of The State of New York. (Zain, Saami) (Entered: 12/11/2014) |
| 12/11/2014 | 78 | SEALED DOCUMENT placed in vault.(mps) (Entered: 12/11/2014) |
| 12/11/2014 | 80 | REDACTED OPINION: Based upon the finding of fact conclusions of law set forth above, a preliminary injunction will issue. The State will submit a proposed preliminary injunction by 5:00 PM on December 12, 2014, and a hearing will be held in Courtroom 23B on December 15, 2014 at noon. It is so ordered. (See Order.) (Status Conference set for 12/15/2014 at 12:00 PM in Courtroom 23B, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet.) (Signed by Judge Robert W. Sweet on 12/11/2014) (ajs) (Entered: 12/12/2014) |
| 12/12/2014 | 79 | NOTICE OF CHANGE OF ADDRESS by Zachary William Biesanz on behalf of The People of The State of New York. New Address: State of New York Office of Attorney General, 120 Broadway, Suite 26C, New York, New York, USA 10271, (212) 416−8284. (Biesanz, Zachary) (Entered: 12/12/2014) |
| 12/12/2014 | 81 | IN THE MATTER OF AN APPLICATION TO BRING PERSONAL ELECTRONIC DEVICE(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOUSES OF THE SOUTHERN DISTRICT OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL: ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) |

| | | |
|---|---|---|
| | | and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned The People of the State of New York v. Actavis, PLC and Forest Laboratories, LLC, No. 14-7473. The dates for which such authorization is provided are December 12-15. Jack E. Pace - Laptop, Cell Phone, Blackberry. Peter J. Carney - Laptop, Cell Phone, Blackberry. J. Mark Gidley - Laptop, Cell Phone, Blackberry (See Order, additional sheet attached.) (Signed by Judge Robert W. Sweet on 12/12/2014) (ajs) (Entered: 12/12/2014) |
| 12/12/2014 | 82 | IN THE MATTER OF AN APPLICATION TO BRING PERSONAL ELECTRONIC DEVICE(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOUSES OF THE SOUTHERN DISTRICT OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL: ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned The People of the State of New York v. Actavis, PLC and Forest Laboratories, LLC, No. 14-cv-7473. The dates for which such authorization is provided are December 15, 2014. Candi Hauff (RLM/TrialGraphix) - Laptops (2), Cell Phone &Blackberry. Ian Andryszak (RLM/TrialGraphix) - Laptops (2), Cell Phone &Blackberry. Kristen O'Shaughnessy - Laptop, Cell Phone, Blackberry.Kevin Adam - Printer, Laptop, Cell Phone. (See Order.) (Signed by Judge Robert W. Sweet on 12/12/2014) (ajs) (Entered: 12/12/2014) |
| 12/12/2014 | 83 | ORDER TO SHOW CAUSE FOR STAY OF PRELIMINARY INJUNCTION PENDING APPEAL: Upon Defendants' memorandum of law, the declarations of William J. Meury, dated December 12, 2014, William P. Kane, dated December 12, 2014, Daniel Blakely, dated December 12, 2014, LuMarie Polivka-West, dated December 12, 2014, and Hartmut Erlinghagen, dated December 12, 2014, it is hereby ORDERED, that Plaintiff show cause before this Court, Room 23B, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on December 15, 2014, at 12:00 p.m., why an order should not be issued pursuant to Rule 62 of the Federal Rules of Civil Procedure staying the Opinion and Order granting Plaintiff's motion for a preliminary injunction issued by this Court on December 11, 2014 (the "Injunction Order"), pending appeal to the United States Court of Appeals for the Second Circuit, and: ORDERED that personal service of a copy of this order and annexed papers upon Plaintiffs counsel on or before 5 p.m. on December 12, 2014, shall be deemed good and sufficient service thereof. Show Cause Hearing set for 12/15/2014 at 12:00 PM in Courtroom 23B, 500 Pearl Street, New York, NY 10007 before Judge Robert W. Sweet. (Signed by Judge Robert W. Sweet on 12/12/2014) (mro) (Entered: 12/15/2014) |
| 12/15/2014 | 84 | ORDER: Upon the findings of fact and conclusions of law set forth in the Opinion of this Court dated December 11, 2014, it is hereby ORDERED that: 1. During the Injunction Term as defined below, the Defendants shall continue to make Namenda IR (immediate-release) tablets available on the same terms and conditions applicable since July 21, 2013 (the date Namenda XR entered the market). 2. On or before December 23, 2014, Defendants shall inform healthcare providers, pharmacists, patients, caregivers, and health plans of this injunction (and provide a copy of the injunction or other means to easily view the injunction) and the continued availability of Namenda IR in the same or substantially similar manner in which they informed them of Defendants' plan to discontinue Namenda IR in February 2014. 3. The Defendants shall not impose a "medical necessity" requirement or form for the filling of prescriptions of Namenda IR during the Injunction Term. 4. In order to allow for an orderly transition, this injunction shall be effective from the date of issuance until thirty days after July 11, 2015 (the date when generic memantine will first be available) (the "Injunction Term"). (Signed by Judge Robert W. Sweet on 12/15/2014) (ajs) (Entered: 12/15/2014) |
| 12/15/2014 | 85 | ORDER: Upon the findings of fact and conclusions of law set forth in the Opinion of this Court dated December 11, 2014, Defendants' request for a stay of the preliminary injunction issued December 15, 2014 is denied. (Signed by Judge Robert W. Sweet on 12/15/2014) (ajs) (Entered: 12/15/2014) |

| 12/16/2014 | 86 | NOTICE OF APPEAL from 84 Order,,,,, 80 Memorandum &Opinion, Set Hearings,,,,. Document filed by Actavis plc, Forest Laboratories, L.L.C.. Filing fee $ 505.00, receipt number 0208−10414572. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Gidley, John) (Entered: 12/16/2014) |
| --- | --- | --- |
| 12/16/2014 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 86 Notice of Appeal. (tp) (Entered: 12/16/2014) |
| 12/16/2014 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files *(ONLY)* for 86 Notice of Appeal, filed by Forest Laboratories, L.L.C., Actavis plc were transmitted to the U.S. Court of Appeals. (tp) (Entered: 12/16/2014) |
| 12/16/2014 | 87 | SEALED DOCUMENT placed in vault.(mps) (Entered: 12/16/2014) |