# Exhibit 316
# (Filed Under Seal)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOREST LABORATORIES INC., ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 08-21-GMS-LPS |
| COBALT LABORATORIES INC., ET AL., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| FOREST LABORATORIES INC., ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 08-22-GMS-LPS |
| BARR LABORATORIES INC., ET AL., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| FOREST LABORATORIES INC., ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 08-52-GMS-LPS |
| DR. REDDY'S LABORATORIES INC., ET AL., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| FOREST LABORATORIES INC., ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 08-291-GMS-LPS |
| ORGENUS PHARMA INC., | : | |
| Defendant. | : | |

## ORDER OF CONSOLIDATION

At Wilmington this 2nd day of June, 2008.

IT IS ORDERED that C.A. Nos. 08-21, 08-22, 08-52, and 08-291 are consolidated for all purposes.

Hereafter all papers will be filed under C.A. No. 08-21-GMS-LPS.

_____
UNITED STATES MAGISTRATE JUDGE