# Exhibit 318
# (Filed Under Seal)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES INC., ET AL., :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>COBALT LABORATORIES INC., ET AL., :<br>:<br>Defendants. : | C.A. No. 08-21-GMS-LPS<br>CONSOLIDATED |
| FOREST LABORATORIES INC., ET AL., :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>APOTEX INC., ET AL., :<br>:<br>Defendants. : | C.A. No. 08-336-GMS-LPS |

## ORDER OF CONSOLIDATION

At Wilmington this **16th day of June, 2008**.

IT IS ORDERED that C.A. No. 08-336 is consolidated with C.A. No. 08-21 for all purposes.

Hereafter all papers will be filed under C.A. No. 08-21-GMS-LPS.

_____
UNITED STATES MAGISTRATE JUDGE