# Exhibit 319
# (Filed Under Seal)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FOREST LABORATORIES INC., ET AL., : <br> Plaintiffs, : <br> v. : <br> COBALT LABORATORIES INC., ET AL., : <br> Defendants. : | C.A. No. 08-21-GMS-LPS <br> CONSOLIDATED |
| FOREST LABORATORIES INC., ET AL., : <br> Plaintiffs, : <br> v. : <br> BARR LABORATORIES INC., ET AL., : <br> Defendants. : | C.A. No. 08-22-GMS-LPS |
| FOREST LABORATORIES INC., ET AL., : <br> Plaintiffs, : <br> v. : <br> DR. REDDY'S LABORATORIES INC., ET AL., : <br> Defendants. : | C.A. No. 08-52-GMS-LPS |
| FOREST LABORATORIES INC., ET AL., : <br> Plaintiffs, : <br> v. : <br> ORGENUS PHARMA INC., : <br> Defendant. : | C.A. No. 08-291-GMS-LPS |

FOREST LABORATORIES INC., ET AL.,

        Plaintiffs,

v.

APOTEX INC., ET AL.,

        Defendants.

C.A. No. 08-336-GMS-LPS

## SUPPLEMENTAL SCHEDULING ORDER

At Wilmington this 17th day of July, 2008.

IT IS ORDERED that this matter is scheduled for a five (5) day bench trial beginning at 9:00 a.m. on April 5, 2010 before Chief Judge Gregory M. Sleet.

                                                                    UNITED STATES MAGISTRATE JUDGE