# Exhibit 321
# (Filed Under Seal)

1

```
 1
 2    * C O N F I D E N T I A L *
 3    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 4    _____
 5    THE PEOPLE OF THE STATE OF NEW YORK, by
      and through ERIC T. SCHNEIDERMAN, Attorney
 6    General of the State of New York,
 7                         Plaintiff,
 8            -against-
 9    ACTAVIS, PLC and FOREST LABORATORIES, LLC,
10                         Defendants.
11    Civil Action File No. 14-CV-7473

      _____
12
13                      October 31, 2014
                        9:42 a.m.
14
15
16
17          DEPOSITION of STEVEN FERRIS,
18    taken by Plaintiff, pursuant to Notice,
19    held at the offices of WHITE & CASE, LLP,
20    1155 Avenue of the Americas, New York, New
21    York before Wayne Hock, a Notary Public of
22    the State of New York.
23
24
25
```

VERITEXT REPORTING COMPANY

212-267-6868                              516-608-2400

HIGHLY CONFIDENTIAL                                    FRX-AT-01732986

**2**

```
1
2    A P P E A R A N C E S:
3
4    STATE OF NEW YORK
     OFFICE OF THE ATTORNEY GENERAL
5    ERIC T. SCHNEIDERMAN
     Attorneys for Plaintiff
6        120 Broadway
         New York, New York 10271
7    BY:   ELINOR HOFFMANN, ESQ.
           elinor.hoffmann@ag.ny.gov
8        JOSEPH ANTEL, ESQ.
         joseph.antel@ag.ny.gov
9
     WHITE & CASE, LLP
10   Attorneys for Defendants
         1155 Avenue of the Americas
11       New York, New York 10036
12   BY:   EILEEN COLE, ESQ.
           ecole@whitecase.com
13       JAYASHREE MITRA, ESQ.
         jmitra@whitecase.com
14
15   ALSO PRESENT:
16
         JAMES ROBERTS, Videographer
17       RYAN COLETTI
18              *   *   *
19
20
21
22
23
24
25
```

**3**

```
1
2         THE VIDEOGRAPHER: Good morning.
3    We're now on the record.
4         Please note that the microphones
5    are sensitive and may pick up
6    whispering and private conversations.
7         Please turn off all cell phones
8    or place them away from the
9    microphones as they can interfere with
10   the deposition audio.
11        Recording will continue until
12   all parties agree to go off the
13   record.
14        My name is Jim Roberts
15   representing Veritext with offices in
16   New York City, New York.
17        Today's date is October 31,
18   2013.  The time is approximately 9:42
19   a.m.
20        This deposition is being held at
21   White and Case located at 1155 Avenue
22   of the Americas, New York City, New
23   York and is being taken by counsel for
24   the plaintiff.
25        The caption of the case is the
```

**4**

```
1
2         People of the State of New York versus
3    Actavis PLC and Forest Laboratories,
4    LLC.  The case is filed in the U.S.
5    District Court Southern District of
6    New York, case number 14-CV-7473.
7         The name of the witness is Dr.
8    Steven Ferris.
9         Counsel will please state their
10   appearances for the record.
11        MS. HOFFMANN: Elinor Hoffmann,
12   deputy bureau chief of the antitrust
13   bureau, New York Attorney General's
14   Office.
15        MR. ANTEL: Joseph Antel also
16   with the New York Attorney General's
17   Office.
18        MS. COLE: Eileen Cole, White and
19   Case, representing the witness and
20   Actavis and Forest.
21        MS. MITRA: Jayashree Mitra
22   representing the witness and Actavis
23   and Forest.
24        MR. COLETTI: Ryan Coletti from
25   Actavis and Forest.
```

**5**

```
1
2         THE VIDEOGRAPHER: Our court
3    reporter Wayne Hock also of Veritext
4    will please swear in the witness.
5    S T E V E N   F E R R I S, having
6         been first duly sworn by a
7         Notary Public of the State of
8         New York, upon being
9         examined, testified as follows:
10   EXAMINATION BY
11   MS. HOFFMANN:
12        Q.   Good morning, Dr. Ferris.  My
13   name is Elinor Hoffmann.  I'll be asking
14   you questions today.
15        Could you please state your name
16   and address for the record, please.
17
18   ████████████████████████████
19        Q.   Okay.
20        Dr. Ferris, this is a
21   deposition.  You are under oath.  The
22   court reporter is taking down your every
23   word.  Please be careful to speak up.
24        If you don't understand a
25   question that I ask, please ask me to
```

