# Exhibit 322
# (Filed Under Seal)

Case 1:15-cv-07488-CM-RWL  Document 467-101  Filed 12/22/17  Page 2 of 4

Page 753

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
THE PEOPLE OF THE STATE OF NEW
YORK,

               Plaintiff,           New York, N.Y.

         v.                  14 Civ. 7473(RWS)

ACTAVIS, PLC, and FOREST
LABORATORIES, LLC,

              Defendants.
------------------------------x

                            November 14, 2014
                            10:00 a.m.

Before:

                 HON. ROBERT W. SWEET,

                         District Judge

                APPEARANCES

ERIC T. SCHNEIDERMAN
     Attorney General for the
     State of New York
     Attorney for Plaintiff
BY:  ERIC J. STOCK
     ELINOR R. HOFFMANN
     JEREMY R. KASHA
     SAAMI ZAIN
     ZACH BIESANZ
     MATTHEW D. SIEGEL,
         Assistant Attorneys General
     KARLA G. SANCHEZ,
         Executive Deputy Attorney General
         for Economic Justice


WHITE & CASE LLP
     Attorneys for Defendants
BY:  JACK E. PACE III, MARTIN M. TOTO
     J. MARK GIDLEY, PETER J. CARNEY
     CHARLES C. MOORE, JAIME M. CROWE
     HEATHER K. McDEVITT, NOAH BRUMFIELD
     EILEEN M. COLE, KELLY BONNER

HIGHLY CONFIDENTIAL                    FRX-TX-01709068

HIGHLY CONFIDENTIAL                    FRX-AT-01751647

Page 833

1    the third, is that market forces will ensure that the generic

2    IR form is going to in fact compete with Namenda XR.

3    Q.  Right.  Let's drill down on each of those.  Let's go to

4    your first conclusion, which, as you said, is that "innovative

5    new drugs have enormous value to society and are very costly to

6    develop."

7             What did you base that conclusion on?

8    A.  So this is an area of research that's been pretty prolific

9    in the literature, and I participated in it to some extent.

10   And what I think most researchers agree on is that when you

11   look at improvements in life expectancy and decreases in infant

12   mortality over the last 20 years -- and that moves because the

13   years go on, but since, say, 1980, it's mostly drugs.  And it's

14   significant.  It's about -- you gain about a month of life

15   every year.  So it's very large.  And if you want to put that

16   in terms of dollars, it's about -- it's over three trillion

17   dollars per year in gains to the American economy.

18             The second point that is important to remember is that

19   while obviously pharmaceutical products and innovative products

20   are costly, it's also the case that simultaneously they reduce

21   non-drug medical spending.  So, for example, a drug may allow

22   you to leave the hospital sooner and shorten your stay, which,

23   in turn, is going to reduce your hospital bill.  So you have to

24   consider that when you think about the cost of these new

25   products.

HIGHLY CONFIDENTIAL                                    FRX-TX-01709148

HIGHLY CONFIDENTIAL                                    FRX-AT-01751727

Case 1:15-cv-07488-CM-RWL Document 467-101 Filed 12/22/17 Page 4 of 4

1           And then the flip side of this, of course, is that new

2    drugs are costly and risky to develop.  I think that's also

3    well known.  So some numbers have been put to that.  The one

4    calculation is that the cost of developing a new drug is about

5    $1.3 billion.  It doesn't mean that every successful new drug

6    costs $1.3 billion but there are many drugs that fail, and, of

7    course, they're costly and bring no benefits.  So if you take

8    the average of all those drugs, you find that per successful

9    drug, the cost is about $1.3 billion.  And part of the reason

10   why it is so high is because so many drugs fail.  And in the

11   area of the treatment of Alzheimer's symptoms, that's

12   particularly true, with a very high rate of failure of

13   99.6 percent, approximately.

14           (Continued on next page)

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

FRX-TX-01709149

FRX-AT-01751728