# Exhibit 353
# (Filed Under Seal)

                                                                    Page 1

 1
 2     * H I G H L Y   C O N F I D E N T I A L *
 3     UNITED STATES DISTRICT COURT
 4     SOUTHERN DISTRICT OF NEW YORK
 5     Civil Action File No. 14-CV-7473
 6     --------------------------------------x
 7     THE PEOPLE OF THE STATE OF NEW YORK, by
 8     and through ERIC T. SCHNEIDERMAN, Attorney
 9     General of the State of New York,
10
11                  Plaintiff,
12
13        - against -
14
15     ACTAVIS, PLC and FOREST LABORATORIES, LLC,
16
17                  Defendants.
18     --------------------------------------x
19                  October 22, 2014
20                  10:26  a.m.
21
22              Videotaped Deposition of DAVID
       SOLOMON, pursuant to Notice, held at the
       offices of White & Case LLP, 1155 Avenue
23     of the Americas, New York, New York,
       before Jineen Pavesi, a Registered
24     Professional Reporter, Registered Merit
       Reporter, Certified Realtime Reporter and
25     Notary Public of the State of New York.

Page 82

```
 1    SOLOMON - HIGHLY CONFIDENTIAL
 2   mean?                              12:07:17PM
 3       A.   Again, we're talking about the  12:07:20PM
 4   executive group.                   12:07:22PM
 5       Q.   Do you remember any discussion  12:07:28PM
 6   within the executive team about moving  12:07:30PM
 7   Namenda IR to limited distribution?  12:07:33PM
 8            MR. TOTO:  Object to form,  12:07:36PM
 9   vague.                             12:07:37PM
10       A.   Not real specifically.    12:07:40PM
11            I am aware that there were  12:07:42PM
12   discussions about that there might be  12:07:43PM
13   certain patients who for one reason or  12:07:49PM
14   another had a strong preference for the IR  12:07:51PM
15   and that there might be means to make that  12:07:56PM
16   available to them.                 12:07:57PM
17            But, you know, I wasn't -- I  12:07:59PM
18   didn't deal with -- again, by this point  12:08:02PM
19   in time I wasn't responsible for   12:08:04PM
20   distribution, it wasn't something that I  12:08:05PM
21   would have been centrally involved in.  12:08:07PM
22       Q.   Did the executive team discuss  12:08:12PM
23   an authorized generic?             12:08:16PM
24            MR. TOTO:  Of IR I assume  12:08:20PM
25   you're talking about?              12:08:23PM
```

Page 83

```
 1    SOLOMON - HIGHLY CONFIDENTIAL
 2            MR. BIESANZ:  Of Namenda IR.  12:08:24PM
 3       A.   An authorized generic isn't  12:08:29PM
 4   really relevant to this discussion, so,  12:08:31PM
 5   no, we didn't and wouldn't have discussed  12:08:40PM
 6   it.                                12:08:44PM
 7       Q.   Can you expand on that, when  12:08:46PM
 8   you said that it is not relevant to this  12:08:48PM
 9   discussion.                        12:08:50PM
10       A.   So typically -- let's back up  12:08:56PM
11   a step.                            12:09:00PM
12            What is an authorized generic;  12:09:00PM
13   an authorized generic is when a company  12:09:02PM
14   sells or licenses somebody else to sell a  12:09:05PM
15   generic equivalent under the branded NDA  12:09:10PM
16   as opposed to selling it under their own,  12:09:14PM
17   or licensing, I guess you can also do it  12:09:17PM
18   by licensing to sell it under their own  12:09:19PM
19   approved ANDA.                     12:09:22PM
20            And that's something that  12:09:26PM
21   typically comes up in the context of, you  12:09:27PM
22   know, when you're looking at a market and  12:09:34PM
23   you think there is an opportunity for  12:09:36PM
24   generic products and so you want to  12:09:38PM
25   participate in that generic market and so  12:09:47PM
```

