# Exhibit 361
# (Filed Under Seal)

Case 1:15-cv-07488-CM-RWL   Document 467-111   Filed 12/22/17   Page 2 of 3

1

1
2  * H I G H L Y   C O N F I D E N T I A L *
3  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
4  _____
5  THE PEOPLE OF THE STATE OF NEW YORK, by
   and through ERIC T. SCHNEIDERMAN, Attorney
6  General of the State of New York,
7                          Plaintiff,
8           -against-
9  ACTAVIS, PLC and FOREST LABORATORIES, LLC,
10                         Defendants.
11 Civil Action File No. 14-CV-7473

   _____
12
13                      November 7, 2014
                         9:39 a.m.
14
15         ** HIGHLY CONFIDENTIAL **
16
17         DEPOSITION of WILLIAM MEURY,
18 taken by Plaintiff, pursuant to Notice,
19 held at the offices of STATE OF NEW YORK
20 OFFICE OF THE ATTORNEY GENERAL, 120
21 Broadway, New York, New York before Wayne
22 Hock, a Notary Public of the State of New
23 York.
24
25

| 22 | 23 |
|---|---|
| 1   W. Meury -- HIGHLY CONFIDENTIAL<br>2   scheme from plan to plan changes pretty<br>3   routinely, Namenda XR is on a tier two<br>4   position on most formularies, which is<br>5   comparable to Namenda IR.<br>6      Q.    And how did you convince the<br>7   plans to do that?<br>8      A.    When you approach any plan on<br>9   any new product, there's a three-step<br>10  process.  The first step so to present all<br>11  the scientific data, and that's generally<br>12  done by a medical director or by a medical<br>13  science liaison or an ESA we refer to<br>14  them.<br>15         The next step is our regional<br>16  account managers will have a business<br>17  discussion with the health plan.  As you<br>18  know, health plans demands discounts and<br>19  they can demand very, very steep<br>20  discounts, and in this case they did.<br>21         And then the final step is to<br>22  negotiate a contract and finalize the<br>23  contract.  And the process for XR was<br>24  exactly the same as it was for IR and<br>25  frankly for all the new products that | 1   W. Meury -- HIGHLY CONFIDENTIAL<br>2   we've launched over the years.<br>3      Q.    Did you give a higher discount<br>4   on XR than you did on IR to the plans?<br>5      A.    In some cases, yes.  The average<br>6   selling price for Namenda XR is at a<br>7   ▮▮▮▮▮ percent discount to Namenda IR.<br>8      Q.    Why did the health plans demand<br>9   such a huge discount?<br>10        MR. TOTO: I object to form.<br>11        Go ahead.<br>12     Q.    Why did the health plans demand<br>13  a discount of that size?<br>14     A.    They demand a discount today for<br>15  every product and they have a great deal<br>16  of leverage.  If you know anything about<br>17  the system, there's a great deal of<br>18  pressure on all parties in healthcare and<br>19  so they negotiated for a very steep<br>20  discount.<br>21     Q.    What motivated Forest to agree<br>22  to give health plans a steeper discount on<br>23  XR than IR?<br>24        MR. TOTO: I object to form.<br>25     A.    There are a lot of factors that |
| **24** | **25** |
| 1   W. Meury -- HIGHLY CONFIDENTIAL<br>2   go into this.  But we started several<br>3   years ago with a plan to introduce Namenda<br>4   XR and we contemplated a fixed dose<br>5   combination of Namenda and Aricept.  And<br>6   so we're -- like in other categories that<br>7   we're in, we're making an investment in<br>8   Alzheimer's disease.  And when we develop<br>9   these new products, we want them to be<br>10  added to formulary so that patients can<br>11  access them.  And the system favors the<br>12  health plans, at least in my view, and you<br>13  start where they start and we have a<br>14  normal business negotiation and that's<br>15  why.<br>16     Q.    Forest makes IR and Forest makes<br>17  XR; right?<br>18        MR. TOTO: I object to form.<br>19     A.    That's -- we manufacture both<br>20  products, that's correct.<br>21     Q.    And when I use Forest, I am<br>22  using it interchangeably now with Actavis<br>23  for purposes of this deposition.<br>24        Do we understand that?<br>25     A.    I understand that, yes. | 1   W. Meury -- HIGHLY CONFIDENTIAL<br>2      Q.    Okay.<br>3         Why did Forest want to promote<br>4   XR over IR?<br>5         MR. TOTO: I object to form.<br>6   Assumes facts.  Lacks foundation.<br>7      A.    Yeah, I think there are -- there<br>8   are several reasons that we focused on XR<br>9   over IR.<br>10        The first and most obvious one<br>11  is it's a better product.  When you think<br>12  about BID versus QD or once a day over<br>13  twice a day, when you think about the fact<br>14  that we're able to demonstrate the effects<br>15  of the drug cognition and function with<br>16  multiple medications for Alzheimer's<br>17  disease is not just Aricept or when you<br>18  think about the administration option of<br>19  opening the contents of the capsule for<br>20  those that are -- have difficulty<br>21  swallowing, it was simply a better<br>22  product.<br>23        The other reason that we wanted<br>24  to focus on XR is if we had both products<br>25  on the market, physicians, pharmacists, |

7  (Pages 22 to 25)

**VERITEXT REPORTING COMPANY**

212-267-6868                                                          516-608-2400