# Exhibit 362
# (Filed Under Seal)

1

```
 1    * * * H I G H L Y   C O N F I D E N T I A L * * *
 2             UNITED STATES DISTRICT COURT
 3             SOUTHERN DISTRICT OF NEW YORK
 4
 5    THE PEOPLE OF THE STATE      )
      OF NEW YORK, by and          )
 6    through ERIC T.              )
      SCHNEIDERMAN, Attorney       )
 7    General of the State of      )
      New York,                    )
 8                                 )
                     Plaintiff,    )
 9                                 )
                 vs.              )   No. 14-CV-7473
10                                 )
      ACTAVIS, PLC and FOREST      )
11    LABORATORIES, LLC,           )
                                   )
12               Defendants.      )
      ------------------------     )
13
14
15
16                     October 30, 2014
17                     9:39 a.m.
18
19          Deposition of WILLIAM P. KANE, held at
20       the offices of State of New York Office of the
21       Attorney General, 120 Broadway, New York, New
22       York, before Laurie A. Collins, a Registered
23       Professional Reporter and Notary Public of the
24       State of New York.
25
```

VERITEXT REPORTING COMPANY

212-267-6868                                    516-608-2400

**274**

1  Kane - Highly Confidential
2  Q.  So why would the volume issue affect
3  whether or not the Foundation Care sales would go
4  through, because Foundation Care won't be selling
5  XR, will they?
6  A.  No, Foundation Care -- Foundation Care
7  will be selling IR tablets.
8  Q.  So why does the XR production problem
9  have anything to do with whether or not or even
10 when Foundation Care will start selling IR?
11 A.  Because the market, based on the survey
12 results, based on the persistent conversion of IR
13 to XR that's been occurring over the past year
14 plus, the market basically has voted that Namenda
15 XR is a preferred product, it offers significant
16 benefit over the tablet formulation.
17       So we need to be ready to supply that
18 component to the market before we implement any
19 limited distribution of Namenda tablets.
20 Q.  Oh, I see.  So you're saying that if
21 the XR supply problem does -- not that it will,
22 but if it does cause some type of delay or
23 cancellation of implementation of the Foundation
24 Care arrangement, it would be because there would
25 be no limitation on the distribution of IR?

**275**

1  Kane - Highly Confidential
2  A.  Until we -- the company implements the
3  limited distribution program, the sale of Namenda
4  IR tablets continues, as does the sale of Namenda
5  oral solution and the sale of Namenda XR.
6       We have experienced a temporary issue
7  with decreased supply of Namenda XR.  That
8  occurred in the summer months.  What we noted was
9  that patients who were taking Namenda XR who may
10 not be able to temporarily get a prescription,
11 they were put back on Namenda IR.
12       And now that they have more Namenda XR
13 available, those patients are being converted back
14 by their physicians back to Namenda once a day.
15 Q.  I see.  You spoke about the cost being
16 comparable for XR.  Was that one of the three
17 conditions you mentioned?
18 A.  That is one of the foundational
19 components.
20 Q.  By "cost" do you mean the out-of-pocket
21 cost to the patient or do you include in that the
22 cost to insurers of whatever type?
23 A.  So cost varies based on stakeholder.
24 On a list price basis, the price of Namenda XR is
25 5 percent lower than the price of Namenda tablets

**276**

1  Kane - Highly Confidential
2  on a daily basis, on a comparable basis.
3       We offer significant discounts in
4  excess of the discounts we offer on Namenda
5  tablets to managed care customers, including long-
6  term care pharmacy providers, et cetera.  And then
7  ultimately we do that to improve the formulary
8  coverage and access to Namenda tablets so that the
9  out-of-pocket cost, the copay, is comparable to
10 the Namenda tablets.
11 Q.  So the comparable costs that you're
12 speaking of are comparable costs out of pocket to
13 the patient, meaning copays and things likes that;
14 right?
15       MR. CARNEY:  Objection,
16 mischaracterizes testimony.
17       You can answer.
18 A.  I think you have to put it in context
19 because the ultimate out-of-pocket cost to the
20 patient depends on the formulary access for
21 Namenda XR, which is dependent on the managed care
22 organization, and there are clinical and economic
23 review and decision making regarding coverage of
24 Namenda XR.
25       So we have -- we have worked hard to

**277**

1  Kane - Highly Confidential
2  ensure that Namenda XR's formulary coverage,
3  particularly in the Medicare Part D space is
4  comparable to Namenda IR tablets.
5  Q.  I think I understand.  I just want to
6  make sure I do.  You're saying that when you take
7  into consideration cost and comparable cost,
8  you're not taking into consideration the
9  copayments through other mechanisms; you're also
10 taking into consideration whether a third-party
11 payer is paying more for XR than IR.  And I think
12 you're telling me they don't; is that correct?
13 A.  Not to my knowledge.  We offer
14 significant, higher rebates, if you will, on
15 Namenda XR versus IR.
16 Q.  Did you say that the list price for XR
17 is lower than the list price for IR?
18 A.  Yes, it is.  It's always been lower
19 since launch, by 5 percent.
20 Q.  Putting aside the copayments and what's
21 borne by the patient for the third-party payers,
22 is it your testimony that XR will always be
23 cheaper than IR, you know, let's say between now
24 and July, or that it may be lower, or it depends
25 on the circumstances?

70  (Pages 274 to 277)

VERITEXT REPORTING COMPANY

212-267-6868                                    516-608-2400