# Exhibit 373
# (Filed Under Seal)

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## ORDER

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of May, two thousand fifteen.

Before: WALKER, RAGGI, and DRONEY, *Circuit Judges.*

PEOPLE OF THE STATE OF NEW YORK, by and through ERIC T. SCHNEIDERMAN, Attorney General of the State of New York,

*Plaintiff-Appellee,*

v.                                                                 No. 14-4624

ACTAVIS PLC, FOREST LABORATORIES, LLC,

*Defendants-Appellants.*

UPON DUE CONSIDERATION, it is hereby ORDERED, ADJUDGED, AND DECREED that the order of the district court granting New York's motion for a preliminary injunction is AFFIRMED. An opinion has been filed under seal concurrently with this order. The parties of record may obtain copies of the sealed opinion from the Clerk's Office.

The parties are hereby ORDERED to show cause why the opinion should not be unsealed and to submit any proposed redactions, by May 26, 2015 at 1:00pm. The parties may file their submissions under seal. Absent any submission from the parties, the opinion will be unsealed in full.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

1