# Exhibit 18

HIGHLY CONFIDENTIAL

Page 1

1          IN THE UNITED STATES DISTRICT COURT

        FOR THE SOUTHERN DISTRICT OF NEW YORK

2

                        -   -   -

3

     IN RE:  NAMENDA DIRECT    : CIVIL ACTION NO.

4    PURCHASER ANTITRUST       : 1:15-cv-07488-CM (JF)

     LITIGATION                :

5                              :

                               :

6                              :

7                        -   -   -

8                    October 6, 2017

9                  HIGHLY CONFIDENTIAL

10                       -   -   -

11

12            Videotaped deposition of DR.

13   RUSSELL LAMB, taken at the offices of Berger &

14   Montague, PC, 1622 Locust Street,

15   Philadelphia, Pennsylvania 19103, beginning at

16   9:02 a.m., before LINDA ROSSI-RIOS, a

17   Federally Approved RPR, CCR and Notary Public.

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 42

1          A.      Right.

2          Q.      That stands for days of therapy.

3     Is that right?

4          A.      Sometimes refers to -- used to

5     or defined as days on treatment, but, yes,

6     days on therapy, days on treatment.

7          Q.      If you turn, sir, to page 45,

8     paragraph 80 of your amended report.  You

9     explain how you compute days of therapy.  Is

10    that right?

11         A.      That's right.

12         Q.      And specifically you say that

13    you ████████████████████████████████████████

██    ████████████████████████████████████████████

██    ████████████████████████████████████████

██    ███████████████████████████████████████

██    ████████████████████████████████████████████

██    █████████████████████████████████████

██    ████████████████████████████████████████████

██    ██████████████████████████

21                 Do you see that, sir?

22         A.      Correct.  I'm saying you read

23    that correctly.  Yes, I see that.

24         Q.      In paragraph 79 immediately

25    preceding, you explain that the NSP that you

HIGHLY CONFIDENTIAL

Page 43

1    refer to in paragraph 80 is a National Sales

2    Perspective database of IMS.  Is that right?

3          A.      Yes.

4          Q.      And the footnote 157 in

5    paragraph 79 lists the sources of information

6    from which IMS compiles its National Sales

7    Perspective database.  Is that correct?

8          A.      That's correct.

9          Q.      And those sources identified in

10   footnote 157 include sales by pharmaceutical

11   companies themselves?

12         A.      Yes.

13         Q.      And those sources that IMS looks

14   at also include distribution centers?

15         A.      That's correct.

16         Q.      It includes wholesalers?

17         A.      That's correct.

18         Q.      It includes hospitals, among

19   others.  Correct?

20         A.      Yes.

21         Q.      Am I correct, sir, that the NSP

22   database does not track actual physician

23   prescriptions to compile its sales database?

24         A.      I believe that's correct.  I

25   don't believe that the NSP data is based on a

HIGHLY CONFIDENTIAL

Page 44

1    survey or census of physician scripts,

2    prescriptions.  It's based -- pardon me, just

3    to clarify my answer, it's based on the

4    movement of the product through the supply

5    chain.

6           Q.    Those sources identified in

7    footnote 157 of your report.  Correct?

8           A.    That's correct.

9           Q.    Turn back now to paragraph 146.

10   For the moment I'm sticking with the first

11   sentence, the summary, as you call it, of the

12   calculation of your product hop damages.

13   There is a part of your formula in the second

14   half of the sentence titled "But-For Namenda

15   XR DOT," or days of therapy.

16                Do you see that, sir?

17          A.    Correct.

18          Q.    That part of your damages

19   methodology estimates the volume of soft

20   switches in your damages calculation.  Is that

21   a fair statement?

22          A.    I think that's correct, yes.

23   That's a reasonable way of thinking of it.

24          Q.    And anything above this

25   estimated level of soft switches up to the

HIGHLY CONFIDENTIAL

Page 57

1     level, your model doesn't look at physician

2     prescribing preferences.  Correct?

3                    MR. SORENSEN:  Objection.  Form.

4                    THE WITNESS:  What do you mean

5          by -- in that question by

6          "preferences," sir?

