# Exhibit 22

HIGHLY CONFIDENTIAL

Page 1

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF NEW YORK

3    C.A. No.  1:15-cv-07488-CM

     -----------------------------------x

4

     IN RE:

5

     NAMENDA DIRECT PURCHASER

6    ANTITRUST LITIGATION

7    -----------------------------------x

8                    1221 Avenue of the Americas

                     New York, New York

9

                     October 11, 2017

10                   10:36 a.m.

11

12              *** HIGHLY CONFIDENTIAL ***

13

14              VIDEOTAPED 30(b)(6) DEPOSITION of

15   FOREST LABORATORIES (now ALLERGAN) and its

16   Representative JULIE A. SNYDER, taken by the

17   Plaintiffs, held at the aforementioned time and

18   place, before Sherri Flagg, a Registered

19   Professional Reporter, Certified LiveNote

20   Reporter, and Notary Public.

21

                   *    *    *

22

23

24

25

Page 82

1 were some of the other things that you
2 forecasted?  And I'm referring to the
3 pre-Actavis acquisition time here.
4      A.    If you're asking things that I
5 forecast, I mean, ███████████████████
██████████████████████████████████
██████████████████████████████████
████████████████████████████████
██████████████████████████████████
████████████████████████████
15      Q.    I used the term previously
16 "lifecycle management."  Have you heard of that
17 term before?
18      A.    Yes.
19      Q.    Do you have an understanding of
20 what it is?
21      A.    Yes.
22      Q.    Can you tell me what it is?
23      A.    Lifecycle management is just, you
24 know, some -- what you would do with the drug
25 in the future in terms of other indications or

Page 83

1 things like that.
2      Q.    So in your previous answer about
3 all the different things you forecasted and
4 you've had a list of things, would you consider
5 all of those things to be lifecycle management
6 techniques?
7      A.    No, not all of them.
8      Q.    What were some of the lifecycle
9 management techniques in the things that you
10 listed?
11      A.    I probably didn't -- those weren't
12 related to lifecycle management.
13      Q.    Is it fair to say that conversion
14 from the Immediate -- Namenda Immediate-Release
15 to Namenda XR would be considered a lifecycle
16 management method?
17      MS. McDEVITT:  Object to form and,
18 again, I think we're getting pretty fair
19 afield from the scope of the 30(b)(6)
20 topic here.
21      MR. LETTER:  I'm going based on
22 her answers.
23      MS. McDEVITT:  Well, we're taking
24 it question by question but, I mean, I
25 thought we were talking about the

Page 84

1 authorized generic topic and we're not
2 there right now.  And I think that's
3 not -- she's not here to testify in her
4 individual capacity.
5      MR. LETTER:  I understand that.
6 But we're here right now because of her
7 previous answers.
8      MS. McDEVITT:  No, we're not.
9 We're not here right now because --
10      (Inaudible)
11      MR. LETTER:  I'm not arguing.  Can
12 you have my most previous question read
13 back, please.
14      (Requested portion read.)
15      MS. McDEVITT:  Objection to form,
16 outside the scope.
17      A.    I think -- I mean, I'm talking
18 specifically about forecasting and, you know, I
19 think those are two different conversations
20 that we're having.  We're talking about
21 forecasting versus lifecycle management so...
22      Q.    I'm fine to make the distinction
23 that we're talking about lifecycle management
24 now.  If that helps you answer the question.
25      MS. McDEVITT:  I'm going to shut

Page 85

1 this down if we're talking about
2 lifecycle management, just be forewarned.
3      MR. LETTER:  I'm asking questions
4 based on her previous answers.
5      MS. McDEVITT:  No, you're not.
6 BY MR. LETTER (continuing):
7      Q.    Ms. Snyder, can you answer my
8 question?  I intend to move on as soon as you
9 answer this question.
10      A.    Ask me -- please ask me the
11 question again.
12      MR. LETTER:  Please read it back.
13      (Requested portion read.)
14      MS. McDEVITT:  And I'm going to
15 object to the question and instruct the
16 witness not to answer as outside the
17 scope of the agreed-upon topics that
18 she's here to testify about today.
19 BY MR. LETTER (continuing):
20      Q.    Are you going to follow your
21 counsel's instruction?
22      A.    I am.
23      MR. LETTER:  I'll note for the
24 record that I disagree with the
25 instruction not to answer.  It's not a

22 (Pages 82 - 85)

HIGHLY CONFIDENTIAL

Page 154

1      E R R A T A   S H E E T
2  WITNESS:  JULIE A. SNYDER
     DATE:     October 11, 2017
3  REPORTER:  Sherri Flagg, Reporter
4
     PAGE/LINE(S)/   CHANGE    REASON
5  ____/_____/_____/_____
6  ____/_____/_____/_____
7  ____/_____/_____/_____
8  ____/_____/_____/_____
9  ____/_____/_____/_____
10  ____/_____/_____/_____
11  ____/_____/_____/_____
12  ____/_____/_____/_____
13  ____/_____/_____/_____
14  ____/_____/_____/_____
15  ____/_____/_____/_____
16  ____/_____/_____/_____
17  ____/_____/_____/_____
18  ____/_____/_____/_____
19  Subscribed and Sworn to before me this_____day
20  of_____, 2017.
21
22  NOTARY PUBLIC_____
23  MY COMMISSION EXPIRES_____
24
25

Page 155

1      C E R T I F I C A T I O N
2
3
4       I, Sherri Flagg, a Certified
5  Professional Reporter, Certified LiveNote
6  Reporter, and a Notary Public, do hereby
7  certify that the foregoing witness, JULIE A.
8  SNYDER, was duly sworn on the date indicated
9  and that the foregoing is a true and accurate
10  transcription of my stenographic notes.
11       I further certify that I am not
12  employed by nor related to any party to this
13  action.
14
15
16
17
18
19
20     Sherri Flagg, Reporter
21
22
23
24
25

40 (Pages 154 - 155)