IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Namenda Direct Purchaser Antitrust
Litigation

Case No. 1:15-cv-07488-CM (RWL)

THIS DOCUMENT RELATES TO:
All Direct Purchaser Actions

## DECLARATION OF MICHAEL E. HAMBURGER IN SUPPORT OF REPLY MEMORANDA OF LAW SUPPORTING FOREST'S MOTIONS TO EXCLUDE EXPERT TESTIMONY

I, Michael E. Hamburger, hereby declare as follows:

1.       I am an associate in the law firm of White & Case LLP, counsel for Forest

Laboratories, LLC, Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., and Actavis,

plc (collectively "Forest") in the above-captioned matter. I am admitted to practice in the State

of New York and before this Court. I submit this declaration in support of the following: Reply

Memorandum of Law in Support of Forest's Motion to Exclude Certain Opinions and Proposed

Testimony of Prof. Einer Elhauge; Reply Memorandum of Law in Support of Forest's Motion to

Exclude Certain Opinions and Proposed Testimony of Dr. Russell Lamb; Reply Memorandum of

Law in Support of Forest's Motion to Exclude Opinions and Testimony of Dr. Ernst Berndt and

Dr. Russell Lamb Regarding Forecast Averages; Reply Memorandum of Law in Support of

Forest's Motion to Exclude Opinions and Proposed Testimony of Janet K. DeLeon; and Reply

Memorandum of Law in Support of Forest's Motion to Exclude Opinions and Proposed

Testimony of George W. Johnston, Esq.

2.       I have personal knowledge of the facts stated in this declaration and if called as a

witness could competently testify to their truth.

3.      A true and correct copy of excerpts from the deposition transcript of Prof. Einer Elhauge, dated Sept. 29, 2017, is attached as **Exhibit 41**.

4.      A true and correct copy of excerpts from the deposition transcript of Dr. Pierre Y. Cremieux, dated Oct. 20, 2017, is attached as **Exhibit 42**.

5.      A true and correct copy of excerpts from the deposition transcript of Dr. Russell L. Lamb, dated Nov. 10, 2017, is attached as **Exhibit 43**.

6.      A true and correct copy of excerpts from the deposition transcript of Dr. Russell Lamb, dated Oct. 6, 2017, is attached as **Exhibit 44**.

7.      A true and correct copy of excerpts from the deposition transcript of Dr. Ernst R. Berndt, dated Nov. 2, 2017, is attached as **Exhibit 45**.

8.      A true and correct copy of FRX-AT-01608706 is attached as **Exhibit 46**.

9.      A true and correct copy of FRX-AT-01639598 is attached as **Exhibit 47**.

10.     A true and correct copy of FRX-AT-01639599 is attached as **Exhibit 48**.

11.     A true and correct copy of FRX-AT-01639602 is attached as **Exhibit 49**.

12.     A true and correct copy of excerpts from the deposition transcript of Janet K. DeLeon, dated Oct. 26, 2017, is attached as **Exhibit 50**.

13.     A true and correct copy of excerpts from the deposition transcript of George W. Johnston, dated Oct. 26, 2017 is attached as **Exhibit 51**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of December, 2017, in New York, New York.

_____
Michael E. Hamburger

2