UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NAMENDA DIRECT PURCHASER ANTITRUST LITIGATION | Case No. 1:15-CV-07488-CM-RWL |

NOTICE OF MOTION TO ENFORCE FOREST'S ELECTION AGAINST RELYING ON ITS SUBJECTIVE BELIEFS AND TO PRECLUDE AN ELEVENTH-HOUR CHANGE

PLEASE TAKE NOTICE that upon the accompanying Memorandum, dated March 14, 2019, and the accompanying Declaration of Dan Litvin along with exhibits attached thereto, Direct Purchaser Class Plaintiffs, hereby submit a Motion to Enforce Forest's Election Against Relying on Its Subjective Beliefs and to Preclude an Eleventh-Hour Change.

Dated: March 14, 2019

Respectfully Submitted:

/s/ *Dan Litvin*

| | |
|---|---|
| David F. Sorensen | Bruce E. Gerstein |
| Daniel C. Simons | Joseph Opper |
| Berger & Montague, P.C. | Kimberly M. Hennings |
| 1818 Market Street – Suite 3600 | Dan Litvin |
| Philadelphia, PA 19103 | Garwin Gerstein & Fisher LLP |
| (215) 875-3000 | 88 Pine Street, 10th Floor |
| (215) 875-4604 (fax) | New York, NY 10005 |
| dsorensen@bm.net | Tel: (212) 398-0055 |
| dsimons@bm.net | Fax: (212) 764-6620 |
| | bgerstein@garwingerstein.com |
| | jopper@garwingerstein.com |
| | khennings@garwingerstein.com |
| | dlitvin@garwingerstein.com |

| | |
|---|---|
| Peter Kohn | David C. Raphael, Jr. |
| Joseph T. Lukens | Erin R. Leger |
| Faruqi & Faruqi, LLP | Smith Segura & Raphael, LLP |
| 1617 John F Kennedy Blvd. | 3600 Jackson Street, Suite 111 |
| Suite 1550 | Alexandria, LA 71303 |
| Philadelphia, PA 19103 | Tel: (318) 445-4480 |
| (215) 277-5770 | Fax: (318) 487-1741 |
| (215) 277-5771 (fax) | draphael@ssrllp.com |
| pkohn@faruqilaw.com | |
| jlukens@faruqilaw.com | |
| | Stuart E. Des Roches |
| | Andrew W. Kelly |
| | Odom & Des Roches, LLC |
| | 650 Poydras Street, Suite 2020 |
| | New Orleans, LA 70130 |
| | Tel: (504) 522-0077 |
| | Fax: (504) 522-0078 |
| | stuart@odrlaw.com |
| | Russ Chorush |
| | Miranda Jones |
| | Heim Payne & Chorush, LLP |
| | 1111 Bagby, Suite 2100 |
| | Houston, TX 77002 |
| | Tel: (713) 221-2000 |
| | Fax: (713) 221-2021 |
| | rchorush@hpcllp.com |

*Counsel for the Direct Purchaser Class Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2019, I electronically filed the above by CM/ECF system.

>Respectfully submitted:

>/s/ *Dan Litvin*
>Dan Litvin