UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NAMENDA DIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Direct Purchaser Actions | Case No. 1:15-CV-07488-CM-RWL |

NOTICE OF MOTION *IN LIMINE* NO. 6: PRECLUDE "LITIGATION RISK" OR "RISK AVERSION" OR PURPORTED "EARLY ENTRY" AS PROCOMPETITIVE JUSTIFICATIONS

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum, dated May 24, 2019, and the accompanying Declaration of Dan Litvin along with exhibits attached thereto, Direct Purchaser Class Plaintiffs, hereby submit a Motion to Preclude "Litigation Risk" or "Risk Aversion" or Purported "Early Entry" as Procompetitive Justifications.

Dated: May 24, 2019                         Respectfully Submitted:

                                            /s/ *Dan Litvin*

David F. Sorensen                           Bruce E. Gerstein
Ellen T. Noteware                           Joseph Opper
Daniel C. Simons                            Kimberly M. Hennings
Berger Montague PC                          Dan Litvin
1818 Market Street, Suite 3600              Garwin Gerstein & Fisher LLP
Philadelphia, PA 19103                      88 Pine Street, 10th Floor
Tel: (215) 875-3000                         New York, NY 10005
Fax: (215) 875-4604                         Tel: (212) 398-0055
dsorensen@bm.net                            Fax: (212) 764-6620
enoteware@bm.net                            bgerstein@garwingerstein.com
dsimons@bm.net                              jopper@garwingerstein.com
                                            khennings@garwingerstein.com
                                            dlitvin@garwingerstein.com

Peter Kohn
Joseph T. Lukens
Faruqi & Faruqi, LLP
1617 John F Kennedy Blvd., Suite 1550
Philadelphia, PA 19103
Tel: (215) 277-5770
Fax: (215) 277-5771
pkohn@faruqilaw.com
jlukens@faruqilaw.com

David C. Raphael, Jr.
Erin R. Leger
Smith Segura & Raphael, LLP
3600 Jackson Street, Suite 111
Alexandria, LA 71303
Tel: (318) 445-4480
Fax: (318) 487-1741
draphael@ssrllp.com
eleger@ssrllp.com

Stuart E. Des Roches
Andrew W. Kelly
Odom & Des Roches, LLC
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
stuart@odrlaw.com
akelly@odrlaw.com

Russ Chorush
Heim Payne & Chorush, LLP
1111 Bagby, Suite 2100
Houston, TX 77002
Tel: (713) 221-2000
Fax: (713) 221-2021
rchorush@hpcllp.com

*Counsel for the Direct Purchaser Class Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 24, 2019, I electronically filed the above by CM/ECF system.

        Respectfully submitted,

        /s/ *Dan Litvin*
        Dan Litvin