UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE NAMENDA DIRECT PURCHASER ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>All Direct Purchaser Actions | **Case No. 1:15-cv-07488-CM-RWL** |

**MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFFS' MOTION *IN LIMINE* NO. 15: PRECLUDE FOREST
FROM RELYING UPON PATENTS OTHER THAN THE '703 PATENT
AS AFFECTING GENERIC NAMENDA IR**

**TABLE OF CONTENTS**

I.   ARGUMENT ................................................................................................................ 1

## I. ARGUMENT

The sole patent at issue in the Namenda Patent Litigation was United States Patent No. 5,061,703 ("the '703 Patent"). Litvin Decl. Ex. 39, PX-577, Forest's Complaint in Namenda Patent Litigation; ECF 699-2, Amended Pretrial Order Ex. 2 (Forest's Contentions) at 3. To ensure that Forest would not rely upon any other patent as allegedly affecting the market entry of generic Namenda IR products, Plaintiffs sought in their very first interrogatory to require Forest to identify any patents upon which it was relying. Interrogatory No. 1 requests that Forest "Identify each Asserted Claim of each Namenda Patent," where "Namenda Patent" was defined as "the '703 Patent and any other patent You contend would have affected any Generic Namenda Competitor's right, ability or willingness to market its Generic Namenda Product." Litvin Decl. Ex. 7, Plaintiffs' Amended First Set of Interrogatories at 3, 6.

The *sole* patent Forest identified in response to this interrogatory was the '703 Patent. Litvin Decl. Ex. 9, PX-1397, Second Supplemental Responses and Objections of Actavis PLC, Forest to the First Amended Set of Interrogatories Served by Direct Purchaser Class Plaintiffs at 10-12. Moreover, the only patent referenced in Forest's factual contentions in the Pretrial Order is the '703 Patent. ECF No. 699-2 at 6-9.

Accordingly, Forest should be precluded from ambushing Plaintiffs at trial by relying upon any patent other than the '703 Patent as allegedly affecting the marketing of generic Namenda IR products.

Dated: May 24, 2019                                   Respectfully Submitted:

/s/ *Dan Litvin*

| | |
|---|---|
| David F. Sorensen | Bruce E. Gerstein |
| Ellen T. Noteware | Joseph Opper |
| Daniel C. Simons | Kimberly M. Hennings |
| Berger Montague PC | Dan Litvin |
| 1818 Market Street, Suite 3600 | Garwin Gerstein & Fisher LLP |
| Philadelphia, PA 19103 | 88 Pine Street, 10th Floor |
| Tel: (215) 875-3000 | New York, NY 10005 |
| Fax: (215) 875-4604 | Tel: (212) 398-0055 |
| dsorensen@bm.net | Fax: (212) 764-6620 |
| enoteware@bm.net | bgerstein@garwingerstein.com |
| dsimons@bm.net | jopper@garwingerstein.com |
| | khennings@garwingerstein.com |
| | dlitvin@garwingerstein.com |
| Peter Kohn | David C. Raphael, Jr. |
| Joseph T. Lukens | Erin R. Leger |
| Faruqi & Faruqi, LLP | Smith Segura & Raphael, LLP |
| 1617 John F Kennedy Blvd., Suite 1550 | 3600 Jackson Street, Suite 111 |
| Philadelphia, PA 19103 | Alexandria, LA 71303 |
| Tel: (215) 277-5770 | Tel: (318) 445-4480 |
| Fax: (215) 277-5771 | Fax: (318) 487-1741 |
| pkohn@faruqilaw.com | draphael@ssrllp.com |
| jlukens@faruqilaw.com | eleger@ssrllp.com |
| | Stuart E. Des Roches |
| | Andrew W. Kelly |
| | Odom & Des Roches, LLC |
| | 650 Poydras Street, Suite 2020 |
| | New Orleans, LA 70130 |
| | Tel: (504) 522-0077 |
| | Fax: (504) 522-0078 |
| | stuart@odrlaw.com |
| | akelly@odrlaw.com |
| | Russ Chorush |
| | Heim Payne & Chorush, LLP |
| | 1111 Bagby, Suite 2100 |
| | Houston, TX 77002 |
| | Tel: (713) 221-2000 |
| | Fax: (713) 221-2021 |
| | rchorush@hpcllp.com |

*Counsel for the Direct Purchaser Class Plaintiffs*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, I electronically filed the above by CM/ECF system.

                                Respectfully submitted,
                                /s/ *Dan Litvin*
                                Dan Litvin