IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NAMENDA DIRECT PURCHASER ANTITRUST LITIGATION | Case No. 1:15-cv-07488-CM (RWL) |

**FOREST'S RESPONSE TO PLAINTIFFS' MOTION *IN LIMINE* NO. 15: PRECLUDE FOREST FROM RELYING UPON PATENTS OTHER THAN THE '703 PATENT AS AFFECTING GENERIC NAMENDA IR**

**WHITE & CASE LLP**

*Counsel for Defendants Actavis plc, Forest Laboratories, LLC, Forest Laboratories, Inc., and Forest Laboratories Holdings Ltd.*

## **TABLE OF CONTENTS**

RESPONSE TO PLAINTIFFS' MOTION *IN LIMINE* NO. 15 ....................................................... 1

### RESPONSE TO PLAINTIFFS' MOTION *IN LIMINE* NO. 15

In response to Plaintiffs' Motion *In Limine* No. 15, which seeks to preclude Forest from relying upon patents other than the '703 patent as affecting the market entry of generic Namenda IR products, Forest agrees that it will not affirmatively rely upon any patent other than the '703 patent as affecting the market entry of generic Namenda IR products. However, Forest reserves the right to respond to any arguments that DPPs may make at trial that opens the door to such an argument.

Dated: June 14, 2019                         Respectfully submitted,

                                             WHITE & CASE LLP

                                             By: */s/ Eric E. Lancaster*
                                             Martin M. Toto
Beth Wilkinson                               Heather K. McDevitt
Rakesh Kilaru                                John H. Chung
Kieran Gostin                                Michael E. Hamburger
WILKINSON WALSH + ESKOVITZ                   William H. Bave, III
2001 M Street NW, 10th Floor                 Kristen O'Shaughnessy
Washington, D.C. 20036                       Kevin C. Adam
Telephone: (202) 847-4000                    WHITE & CASE LLP
                                             1221 Avenue of the Americas
**Counsel for Defendants Actavis plc,**      New York, New York 10020
**Forest Laboratories, LLC, Forest**         Telephone: (212) 819-8200
**Laboratories, Inc., and Forest**
**Laboratories Holdings Ltd.**               J. Mark Gidley
                                             Christopher M. Curran
                                             Eric Grannon
                                             WHITE & CASE LLP
                                             701 Thirteenth Street, NW
                                             Washington, DC 20005
                                             Telephone: (202) 626-3600

                                             Heather M. Burke
                                             Eric E. Lancaster
                                             WHITE & CASE LLP
                                             3000 El Camino Real

2

        2 Palo Alto Square, Ste. 900
        Palo Alto, CA 94306
        Telephone: (650) 213-0300

**Counsel for Defendants Actavis plc, Forest Laboratories, LLC, Forest Laboratories, Inc., and Forest Laboratories Holdings Ltd.**