UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NAMENDA DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No.: 1:15-CV-07488-CM-RWL |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF THEIR MOTION IN LIMINE NO. 1 TO PRECLUDE FOREST FROM ASSERTING SUBJECTIVE BELIEFS CONCERNING THE '703 PATENT THAT IT BLOCKED DURING DISCOVERY ON PRIVILEGE AND <u>WORK-PRODUCT GROUNDS</u>**

**PLEASE TAKE NOTICE** that Plaintiffs hereby move for leave to file a reply memorandum in further support of their Motion *in Limine* No. 1 to Preclude Forest from Asserting Subjective Beliefs Concerning the '703 Patent That It Blocked During Discovery on Privilege and Work-Product Grounds.

This Reply is warranted because Forest's Opposition to Plaintiffs' Mot. *in Limine* No. 1 is actually an untimely cross-motion *in limine* that contains new requests for relief, outside the scope of the relief sought in Plaintiffs' Mot. *in Limine* No. 1. These grounds are further set forth in the accompanying Proposed Reply Memorandum of Law, appended hereto as Exhibit 1.

Dated: June 17, 2019                        Respectfully submitted,

                                            <u>*/s/ Dan Litvin*</u>
                                            Dan Litvin

David F. Sorensen
Ellen T. Noteware
Daniel C. Simons
Nick Urban
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
dsorensen@bm.net
enoteware@bm.net
dsimons@bm.net
nurban@bm.net

Peter Kohn
Joseph T. Lukens
Faruqi & Faruqi, LLP
1617 John F Kennedy Blvd., Suite 1550
Philadelphia, PA 19103
Tel: (215) 277-5770
Fax: (215) 277-5771
pkohn@faruqilaw.com
jlukens@faruqilaw.com

Bruce E. Gerstein
Joseph Opper
Kimberly M. Hennings
Dan Litvin
Garwin Gerstein & Fisher LLP
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Fax: (212) 764-6620
bgerstein@garwingerstein.com
jopper@garwingerstein.com
khennings@garwingerstein.com
dlitvin@garwingerstein.com

David C. Raphael, Jr.
Erin R. Leger
Smith Segura & Raphael, LLP
3600 Jackson Street, Suite 111
Alexandria, LA 71303
Tel: (318) 445-4480
Fax: (318) 487-1741
draphael@ssrllp.com
eleger@ssrllp.com

Russ Chorush
Heim Payne & Chorush, LLP
1111 Bagby, Suite 2100
Houston, TX 77002
Tel: (713) 221-2000
Fax: (713) 221-2021
rchorush@hpcllp.com

*Counsel for the Direct Purchaser Class Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2019, I electronically filed the above by CM/ECF system.

                                        Respectfully submitted,

                                        /s/ *Dan Litvin*

                                        Dan Litvin