## GARWIN GERSTEIN & FISHER LLP

BRUCE E. GERSTEIN
SCOTT W. FISHER
JOSEPH OPPER
NOAH H. SILVERMAN
KIMBERLY M. HENNINGS
ELENA K. CHAN
JONATHAN M. GERSTEIN
DAN LITVIN

COUNSELORS AT LAW
WALL STREET PLAZA
88 PINE STREET, 10TH FLOOR
NEW YORK, N.Y. 10005
TEL: (212) 398-0055
FAX: (212) 764-6620

SIDNEY L. GARWIN
(1908-1980)
--
ANNA TYDNIOUK
AAKRUTI VAKHARIA

August 13, 2019

*Via Federal Express*

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

    RE:   *In re Namenda Direct Purchaser Antitrust Litig.*, **No. 15-cv-07488-CM-RWL**

Dear Judge McMahon:

    We write concerning the October 9, 2019 date set for the Final Pre-Trial Conference. ECF No. 863. Plaintiffs will of course be present and ready for the Final Pre-Trial Conference on any date the Court sets. However, October 9, 2019 is Yom Kippur which several of Plaintiffs' counsel observe. Accordingly we respectfully request that the Final Pre-Trial Conference be rescheduled to any subsequent date.

    Respectfully submitted,

    */s/Dan Litvin*