# GARWIN GERSTEIN & FISHER LLP

**COUNSELORS AT LAW**
WALL STREET PLAZA
88 PINE STREET, 10TH FLOOR
NEW YORK, N.Y. 10005
TEL: (212) 398-0055
FAX: (212) 764-6620

BRUCE E. GERSTEIN
SCOTT W. FISHER
JOSEPH OPPER
NOAH H. SILVERMAN
KIMBERLY M HENNINGS
ELENA K. CHAN
JONATHAN M. GERSTEIN
DAN LITVIN

SIDNEY L. GARWIN
(1908-1980)

ANNA TYDNIOUK
AAKRUTI VAKHARIA

USDC SDNY
DOCUMENT
ELECTRONIC[ALLY FILED]
DOC #: _____
DATE FILED: 8/13/19

August 13, 2019

*Via Federal Express*

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

RE:   *In re Namenda Direct Purchaser Antitrust Litig.*, No. 15-cv-07488-CM-RWL

Dear Judge McMahon:

**MEMO ENDORSED**

We write concerning the October 9, 2019 date set for the Final Pre-Trial Conference. ECF No. 863. Plaintiffs will of course be present and ready for the Final Pre-Trial Conference on any date the Court sets. However, October 9, 2019 is Yom Kippur which several of Plaintiffs' counsel observe. Accordingly we respectfully request that the Final Pre-Trial Conference be rescheduled to any subsequent date.

Respectfully submitted,

*/s/Dan Litvin*

---

*Handwritten endorsement:* The final pre-trial conference is re-scheduled to Thursday, 10/10/19 @ 10:00 a.m.

*[signed]* Colleen McMahon   8/13/19