

2001 M STREET, NW
10th Floor
WASHINGTON, DC 20036

**WILKINSON WALSH + ESKOVITZ**

WWW.WILKINSONWALSH.COM
—
A LIMITED LIABILITY PARTNERSHIP

WASHINGTON, D.C.  |  LOS ANGELES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

8/13/19

August 13, 2019

**VIA ECF AND FEDERAL EXPRESS**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

*The final pre-trial conference is now set for Thursday, 10/10/19 @ 10:00 a.m. Trial is scheduled for Monday, 10/28/19 @ 9:30 a.m.*

*Colleen McMahon 8/13/19*

**Re:** *In re Namenda Direct Purchaser Antitrust Litigation*, 15 Civ. 7488 (CM)
     **Final Pre-Trial Conference**

Dear Judge McMahon:

**MEMO ENDORSED**

        We represent Forest in this matter and write in response to Plaintiffs' request for an adjournment of the final pre-trial conference. *See* ECF No. 865.  Forest has no objection to Plaintiffs' request, and we are available on any other day before trial save for October 18.

                    Respectfully submitted,

                     */s/ Beth Wilkinson*
                    Beth A. Wilkinson
                    Rakesh N. Kilaru
                    Kieran G. Gostin
                    WILKINSON WALSH + ESKOVITZ LLP
                    2001 M Street NW, 10th Floor
                    Washington, DC 20036
                    Telephone: (202) 847-4000

                    Chanakya A. Sethi
                    WILKINSON WALSH + ESKOVITZ LLP
                    130 West 42nd Street, Suite 1402
                    New York, NY 10036
                    Telephone: (929) 264-7765

Case 1:15-cv-07488-CM-RWL   Document 869   Filed 08/13/19   Page 2 of 2

Martin M. Toto
Kristen O'Shaughnessy
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200

J. Mark Gidley
WHITE & CASE LLP
701 Thirteenth Street NW
Washington, DC 20005
Telephone: (202) 626-3600

*Counsel for Defendants Actavis plc;*
*Forest Laboratories, LLC;*
*Forest Laboratories, Inc.; and*
*Forest Laboratories Holdings Ltd.*