## GARWIN GERSTEIN & FISHER LLP

BRUCE E. GERSTEIN
SCOTT W. FISHER
JOSEPH OPPER
NOAH H. SILVERMAN
KIMBERLY M. HENNINGS
ELENA K. CHAN
JONATHAN M. GERSTEIN
DAN LITVIN

COUNSELORS AT LAW
WALL STREET PLAZA
88 PINE STREET, 10TH FLOOR
NEW YORK, N.Y. 10005
TEL: (212) 398-0055
FAX: (212) 764-6620

SIDNEY L. GARWIN
(1908-1980)
--
ANNA TYDNIOUK
AAKRUTI VAKHARIA

October 1, 2019

*<u>Via ECF</u>*

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

   RE: *In re Namenda Direct Purchaser Antitrust Litig.*, **No. 15-cv-07488-CM-RWL**

Dear Judge McMahon:

  Pursuant to Rule VII(J) of Your Honor's Individual Practices and Procedures, Plaintiffs respectfully submit an application, appended hereto as Exhibit A, for an Order permitting attorneys and non-attorneys to bring electronic devices during the upcoming proceedings and trial in this matter. Every individual identified herein will not attend every proceeding or trial day, but we list them so that they will be able to bring and use any the listed electronic devices when they do appear.

            Respectfully submitted,

            */s/ Dan Litvin*
            Dan Litvin

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NAMENDA DIRECT PURCHASER ANTITRUST LITIGATION<br><br>IN THE MATTER OF AN APPLICATION TO BRING PERSONAL ELECTRONIC DEVICE(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOUSES OF THE SOUTHERN DISTRICT OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL | Case No. 1:15-cv-07488-CM-RWL |

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorneys and staff are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned *In Re Namenda Direct Purchaser Antitrust Litigation*, No. 1:15-cv-07488-CM-RWL. The date(s) for which such authorization is provided are October 10, 2019 until December 31, 2019.

| Attorney | Device(s) |
|---|---|
| Bruce E. Gerstein | Mobile Phone and Laptop Computer |
| Dan Litvin | Mobile Phone and Laptop Computer |
| Noah H. Silverman | Mobile Phone and Laptop Computer |
| Joseph Opper | Mobile Phone and Laptop Computer |
| Kimberly M. Hennings | Mobile Phone and Laptop Computer |
| Aakruti G. Vakharia | Mobile Phone and Laptop Computer |
| Russell Chorush | Mobile Phone and Laptop Computer |
| Michael Heim | Mobile Phone and Laptop Computer |
| Stuart E. Des Roches | Mobile Phone and Laptop Computer |
| Chris Letter | Mobile Phone and Laptop Computer |
| Dan Chiorean | Mobile Phone and Laptop Computer |

| | |
|---|---|
| Christopher Stow-Serge | Mobile Phone and Laptop Computer |
| Andrew Kelly | Mobile Phone and Laptop Computer |
| Daniel C. Simons | Mobile Phone and Laptop Computer |
| Ellen Noteware | Mobile Phone and Laptop Computer |
| David F. Sorensen | Mobile Phone and Laptop Computer |
| Nicholas Urban | Mobile Phone and Laptop Computer |
| Alexandra Arteaga | Mobile Phone and Laptop Computer |
| David C. Raphael, Jr. | Mobile Phone and Laptop Computer |
| Erin R. Leger | Mobile Phone and Laptop Computer |
| Joseph T. Lukens | Mobile Phone and Laptop Computer |
| Peter R. Kohn | Mobile Phone and Laptop Computer |
| Kristyn Fields | Mobile Phone and Laptop Computer |
| Susan Segura | Mobile Phone and Laptop Computer |
| Susan Roth | Mobile Phone and Laptop Computer |
| Kimberly Fontenot | Mobile Phone and Laptop Computer |
| Apolinar Uriarte | Mobile Phone and Laptop Computer |
| Amy Kennelly | Mobile Phone and Laptop Computer |
| Diane Werwinski | Mobile Phone and Laptop Computer |
| Amber Branum | Mobile Phone and Laptop Computer |
| Nancy Blackwell | Mobile Phone and Laptop Computer |
| Scott Russell | Mobile Phone and Laptop Computer |
| George Inmon | Mobile Phone, Laptop Computer, HDMI Switch(es) |
| Matt Nolte | Mobile Phone and Laptop Computer |
| Shawn Groat | Mobile Phone and Laptop Computer |

The attorneys and staff identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney or staff that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: October __, 2019

_____
Hon. Colleen McMahon
United States Chief District Judge

2