2 (Pages 2 to 5)

VERITEXT REPORTING COMPANY

212-267-6868

516-608-2400

**106**

```
 1          S. Ferris -- CONFIDENTIAL
 2  donepezil is the most widely used CI; is
 3  that correct?
 4      A.   Yes, I believe that's correct
 5  based on general information, general
 6  knowledge in the field, but I couldn't
 7  talk to specifics.
 8      Q.   And I believe you also told me
 9  that the CIs generally work using the same
10  mechanism; is that correct?
11          MS. COLE: Objection.  Misstates
12      prior testimony.
13      A.   I don't think it would be
14  correct to say they use the same
15  mechanism.  They generally work with
16  respect to similar mechanisms but there
17  are subtleties.  They're not the same,
18  their receptor targets, so some have
19  slightly different breadth of effect on
20  different neurochemical systems or
21  subsystems.  But they all have -- they
22  share a common effect in inhibiting
23  acetylcholinesterase, but they're not by
24  any means the same.
25      Q.   Why would a physician, based on
```

**107**

```
 1          S. Ferris -- CONFIDENTIAL
 2  your observations, your knowledge of the
 3  area, choose donepezil over let's say
 4  rivastigmine?
 5          MS. COLE: Objection.  Vague.
 6      A.   Well, there are a number of
 7  things that have to be more specific.  You
 8  have to examine that question in the
 9  context of what period of time you're
10  talking about because there's been an
11  evolution in the formulations of some of
12  these compounds over a fair amount of
13  time.
14      Q.   Let's say currently.
15      A.   Currently?
16          The reason I say that is because
17  the original reason why Aricept was so
18  successful compared to the others, apart
19  from the fact that it was a little earlier
20  onto the market by several years, was the
21  dosing regimen.  So that the Aricept from
22  the beginning was long acting and was
23  dosed once per day whereas the only two
24  cholinesterase inhibitors as they
25  sequentially came on the market several
```

**108**

```
 1          S. Ferris -- CONFIDENTIAL
 2  years and several years after that onto
 3  the market, they were twice-a-day dosing.
 4  And so Aricept had a big leg up in terms
 5  of significant advantages in terms of
 6  dosing which were, you know, universally
 7  understood by prescribers and users.
 8          The other reason is that these
 9  drugs, because they're biochemically
10  different, vary in their extent of typical
11  cholinesterase inhibitor side effects
12  which are GI side effects, GI system side
13  effects related to causing some degree of
14  nausea, sometimes vomiting, and also
15  diarrhea.
16          So those are the sort of three
17  kind of typical side effects of this type
18  of compound and it has to do with
19  peripheral cholinergic effects as opposed
20  to brain cholinergic effects, at least
21  that's the belief about why you get those
22  side effects.
23          So Aricept for, for a whole
24  bunch of reasons which I went into,
25  historically in its original form was
```

**109**

```
 1          S. Ferris -- CONFIDENTIAL
 2  noticeably less significant in regard to
 3  those kinds of side effects.  So for those
 4  two reasons, it has the same side effects
 5  but a milder version of those side effects
 6  but particular because of the once-a-day
 7  dosing, which I think was quite
 8  significant, it led it to be by far the
 9  market leader.
10          Now, of course what's happened
11  over the years is the other two compounds
12  were subsequently developed in different
13  dosing administration versions such that
14  they, too, are now once a day.
15          So each of those drugs in the
16  current usage are once-a-day
17  administrations.
18      Q.   I'm going to ask you about that.
19          So when Aricept was launched,
20  was rivastigmine already on the market?
21      A.   No, it was not.
22      Q.   Was galantamine already on the
23  market?
24      A.   No, it was not.
25      Q.   And when was rivastigmine
```

**28 (Pages 106 to 109)**