Page 84

```
 1    SOLOMON - HIGHLY CONFIDENTIAL
 2   you'll do it yourself or you'll authorize  12:09:49PM
 3   somebody to do it and, you know, typically  12:09:53PM
 4   in exchange for some participation in the  12:09:56PM
 5   value of the authorized generic.   12:09:58PM
 6            And none of that was at play  12:10:02PM
 7   here, right, we had a branded product,  12:10:04PM
 8   there was a point in time when there were  12:10:09PM
 9   multiple generics that were expected to  12:10:11PM
10   come to the market, so, you know, the  12:10:15PM
11   value of an authorized generic, I don't  12:10:20PM
12   know how familiar you are with the whole  12:10:22PM
13   Hatch-Waxman structure, but -- how do I  12:10:25PM
14   explain this simply.               12:10:33PM
15            In the early days of       12:10:34PM
16   Hatch-Waxman there was kind of a race to  12:10:40PM
17   the FDA by generic companies, because part  12:10:43PM
18   of the Hatch-Waxman regime was the six  12:10:47PM
19   months of exclusivity that was available  12:10:50PM
20   to the first party who challenged a  12:10:52PM
21   branded patent successfully.       12:10:56PM
22            And so the generics would race  12:10:58PM
23   to the FDA and get to be the first one at  12:11:00PM
24   the door and try to get the six months.  12:11:02PM
25            And then they changed the law  12:11:05PM
```

Page 85

```
 1    SOLOMON - HIGHLY CONFIDENTIAL
 2   to avoid that kind of, you know, that  12:11:08PM
 3   race, so that anybody who filed on the  12:11:10PM
 4   first day that you could file was treated  12:11:14PM
 5   the same, so you had multiple first  12:11:16PM
 6   filers, you may be familiar that in these  12:11:20PM
 7   cases, patent litigation, you often have  12:11:23PM
 8   multiple first filers, and they share the  12:11:25PM
 9   benefit of that early entry, which in a  12:11:27PM
10   sense -- so for big drugs you often have  12:11:29PM
11   multiple generic filers on that first day.  12:11:35PM
12            So for a product like       12:11:38PM
13   memantine, I don't remember the exact  12:11:41PM
14   number, but it was a dozen, say, first  12:11:43PM
15   filers on that day.                12:11:45PM
16            Where an authorized generic  12:11:50PM
17   tends to be of greater value is certain  12:11:51PM
18   products are governed by a three-year  12:11:56PM
19   Waxman-Hatch regime instead of a five-year  12:11:59PM
20   Waxman-Hatch regime; in the three-year  12:12:02PM
21   there is not a date certain on which you  12:12:06PM
22   can file, so that race to the FDA still  12:12:07PM
23   happens.                           12:12:09PM
24            When that happens, and there is  12:12:10PM
25   a single generic entrant, then the value  12:12:12PM
```

22 (Pages 82 - 85)

Page 86

SOLOMON - HIGHLY CONFIDENTIAL

of an authorized generic is much greater 12:12:16PM
because you have a six-month period where 12:12:19PM
there may only be one generic product and 12:12:20PM
so you as a branded company might say, 12:12:22PM
well, we can share that generic market and 12:12:27PM
so we're going to create an authorized 12:12:30PM
generic. 12:12:32PM
  In this case, this was a 12:12:35PM
five-year Waxman-Hatch product, there was 12:12:37PM
a date certain, there were multiple 12:12:39PM
filers, the day this product goes generic 12:12:41PM
there will be many generic versions of 12:12:43PM
Namenda IR, so the value for us of an 12:12:48PM
authorized generic was not significant. 12:12:50PM
  Now, now that the company is 12:12:54PM
part of Actavis, they might take a 12:12:57PM
different view, I don't know, but 12:12:58PM
certainly for Forest, we never viewed an 12:13:01PM
authorized generic of Namenda IR as being 12:13:03PM
something of -- we had a few generic 12:13:08PM
products, but we [REDACTED]
[REDACTED]
[REDACTED]
[REDACTED] so we wouldn't have 12:13:22PM