7     BY MR. CHUNG:

8          Q.     A physician prescribing Namenda

9     XR to a patient, for example, because of its

10    once-a-day formulation?

11         A.     No, that's not appropriate or

12    necessary to look at that issue.  ███████████

██  ████████████████████████████████████████████

██  ████████████████████████████████████████████

██  ██████████████████████████████████████████████

██  ███████████████████████████████████████████

██  ██████████████████████████  █████████████

██  ████████████████████████████████████████████

██  ██████████████████████████████████████████████

██  ██████████████████████████████████████

██  ████████  ████████████████████████████████

██  ██████████████████████████████████████████████

██  ████████████████████████████████████████████

██  ██████████████████████████████  ████████████

██  ████████████████████████████████████████

HIGHLY CONFIDENTIAL

Page 58



12          Q.      I appreciate all of that, but

13     let's go back to I think the much simpler

14     question that I asked, which is that your

15     model does not attempt to take into account

16     individual physician prescribing preferences?

17                  MR. SORENSEN:   Objection.   Form.

18          Asked and answered.   Go ahead.

19                  THE WITNESS:   I think that's

20          what I was trying to explain in my

21          previous answer.

HIGHLY CONFIDENTIAL

Page 59



19    BY MR. CHUNG:

20           Q.    Sitting here today, Dr. Lamb,

21    you can't exclude the possibility that some of

22    the damages that you have calculated include

23    shares of Namenda XR that were prescribed by

24    physicians who simply preferred the once-a-day

25    formulation.  Is that right?

HIGHLY CONFIDENTIAL

Page 102

1    Company forecasts.  Correct?

2            A.      That's correct.

3            Q.      And in paragraph 144, you rely

4    on another expert, Professor Ernst Berndt, ██

██   ████████████████████████████████████████████

██   ██████████████████████████████████████████

██   ██████████████████████████      Did I understand

8    that correctly?

9                    MR. SORENSEN:  Objection.  Form.

10           Misstates his report.  Go ahead.

11                   THE WITNESS:  No.  And if you

12           read paragraph 144 carefully, ██████████

██           ████████████████████████████████

██           ██████████████████████████████████

██           ████████████████████████████████████

██           ██████████████████████████████████████

██           ████████████████    ██████████████████

██           ████████████████████████████████████

██           ██████████████████████████████

██           ██████████████████████████████████

██           ████████████████████████████████████

██           ██████████████████████████████████

██           ████████████████████████████

██           ████████████████████████████████████████

██           ████████████████████████████████████████

HIGHLY CONFIDENTIAL

Page 103

1      █████████████   ███████████████

2     █████████████████

3   BY MR. CHUNG:

4         Q.   █████████████████

5   ██████

6     █   ████████████████

7   ██████████████████████

8   ███████████████████████████

9   ████

10         Q.     I'm not asking about any

11   communications, the content of them.  Did you

12   have any discussions with Professor Berndt?

13         A.     Yes.

14         Q.     When did you have those

15   discussions?

16         A.     Well, I had more than one.

17   There were a number.  They began in July of

18   2017, occurred a number of times between July

19   and September.  I don't recall the exact dates

20   of the first conversation or the last

21   conversation, but July to September, a number

22   of times in that period.

23         Q.     Now, I understand your testimony

24   that you did not rely on Professor Berndt for

25   the proposition that Forest's forecasts were

Page 104

1   reliable.  Did you rely in your analysis on

2   any other aspect of Professor Berndt's work?

3          A.    No.

4          Q.    Okay.  Let's take a look at

5   Table 3 which is on page 88 of your amended

6   report.

7          A.    Okay.

8          Q.    Let's just make sure that I

9   understand this correctly.  Table 3 itemizes

10  the forecasts that you used to arrive at your

11  estimate of approximately ██ percent but-for

12  Namenda XR share.  Is that right?

13         A.    That's correct.

14         Q.    These eight forecasts in

15  Table 3, specifically the percentage soft

16  switch rates on the right-hand column, are the

17  data points that you used to calculate that

18  average estimate of approximately ██ percent.

19  Correct?

20         A.    That's correct.  Let me just be

21  clear, I don't want to split hairs too much,

22  but these are the forecasts that result in the

23  ██████ percent that's reported in Table 3.