Page 87

SOLOMON - HIGHLY CONFIDENTIAL

considered that as something that made 12:13:25PM
sense for us. 12:13:26PM
  I'm sorry if I went a little 12:13:28PM
far afield, but I thought just to answer 12:13:30PM
your question, to explain why that 12:13:33PM
wouldn't have been something that kind of 12:13:34PM
would have made sense for us, we weren't a 12:13:37PM
generic player, so having an authorized 12:13:40PM
generic wouldn't -- it wasn't value to 12:13:42PM
it. 12:13:45PM
Q. I appreciate the explanation. 12:13:46PM
  Do you remember anyone at 12:13:49PM
Forest suggesting selling the rights to 12:13:51PM
Namenda IR to another company? 12:13:54PM
  MR. TOTO: Object to form, 12:13:57PM
vague as to time, lacks foundation. 12:13:58PM
A. No, I don't think, not that I 12:14:03PM
remember. 12:14:04PM
Q. Do you remember anyone on the 12:14:09PM
executive team objecting to the decision 12:14:10PM
to discontinue? 12:14:13PM
  MR. TOTO: Objection, vague as 12:14:16PM
to discontinue. 12:14:17PM
Q. Discontinue Namenda IR. 12:14:18PM

Page 88

SOLOMON - HIGHLY CONFIDENTIAL

  MR. TOTO: Still vague. 12:14:20PM
A. Well, as I said, this was a 12:14:23PM
process where we evaluated a lot of 12:14:25PM
different considerations and so in the 12:14:27PM
course of that there were certainly -- 12:14:34PM
there would have been issues that got 12:14:39PM
discussed, what's the role, what is this 12:14:40PM
going to mean for patients and doctors and 12:14:42PM
payers, as I said before. 12:14:44PM
  But I don't believe there was 12:14:49PM
any significant dissention that I am aware 12:14:50PM
of, certainly I'm sure issues that got 12:14:55PM
addressed and thought through, but I don't 12:15:00PM
think there was any substantive 12:15:02PM
dissention. 12:15:03PM
Q. What did you think of the 12:15:05PM
decision? 12:15:07PM
A. Well, as I explained before, I 12:15:09PM
felt that we were selling improved, 12:15:11PM
innovative product, I thought that it 12:15:16PM
was -- it made sense for the reasons I 12:15:25PM
described earlier to remove the obsolete 12:15:27PM
product, as I said, for the same reason 12:15:34PM
that Ford stopped selling last year's 12:15:36PM

Page 89

SOLOMON - HIGHLY CONFIDENTIAL

model and Apple stopped selling last 12:15:39PM
year's model. 12:15:42PM
  It is what you do when you have 12:15:46PM
a better product and you think it is 12:15:47PM
better for your customers and better, in 12:15:49PM
this case, better for patients, is that 12:15:52PM
you focus your resources on that. 12:15:55PM
Q. Who decided when to announce 12:16:02PM
the discontinuation of Namenda IR? 12:16:04PM
  MR. TOTO: Object to form. 12:16:06PM
A. You know, I don't really know; 12:16:08PM
again, it was -- at that point I wasn't 12:16:10PM
really close to that decision or that 12:16:13PM
announcement. 12:16:16PM
Q. How did analysts receive the 12:16:20PM
decision? 12:16:23PM
  MR. TOTO: Object to form, 12:16:24PM
beyond the competency of this witness. 12:16:24PM
A. I must say I didn't study the 12:16:29PM
analyst reports on the decision, but I'm 12:16:31PM
sure they are publicly available. 12:16:35PM
Q. What did Merz have to say about 12:16:45PM
it? 12:16:49PM
  MR. TOTO: Object to form. 12:16:49PM

23 (Pages 86 - 89)