24  There's other support in the record, including

25  I note in my report Judge Sweet's opinion as

1     well mentions the ▉ percent, and Forest

2     documents reference to the ▉ percent.  So

3     there's other support for it.  But the

4     calculation in this report in Table 3 is based

5     on these forecast documents, that's correct.

6             Q.     By definition, a forecast is a

7     prediction or an estimate of what might happen

8     in the future.  Right?

9                    MR. SORENSEN:  Objection.  Form.

10            Go ahead.

11                   THE WITNESS:  I know that that

12            seems like a fairly clear,

13            straightforward question, but it's a

14            lot more complicated than that.

15            I think -- let me try to tell you what

16            I think of a forecast as.  It's a -- a

17            forecast is a way of  looking at how

18            different assumptions about how the

19            future will look results  in a

20            different outcome for some variable of

21            interest.  That's an economic forecast.

22            But I know that we're only talking

23            about economics here, not variables and

24            not the weather.  In other words, it's

25            in my mind, and I've done it now

HIGHLY CONFIDENTIAL

Page 110

1          Q.      Well, let's start with different
2     question and then we'll move back.
3          A.      Tell me -- okay.  A forecast can
4     be evaluated ex post, that is after the future
5     is unveiled, based on what the forecast
6     predicts unless the future involves a
7     counterfactual to what the assumption in the
8     forecast is here.  So these forecasts, one
9     can't look at the future to evaluate the
10    forecast because the future ended up being
11    tainted by the hard switch strategy which was,
12    by the way, in part -- the purpose of these
13    forecasts was to understand, in part,
14    understand what the effect of hard switch
15    strategy might be by comparison to what would
16    happen without it.
17               So as I understand your
18    question, I would say, look, in many cases
19    your forecast can be evaluated based on what
20    unfolds in the future in the actual world.
21    But if your -- if your forecast is based on a
22    counterfactual to what actually happens, for
23    example, you assume there is no hard switch
24    conduct, when, in fact, in the future hard
25    switch conduct enters the actual world, you

HIGHLY CONFIDENTIAL

1    can't look at the experience in the actual

2    world to say this forecast of what would

3    happen but for or in the absence of the hard

4    switch strategy is right or wrong.  It doesn't

5    inform you as to that.  And that's my

6    understanding of how to think about a

7    forecast.

8            Q.    I think you answered my

9    question, but I think there's a different way

10   to ask it.

11            There's nothing in these

12   documents, these eight documents in Table 3,

13   for example, that says, okay, in the future we

14   will look at data searches X, Y, Z, and we

15   will be able to confirm whether our forecasts

16   on this date turned out to be largely correct

17   or not?

18            A.    I don't believe there's that

19   kind of discussion.  I have to go back and

20   look at the actual -- you know, the actual

21   forecasts are complicated.  They have a Bates

22   stamp and we talk about them as a document.

23   There -- you know, there's a lot of

24   information there in Excel spreadsheets that

25   have been looked at.  I don't believe there's

HIGHLY CONFIDENTIAL

```
 1      the kind of information that you're alluding
 2      to that wouldn't be what I would expect to
 3      find in the forecast.
 4              Q.      Okay.  So you don't have a clear
 5      recollection of there being those sorts of
 6      sources available or even discussed in these
 7      forecasting documents.  Right?
 8              A.      I don't recall seeing that,
 9      that's correct.
10              Q.      Let's turn back to Table 3.  As
11      we've established, you testified that you
12      chose -- you used these eight forecasts to
13      compute your average soft switch conversion
14      rate.  But you talked about there being other
15      sources out there that relate to your average
16      of approximately ██ percent soft switches.  Do
17      you recall that?
18              A.      I didn't say sources.  I think I
19      said support for the ██ percent XR conversion
20      rate with the soft strategy, soft switch
21      strategy.
22              Q.      And, in fact, there were many
23      more Forest forecasts generated other than the
24      ones that appear in Table 3.  Am I correct?
25                      MR. SORENSEN:  Objection.  Form.
```

HIGHLY CONFIDENTIAL

Page 113

```
 1              THE WITNESS:  There were other
 2         forecasts, that's correct.  Some of
 3         those other forecasts involved
 4         assumptions about generic entry and XR
 5         launch that are at odds with the world
 6         that I was trying to understand, the
 7         but-for world that I was trying to
 8         understand.  I discuss that in
 9         paragraph 152 just above Table 3 that
10         we've been looking at.  So I point you
11         to that discussion, paragraph 152 is
12         relevant to that question.
13    BY MR. CHUNG:
14         Q.    Right.  But in any event, you're
15    aware that there were many other Forest
16    forecasts beyond the eight that appear in
17    Table 3.  Right?
18              MR. SORENSEN:  Objection.  Form.
19         Asked and answered.  Go ahead.
20              THE WITNESS:  You said many
21         other, there were other forecasts, I
22         don't recall how many.  A number.  More
23         than one other one or more than two
24         other ones.
25    BY MR. CHUNG:
```

HIGHLY CONFIDENTIAL

Page 150

1           mark Lamb Exhibit 5.  This is the
2           expert report of Ernst Berndt.
3                       -   -   -
4               (Exhibit Lamb-5, Expert Report
5           of Ernst R. Berndt, PhD, was marked for
6           identification.)
7                       -   -   -
8       BY MR. CHUNG:
9           Q.      Sir, I'm absolutely not going to
10      ask you to read all of Professor Berndt's
11      report.  I can direct you to very specific
12      passages in it that I'd like to ask you about.
13      But let me just start with a general question.
14      Did you read Professor Berndt's report?
15          A.      The one that's in front of him?
16          Q.      I'm sorry, yes, go ahead.
17          A.      Thank you.
18          Q.      I apologize.
19          A.      I haven't read Professor Berndt
20      report.
21          Q.      You haven't.  So when you wrote
22      in your expert report that Professor Berndt
23      had found these forecasts to be reliable, how
24      did you come to that understanding before you
25      submitted your report?

1           A.      That's based on conversations

2     with counsel principally and conversations

3     with Professor Berndt.

4           Q.      And you felt confident enough in

5     your citation of Professor Berndt based on

6     those conversations without reading his expert

7     report?

8           A.      I didn't cite Professor Berndt

9     and I didn't rely on Professor Berndt.  As I

10    discussed earlier, I just summarized what I

11    understood to be the nature of his opinion

12    which is consistent with my opinion.  But it

13    isn't necessary for me to have Professor

14    Berndt's report in order to reach the opinions

15    that I've reached in this matter.  I conducted

16    my own analysis and I'm not relying on

17    Professor Berndt's analysis.

18          Q.      Maybe we're hair splitting.  But

19    you say you didn't cite him.  In your report

20    that you wrote and that you're responsible

21    for, you felt the need for some reason to

22    refer to Professor Berndt and his conclusion.

23    Right?

24              MR. SORENSEN:  Objection.  Asked

25         and answered.  Objection.  Form.  Go

Page 152

1           ahead.  And argumentative.  Go ahead.
2                THE WITNESS:  I don't know if I
3           agree with your characterization that I
4           felt the need to.  I did.  It's
5           relevant in understanding the kind of
6           exercise that I did and the methodology
7           that I applied.  As I said a moment
8           ago, I'm not relying on Professor
9           Berndt.  It is relevant that Professor
10          Berndt, who understands a lot about
11          pharmaceutical markets, looked at the
12          forecasts that Forest had prepared to
13          think about soft switch XR conversion
14          and determine that those forecasts were
15          a reliable way of understanding what
16          the XR conversion rate would have been
17          in a world absent the hard switch
18          strategy.  But I'm not relying on it,
19          I'm not dependent upon Professor
20          Berndt's report in order to reach any
21          of the opinions or conclusions I've
22          reached.  I understand that those are
23          his opinions.  I haven't read his
24          report.
25                VIDEOGRAPHER:  Excuse me,

HIGHLY CONFIDENTIAL

1          Counsel, we have five minutes.

2                    MR. SORENSEN:  I'm sorry?

3                    THE WITNESS:  Five minutes on

4          the tape.

5                    MR. CHUNG:  Let's go ahead and

6          swap it out now.

7                    VIDEOGRAPHER:  The time is 1:54.

8          We're going off the video record.

9                         -  -  -

10                   (A recess was taken.)

11                        -  -  -

12                   VIDEOGRAPHER:  The time is 1:55.

13         We are back on the video record.  Disc 3.

14    BY MR. CHUNG:

15         Q.    Dr. Lamb, thank you for

16    clarifying the reason why you referred to

17    Dr. Berndt.  In your answer you said that

18    Dr. Berndt's opinion was relevant in

19    understanding the kind of exercise that I did.

20    Did I understand that correctly?

21         A.    I don't recall the exact words

22    but that's a fair characterization of my view.

23         Q.    Did you look at the work that

24    Dr. Berndt did in order to reach his opinion?

25                   MR. SORENSEN:  Communications

HIGHLY CONFIDENTIAL

Page 169

1 ████████████████████████████████████

████████████████████████████████

████████████████████ ████████████████

████████████████████████ Do you see

5 that, sir?

6          A.     Yes.

7          Q.     Were you aware of this development

8 when you reached the conclusions in your

9 report, amended report?

10          A.     I can't recall if this is a

11 document that I cite.  I'd have to go back and

12 check Appendix B.  It may be or may not be.

13 But I was aware of at least some formulary

14 changes with respect to Namenda XR, and Optum

15 in particular, when I prepared my expert

16 report and my amended expert report.

17          Q.     Did you consider this

18 development, and by that I mean the placement

19 of Namenda XR on these formularies, when you

20 made your decision to cap the but-for Namenda

21 XR share rate at ██ percent?

22               MR. SORENSEN:  Objection.  Form.

23               THE WITNESS:  Yes, I considered

24        that issue and I note that this is an

25        e-mail that's dated December 20, 2013.

HIGHLY CONFIDENTIAL

Page 170

1          As I explained a couple of times

2      already today, at that point the hard

3      switch strategy was already in full

4      swing.  As I noted in my expert report,

5      ███████████████████████████████████

       ███████████████████████████████

       ███     ████████████████████████████

       ████████████████████████████████

       ████████████████████████████████████

       ██████████████████████████████

       █████████████████████████████████████

       ██████████████    █████████████████

       ██████████████████████████████

       ███████████████████████████████

       █████████████████████████████████████

       ████   ████████████████████████████

       ███████████████████████████████████

       ████████████████████████████████

       ████████████████████████████████

       ████████████████████████████████

       ████████████████████████████████████

       ████████████████████████████████████

       ████████████████████████████

       ██████████████████████████████████

       █████████████████████████████████

HIGHLY CONFIDENTIAL

Page 171



BY MR. CHUNG:

HIGHLY CONFIDENTIAL

Page 172



15           MR. SORENSEN:  Objection.  Form.
16      Go ahead.
17           THE WITNESS:  I'd have to go
18      back and look at my testimony to see
19      how I answered that question because as
20      I'm sitting here, I can't recall my
21      answer.

HIGHLY CONFIDENTIAL

Page 173



18   BY MR. CHUNG:

19        Q.     I'm not disputing that.   I'm

20   just trying to understand this better.

21

HIGHLY CONFIDENTIAL

Page 196

```
1              Q.      Earlier in your report you
2      identified 65 proposed class members.
3      Correct?
4              A.      Correct.
5              Q.      Am I also correct in your
6      Exhibit 1 you only have 63 of those proposed
7      class members?
8              A.      That's correct.
9              Q.      If a potential class member
10     stopped purchasing Namenda XR before the
11     February 2014 announced withdrawal of Namenda
12     IR, could they have suffered injury under your
13     no hard switch but-for world?
14             A.      Yes.
15             Q.      So you allocate damages under
16     your hard switch damages model to purchasers
17     who stopped purchasing Namenda XR before
18     February 2014?
19             A.      I haven't allocated any damages
20     for my hard switch -- no hard switch but-for
21     world to individual class members.  That's not
22     an analysis that is contained in my expert
23     report.
24             Q.      Right, but your testimony is
25     that if a potential class member just stopped
```