# GARWIN GERSTEIN & FISHER LLP

### COUNSELORS AT LAW

WALL STREET PLAZA
88 PINE STREET, 10TH FLOOR
NEW YORK, N.Y. 10005
TEL: (212) 398-0055
FAX: (212) 764-6620

BRUCE E. GERSTEIN
SCOTT W. FISHER
JOSEPH OPPER
NOAH H. SILVERMAN
KIMBERLY M. HENNINGS
ELENA K. CHAN
JONATHAN M. GERSTEIN
DAN LITVIN

SIDNEY L. GARWIN
(1908-1980)
--
ANNA TYDNIOUK
AAKRUTI VAKHARIA

October 3, 2019

*Via ECF*

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

RE:   *In re Namenda Direct Purchaser Antitrust Litig.*, No. 15-cv-07488-CM-RWL

Dear Judge McMahon:

Enclosed please find a copy of Plaintiffs' revised Phase One and Phase Two exhibit lists, with objections (exhibits A and B respectively), and the Parties' joint Phase One and Phase Two exhibit lists (exhibits C and D respectively).  Plaintiffs are also delivering today two copies of Plaintiffs' proposed exhibits and the Parties' proposed joint exhibits.

Please note that between last night and today, Defendants have withdrawn at least some of their objections to Plaintiffs' exhibits that Plaintiffs referenced their letter to the Court dated October 2, 2019 (ECF No. 879).

Respectfully submitted,

*/s/ Dan Litvin*
Dan Litvin

# EXHIBIT A

**In Re Namenda Direct Purchaser Antitrust Litigation**, 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0002 | FRX-AT-00000218 | FRX-AT-00000252 | 9/1/2009 | Settlement Agreement between Forest and Amneal- Execution Copy with Exhibits A-C | | Gupta, Kapil Ex. 16; Cremieux, Pierre Ex. 21; Agovino, Eric Ex. 01 | |
| PX-0005 | FRX-AT-03633499 | FRX-AT-03633531 | 9/25/2009 | Email with Draft Memantine Settlement Agreement | | Ryan, Charles Ex. 53; Agovino, Eric Ex. 02 | |
| PX-0006 | FRX-AT-04320734 | FRX-AT-04320736 | 1/21/2010 | RE: Mylan Meeting tomorrow | | Agovino, Eric Ex. 03; Ryan, Charles Ex. 36 | |
| PX-0008 | FRX-AT-03500538 | FRX-AT-03500542 | 2/19/2010 | Fw: Draft Complaint | | Agovino, Eric Ex. 04 | |
| PX-0009 | FRX-AT-03500543 | FRX-AT-03500564 | 00/00/0000 | Draft - Complaint Mylan v. Forest | | Agovino, Eric Ex. 05 | |
| PX-0010 | FRX-AT-03629769 | FRX-AT-03629770 | 2/26/2010 | Mylan Pleadings | | Agovino, Eric Ex. 06 | |
| PX-0012 | FRX-AT-04271302 | FRX-AT-04271309 | 3/8/2010 | RE: Forest/Privileged and Confidential - Antitrust and Settlement Slides | | Agovino, Eric Ex. 08 | 402; 403 |
| PX-0013 | FRX-AT-03512258 | FRX-AT-03512258 | 3/16/2010 | Letter from Daniel V. Folt to Judge Sleet re Forest Labs v Cobalt Labs | MSJ Opinion | Agovino, Eric Ex. 09; Silber, Seth Ex. 11 | |
| PX-0015 | FRX-AT-03516651 | FRX-AT-03516684 | 3/19/2010 | Email FW: Forest Laboratories, Inc. et al. v. Mylan Pharmaceuticals, Inc | | Agovino, Eric Ex. 10; Silber, Seth Ex. 12 | |
| PX-0018 | FRX-AT-03521494 | FRX-AT-03521529 | 7/21/2010 | Email with attached Signature Pages | | Agovino, Eric Ex. 13 | |
| PX-0019 | FRX-AT-00000428 | FRX-AT-00000463 | 7/21/2010 | Settlement Agreement between Forest Labs; Merz and Mylan Pharmaceuticals | MSJ Opinion | Agovino, Eric Ex. 14; Solomon, David Ex. 08; Silber, Seth Ex. 01; Jochum, Patrick Ex. 10; Cremieux, Pierre Ex. 24 | |

*In Re Namenda Direct Purchaser Antitrust Litigation*, 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0024 | FRX-AT-00000253 | FRX-AT-00000273 | 10/3/2005 | Distribution and Supply Agreement (Generic Lexapro) between Forest and Alphapharm | MSJ Opinion | Agovino, Eric Ex. 15; Carnevale, Robert Ex. 13; Mears, Rachel Ex. 04; Solomon, David Ex. 07; Curia, Katrina Ex. 21; Bruno, James Ex. 03 | |
| PX-0030 | FRX-AT-00000464 | FRX-AT-00000477 | 7/21/2010 | Amendment to the Distribution and Supply Agreement (Generic Lexapro) between Forest Labs, Alphapharm Pty Ltd. And Mylan Pharmaceuticals | MSJ Opinion | Agovino, Eric Ex. 16; Bruno, James Ex. 04 | |
| PX-0036 | FRX-AT-00000001 | FRX-AT-00000037 | 11/13/2009 | Settlement Agreement between Forest Laboratories, Merz Pharma Gmbh & Co. and Dr. Reddy's Laboratories with attached exhibits A - C | | Cremieux, Pierre Ex. 22; Agovino, Eric Ex. 19 | |
| PX-0052 | FRX-AT-03655713 | FRX-AT-03655716 | 9/19/2008 | Emails re: Proactive Projects and Partner Meetings | | Carnevale, Robert Ex. 04 | |
| PX-0068 | FRX-AT-04616753 | FRX-AT-04616756 | 7/6/2010 | Emails RE: Mylan Lexapro Authorized Generic | | Mears, Rachel Ex. 14; Carnevale, Robert Ex. 12 | |

*In Re Namenda Direct Purchaser Antitrust Litigation*, 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0080 | FRX-AT-04340635 | FRX-AT-04340641 | 3/14/2010 | Emails FW: Mylan Term Sheet with attached Forest/Mylan COGS; Lexapro forecast; Lexapro Medicaid Liability; Status of memantine patent litigation | | Mears, Rachel Ex. 09; Solomon, David Ex. 10 | |
| PX-0082 | FRX-AT-04579626 | FRX-AT-04579626 | 3/16/2010 | Letter from Daniel V. Folt to Judge Sleet re Forest Labs v Cobalt Labs | MSJ Opinion | Mears, Rachel Ex. 10; Solomon, David Ex. 13; Green, Philip Ex. 02 | |
| PX-0085 | FRX-AT-04610603 | FRX-AT-04610606 | 3/23/2010 | Emails RE: Memantine | | Mears, Rachel Ex. 11 | |
| PX-0086 | FRX-AT-04593099 | FRX-AT-04593102 | 4/13/2010 | Emails FW: Lexapro Information | | Mears, Rachel Ex. 13 | |
| PX-0087 | FRX-AT-04447018 | FRX-AT-04447019.0006 | 10/18/2007 | Emails re: Impact of DRA on Authorized Generics with Attached powerpoint | MSJ Opinion | Mears, Rachel Ex. 15 | |
| PX-0104 | FRX-AT-04390579 | FRX-AT-04390593 | 11/19/2010 | Draft Minutes of a meeting of the board of directors at Cox Hallett Wilkinson Milner House | | Ryan, Charles Ex. 17 | |
| PX-0109 | FRX-AT-04269110 | FRX-AT-04269434 | 8/24/2009 | Emails re: Update on Namenda settlement with attached agreements | | Ryan, Charles Ex. 23 | |
| PX-0122 | FRX-AT-04321784 | FRX-AT-04321786 | 2/17/2010 | Mylan Standstill Agreement with attached Draft Agreement | | Ryan, Charles Ex. 37 | |
| PX-0128 | FRX-AT-04229756 | FRX-AT-04229759 | 3/23/2010 | Emails re: Memantine | | Ryan, Charles Ex. 43 | |

*In Re Namenda Direct Purchaser Antitrust Litigation*, 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0130 | FRX-AT-03882414 | FRX-AT-03882420 | 2/11/2010 | Presentation of Forest - Mylan Meeting Subject to FRE 408 | MSJ Opinion | Ryan, Charles Ex. 50; Solomon, David Ex. 42; Bonelli, Alexandra Ex. 03; Green, Philip Ex. 07; Snyder, Julie Ex. 03; McKelvie, Roderick Ex. 09; Fowdur, Lona Ex. 04 | |
| PX-0137 | FRX-AT-04628512 | FRX-AT-04628517 | 2/11/2010 | Presentation of Forest - Mylan Meeting Subject to FRE 409 | | Ryan, Charles Ex. 51 | |
| PX-0138 | FRX-AT-03626412 | FRX-AT-03626445 | 8/19/2009 | Email with Draft Memantine Settlement Agreement | | Ryan, Charles Ex. 52; Silber, Seth Ex. 09 | |
| PX-0140 | FRX-AT-04617133 | FRX-AT-04617133 | 00/00/2013 | Lexapro Medicaid Liability Q1 CY2012 - Q1 2013 | | Solomon, David Ex. 11 | |
| PX-0141 | n/a | n/a | 8/7/2017 | Excerpts from Defendants' 8/7/17 Privilege Log | | Solomon, David Ex. 12 | 402; 403; 602; 802 |
| PX-0142 | WSGRMEMA_000100 | WSGRMEMA_000107 | 3/17/2010 | Email re: Amendment to Distribution and Supply Agreement with attached Amendment Agreement v.2.3.17.doc | | Solomon, David Ex. 14; Silber, Seth Ex. 05 | |
| PX-0156 | n/a | n/a | 2009 | Report of the Economic Survey 2009 | MSJ Opinion | Solomon, David Ex. 27 | 802 |
| PX-0157 | FRX-AT-03629651 | FRX-AT-03629656 | 2/18/2010 | Emails re: Forest/ Mylan Standstill Agreement | | Solomon, David Ex. 28; Silber, Seth Ex. 10 | |

*In Re Namenda Direct Purchaser Antitrust Litigation*, 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0159 | FRX-AT-03629657 | FRX-AT-03629683 | 2/19/2010 | Emails re: Draft Complaint with attached complaint | | Solomon, David Ex. 29 | |
| PX-0160 | FRX-AT-03629684 | FRX-AT-03629689 | 2/19/2010 | Emails re: Draft Complaint | | Solomon, David Ex. 30 | |
| PX-0161 | FRX-AT-03629712 | FRX-AT-03629718 | 2/19/2010 | Emails re: Draft Complaint | | Solomon, David Ex. 31 | |
| PX-0162 | FRX-AT-04628195 | FRX-AT-04628196 | 1/15/2010 | Internal draft of Mylan Deal Concept- For settlement purposes only | MSJ Opinion | Solomon, David Ex. 40; Green, Philip Ex. 05; Bruno, James Ex. 17 | |
| PX-0165 | FRX-AT-04628198 | FRX-AT-04628198 | 1/20/2010 | Mylan Deal Concept- For settlement purposes only | MSJ Opinion | Solomon, David Ex. 41; Green, Philip Ex. 06 | |
| PX-0167 | n/a | n/a | 5/8/2009 | Second Amended Answer and Counterclaims of Defendant Mylan Pharmaceuticals Forest Labs v. Cobalts Labs Case 1:08-cv-00021-LPS Doc 322 | | Silber, Seth Ex. 03 | |
| PX-0171 | FRX-AT-03169424 | FRX-AT-03169455 | 12/17/2007 | Notice of Paragraph IV Certification Letter on behalf of Mylan with attached Detailed Statement of Factual and Legal Bases for Mylan's Patent Certification against the '703 Reexamination Certificate | | Silber, Seth Ex. 06 | |
| PX-0174 | FRX-AT-04406052 | FRX-AT-04406054 | 00/00/2012 | Mylan Pharmaceuticals Inc. Forest Laboratories - Escitalopram  Qtr 1 2012; Qtr 2 2012; Qtr 3 2012 | | | 402; 403 |

*In Re Namenda Direct Purchaser Antitrust Litigation* , 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0175 | FRX-AT-04406055 | FRX-AT-04406057 | 1/31/2013 | Email re: Escitalopram Royalty Statement Q4CY12 with attached royalty statement and Medicaid expense changes for Q3CY12 ad Q4CY12 | | Silber, Seth Ex. 14 | 402; 403 |
| PX-0179 | n/a | n/a | 5/26/2017 | Letter from Brendan Coffman  to Dan Litvin re *In re Namenda Antitrust Litigation* , Civil Action No. 1:15-cv-07488 | | Curia, Katrina Ex. 22 | |
| PX-0180 | MYLMEMA_003582 | MYLMEMA_003593 | 9/28/2010 | Mylan Pharmaceuticals Inc. Escitalopram Oxalate Tablets Revision - SNC Board Presentation | | Curia, Katrina Ex. 23; Green, Philip Ex. 13 | |
| PX-0181 | MYLMEMA_003580 | MYLMEMA_003580 | 00/00/0000 | Spreadsheet of Total Cost Anaysis | | Curia, Katrina Ex. 24 | Illegible; 602; 802 |
| PX-0196 | FRX-AT-00000380 | FRX-AT-00000416 | 3/23/2010 | Settlement Agreement between Forest Laboratories, Merz Pharma and Orchid | | Wilk, Diana Ex. 19 | |
| PX-0206 | FRX-AT-04617640 | FRX-AT-04617642 | 1/19/2010 | Emails re: Mylan Mtg Next Week with attached Mylan Forecasts, Lexapro Medicaid Liablility, and Current Lexapro Cost Analysis | MSJ Opinion | Green, Philip Ex. 03 | |
| PX-0209 | FRX-AT-04617115 | FRX-AT-04617115 | 03/00/2016 | Lexapro Generic Analysis- Mylan Share of Generic 50% | MSJ Opinion | Green, Philip Ex. 10; Bruno, James Ex. 13 | |

*In Re Namenda Direct Purchaser Antitrust Litigation* , 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0211 | FRX-AT-04617114 | FRX-AT-04617114 | 03/00/2016 | Lexapro Generic Analysis- Mylan Share of Generic 50% | | Green, Philip Ex. 11 | |
| PX-0212 | FRX-AT-04617550 | FRX-AT-04617551 | 1/13/2010 | Emails re: Lexapro Model | | Green, Philip Ex. 12 | |
| PX-0218 | FRX-AT-03488197 | FRX-AT-03488220 | 10/16/2003 | NDA 21-487 Approval Letter | | Bray, June Ex. 02 | |
| PX-0219 | FRX-AT-04521903 - 14; 53-56; 58-66; 112-113 | FRX-AT-04521903 - 14; 53-56; 58-66; 112-113 | 12/14/2015 | Annual Report for Namenda NDA 21-487 | | Bray, June Ex. 03 | |
| PX-0241 | n/a | n/a | 6/30/2017 | FDA Listing of Authorized Generics | | Solomon, David Ex. 05 | |
| PX-0243 | MYLMEMA_003597 | MYLMEMA_003606 | 8/18/2010 | Mylan Pharmaceuticals Inc. Escitalopram Oxalate Tablets Launch Project Team | | Curia, Katrina Ex. 05 | |
| PX-0244 | MYLMEMA_003576 | MYLMEMA_003578 | 10/7/2010 | October 7, 2010 Meeting Minutes MPI - Forest Escitalopram Kick-off Meeting | | Curia, Katrina Ex. 06 | |
| PX-0245 | MYLMEMA_003688 | MYLMEMA_003692 | 11/22/2010 | Mylan/Forest Escitalopram Tech Transfer Working Group - Core Team Conference Call (Meeting Held November 18, 2010) | | Curia, Katrina Ex. 07 | |
| PX-0246 | FRX-AT-04408010 | FRX-AT-04408041 | 10/8/2010 | Emails Re: Mylan/Forest Escitalopram Tech Transfer Kickoff Meeting Minutes with attachments | | Curia, Katrina Ex. 08 | |

*In Re Namenda Direct Purchaser Antitrust Litigation* , 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0247 | FRX-AT-04605364 | FRX-AT-04605385 | 1/20/2011 | Technical/Quality Agreement for Contract Manufacture, Package (Assembly) Testing and Batch Release by and between Forest labs, Mylan Pharmaceuticals and Alphapharm | | Curia, Katrina Ex. 11 | |
| PX-0249 | MYLMEMA_000332 | MYLMEMA_000333 | 10/16/2007 | Letter re: Memantine Hydrochloride Tablets 5 mg and 10 mg U.S. Patent No. 5,061,703 Paragraph IV Certification | | Curia, Katrina Ex. 13 | |
| PX-0250 | MYLMEMA_000023 | MYLMEMA_000026 | 4/2/2010 | Tentative Approval Letter from the FDA to Mylan in reference to 10/16/2007 ANDA | | Curia, Katrina Ex. 14 | |
| PX-0251 | MYLMEMA_001498 | MYLMEMA_001508 | 10/6/2014 | Letter re Minor Amendment - Final Approval Requested (Chemistry, Labeling and Patent Information Provided) (Quality Facility Information Provided) | | Curia, Katrina Ex. 15 | |
| PX-0260 | AMNEAL0000435 | AMNEAL0000447 | 3/4/2015 | Easily Correctable Deficiency - Office of Lifecycle Deug Products - Immediate Release Division-1 Reference # 81846 ANDA # 090041 - Sequence # 0009 | | Gupta, Kapil Ex. 05 | |

*In Re Namenda Direct Purchaser Antitrust Litigation*, 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0261 | n/a | n/a | 4/10/2015 | ANDA Approval Letter for Amenal Pharmaceuticals | | Gupta, Kapil Ex. 07 | |
| PX-0262 | AMNEAL0000258 | AMNEAL0000279 | 2/9/2015 | Minor Amendment - Final Approval Requested ANDA # 090041 - Sequence #0007 with attached Tentative Approval Letter | | Gupta, Kapil Ex. 08 | |
| PX-0263 | AMNEAL0000402 | AMNEAL0000417 | 2/19/2015 | Addendum to Minor Amendment - Final Approval Requested ANDA #090041 - Sequence #0008 | | Gupta, Kapil Ex. 09 | |
| PX-0266 | FRX-AT-03169456 | FRX-AT-03169478 | 12/18/2007 | Notice of Paragraph IV Certification Re: Interpharm, Inc.'s Memantine HCl Tablets, 5 and 10 mg; U.S. Patent No. 5,061,703 | | Gupta, Kapil Ex. 19 | |
| PX-0271 | AMNEAL0008438 | AMNEAL0008438 | 3/26/2015 | Product Launch / Validation Tracking Sheet | | Gupta, Kapil Ex. 24 | |
| PX-0274 | DRL (Namenda AT Litig)0001777 | DRL (Namenda AT Litig)0001781 | 4/14/2010 | Letter re Application is Approved | | McCormick, Jinping Ex. 03 | |
| PX-0275 | n/a | n/a | 7/13/2015 | Press Release re Dr. Reddy's announces the Launch of Memantine Hydrochloride Tablets, USP | | McCormick, Jinping Ex. 04 | |

*In Re Namenda Direct Purchaser Antitrust Litigation* , 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0278 | FRX-AT-03876718 | FRX-AT-03876745 | 1/2/2008 | Norice of Paragraph IV Certification re: Dr. Reddy's Laboratories, LTD.'s and Dr. Reddy's Laboratories, Inc.'s 5 MG and 10 MG Memantine Hydrochloride Tablets; US Patent No. 5,061,703 | | McCormick, Jinping Ex. 17 | |
| PX-0283 | DRL (Namenda AT Litig)0000860 | DRL (Namenda AT Litig)0000901 | 12/2/2013 | Presentation re US Launches Review | | McCormick, Jinping Ex. 27 | |
| PX-0284 | DRL (Namenda AT Litig)0000982 | DRL (Namenda AT Litig)0001010 | 3/6/2014 | Presentation re FTMR Review | | McCormick, Jinping Ex. 28 | |
| PX-0285 | DRL (Namenda AT Litig)0000177 | DRL (Namenda AT Litig)0000220 | 8/28/2014 | Presentation re NAG: FTMR Monthly Review | | McCormick, Jinping Ex. 29 | |
| PX-0286 | DRL (Namenda AT Litig)0000452 | DRL (Namenda AT Litig)0000490 | 3/26/2015 | Presentation re FTMR Monthly Call | | McCormick, Jinping Ex. 30 | |
| PX-0287 | DRL (Namenda AT Litig)0000141 | DRL (Namenda AT Litig)0000175 | 5/28/2015 | Presentation re FTMR Monthly Review | | McCormick, Jinping Ex. 31 | |
| PX-0288 | DRL (Namenda AT Litig)0000645 | DRL (Namenda AT Litig)0000680 | 6/25/2015 | Presentation re FTMR Monthly Review | | McCormick, Jinping Ex. 32 | |
| PX-0298 | SUN0007310 | SUN0007312 | 7/14/2015 | Email Fw: IMPULSE News - Memantine IR Tablets Launched OTIF | | Nadkarni, Bharati Ex. 09 | |
| PX-0321 | FRX-AT-00000184 | FRX-AT-00000217 | 11/3/2009 | Settlement Agreement between Forest Laboratories, Merz Pharma and Teva Pharmaceuticals | | Rabinovic, Lauren Ex. 17 | |
| PX-0349 | MNAT_0000001 | MNAT_0000301 | 2/26/2010 | Joint Pretrial Order in the Forest Laboratories, Inc., et al. v. Lupin Pharmaceuticals, Inc., et al. | | Ryan, Charles Ex. 03; Johnston, George Ex. 03; Hermann, Nathan Ex. 03 | |

*In Re Namenda Direct Purchaser Antitrust Litigation*, 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|----|---------|---------|----------|-------------|----------------------|-----------|------------|
| PX-0357 | FRX-AT-03389623 | FRX-AT-03389633 | 00/00/1984 | Article- Memantine Improves the Cerebral Performance in the Elderly | | Farlow, Martin Ex. 16; Ryan, Charles Ex. 05; Schneider, Lon Ex. 11 | |
| PX-0362 | FRX-AT-03173429 | FRX-AT-03173446 | 1989 | Can Memantine Improve Disturbances of Social Behaviour and Self-Sufficiency Associated with the Organic Brain Syndrome? Therapiewoche 39, No. 14 (1989) 946-952. | | Ryan, Charles Ex. 08; Farlow, Martin Ex. 19 | |
| PX-0366 | n/a | n/a | 7/17/2008 | Supplemental Scheduling Order | | Ryan, Charles Ex. 11 | |
| PX-0373 | n/a | n/a | 10/29/1991 | United States Patent Number 5,061,703 | | McKelvie, Roderick Ex. 10; Malinow, Roberto Ex. 09; Hermann, Nathan Ex. 06; Schneider, Lon Ex. 03; Farlow, Martin Ex. 09 | |
| PX-0395 | n/a | n/a | 00/00/2006 | AIPLA Quarterly Journal v.34 2006, *Who Wins Patent Infringement Cases*. | | McKelvie, Roderick Ex. 02 | |
| PX-0396 | n/a | n/a | 7/00/2002 | Generic Drug Entry Prior to Patent Expiration: An FTC Study | | McKelvie, Roderick Ex. 03 | 402; 403; 802 |
| PX-0433 | FRX-AT-02713322 | FRX-AT-02713331 | 4/12/2006 | Article, "Low Doses of Memantine Disrupt Memory in Adult Rats" The Journal of Neuroscience | | Malinow, Roberto Ex. 11; Hermann, Nathan Ex. 17 | 802 |

*In Re Namenda Direct Purchaser Antitrust Litigation*, 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0434 | FRX-AT-02430682 | FRX-AT-02430696 | 00/00/2007 | Article, "Memantine Acts as a Cholinergic Stimulant in the Mouse Hippocampus" Journal of Alzheimer's Disease | | Malinow, Roberto Ex. 12 | 802 |
| PX-0435 | FRX-AT-02704728 | FRX-AT-02704738 | 10/28/2004 | Article, "Memantine Blocks a7* Nicotinic Acetycholine Receptors More Potently than *N*-Methyl-D-aspartate Receptors in Rat Hippocampal Neurons" The Journal of Pharmacology and Experimental Therapeutics | | Malinow, Roberto Ex. 13 | 802 |
| PX-0436 | FRX-AT-02704739 | FRX-AT-02704740 | 1/13/2005 | Article, Comments on "Memantine Blocks a7* Nicotinic Acetycholine Receptors More Potently than N-Methyl-D-aspartate Receptors in Rat Hippocampal Neurons" | | Malinow, Roberto Ex. 14 | 802 |
| PX-0437 | FRX-AT-01892277 | FRX-AT-01892303 | 2/00/2008 | Article, "Donepezil markedly potentiates memantine neurotoxcity in the adult rat brain" | | Malinow, Roberto Ex. 16 | 802 |
| PX-0452 | n/a | n/a | 10/24/1978 | United States Patent 4,122,193 | | Farlow, Martin Ex. 05 | |
| PX-0501 | FRX-AT-03930451 | FRX-AT-03930455 | 4/28/2016 | Emails re: Saphris Price History Going Back to 2013 with attached WAC and Pricing History | | Devlin, Mark Ex. 32 | |

*In Re Namenda Direct Purchaser Antitrust Litigation*, 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0525 | FRX-AT-00000112 | FRX-AT-00000147 | 10/9/2009 | Settlement Agreement between Forest Laboratoies, Merz Pharma GmbH & Co. and Sun with attached exhibits A - C | | Cremieux, Pierre Ex. 23 | |
| PX-0578 | FRX-AT-03501462 | FRX-AT-03501475 | 4/7/2008 | Answer and Counterclaim of Mylan Pharmaceuticals Inc. | | | |
| PX-0586 | FRX-AT-03598911 | FRX-AT-03599104 | 2/17/2014 | Agreement and Plan of Merger by and amoung Actavis PLC, Tango US Holdings., Tango Merger Sub 1 LLC, Tango merger Sub 2 LLC and Forest Laboratories, Inc. | | | |
| PX-0619 | FRX-AT-04321787 | FRX-AT-04321790 | 2/18/2010 | Letter concerning a draft complaint making antitrust allegations regarding Namenda | | | 802 |
| PX-0632 | FRX-AT-04406059 | FRX-AT-04406059 | 00/00/2013 | Mylan Pharmaceuticals Inc Forest Laboratories-Escitalopram Qtr 2 2013 | | | 402; 403 |
| PX-0671 | MYLMEMA_000028 | MYLMEMA_000030 | 1/30/2015 | Approval Letter for Memantine Hydrochloride Tablets in reference to ANDA submitted on October 16, 2007 | | Curia, Katrina Ex. 17 | |

*In Re Namenda Direct Purchaser Antitrust Litigation*, 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|----|---------|---------|----------|-------------|----------------------|------------|------------|
| PX-0933 | FRX-AT-03600941 | FRX-AT-03600948 | 10/9/2013 | Email re: Namenda Transition.ppt with attachments | | | |
| PX-1018 | FRX-AT-04617561 | FRX-AT-04617562 | 1/13/2010 | Email re: tentative approvals for generic lexapro | | | |
| PX-1021 | FRX-AT-04623445 | FRX-AT-04623462 | 8/11/2011 | Email re: Forest Lundbeck amendment with attached draft letter agreement | | | |
| PX-1023 | FRX-AT-04628199 | FRX-AT-04628202 | 11/18/2011 | Inter-Office Memorandum re Letter Agreement between Forest Laboratories Holdings Limited and H. Lundbeck A/S dated October 31, 2011 | | | |
| PX-1065 | n/a | n/a | 01/00/2010 | FTC Study:  Pay-for-Delay: How Drug Company Pay-offs Cost Consumers Billions | | | 402; 403; 802 |
| PX-1090 | n/a | n/a | 5/13/2015 | Generic Competition and Drug Prices | | | 802 |
| PX-1116 | n/a | n/a | 5/23/2013 | Forest Laboratories, Inc., SEC Form 10-K for fiscal year ended March 31, 2013 | | | |
| PX-1130 | FRX-AT-00000038 | FRX-AT-00000075 | 10/15/2009 | Settlement Agreement between Forest, Merz and Cobalt Pharma | | | |

*In Re Namenda Direct Purchaser Antitrust Litigation*, 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-1131 | FRX-AT-00000076 | FRX-AT-00000111 | 9/10/2009 | Settlement Agreement between Forest, Merz and Workhardt | | Venkatesan, Gopalakrishnan Ex. 29 | |
| PX-1132 | FRX-AT-00000148 | FRX-AT-00000183 | 9/8/2009 | Settlement Agreement between Forest, Merz and Upshire-Smith | | | |
| PX-1133 | FRX-AT-00000274 | FRX-AT-00000308 | 9/8/2009 | Settlement Agreement between Forest, Merz and Apotex | | | |
| PX-1134 | FRX-AT-00000309 | FRX-AT-00000339 | 12/7/2009 | Settlement Agreement between Forest, Merz and Torrent | | | |
| PX-1135 | FRX-AT-00000340 | FRX-AT-00000379 | 12/11/2009 | Settlement Agreement between Forest, Merz and Lupin | | | |
| PX-1136 | FRX-AT-00000478 | FRX-AT-00000514 | 11/4/2014 | Settlement Agreement between Forest, Merz and Aurobindo | | | |
| PX-1137 | FRX-AT-04611156 | FRX-AT-04611191 | 6/22/2010 | FW: Namenda XR Analysts Reports | | | 602; 802 |
| PX-1140 | FRX-AT-04623794 | FRX-AT-04623819 | 8/22/2011 | FW: Forest Lundbeck amendment | | | |
| PX-1157 | FRX-AT-04228603 | FRX-AT-04228636 | 11/20/2009 | Cameron Weiffenbach 11/20/2009 Expert Report | | | 602; 802 |

*In Re Namenda Direct Purchaser Antitrust Litigation*, 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-1166 | n/a | n/a | 9/18/2009 | Namenda IR Stipulation and Order Regarding Proposed Modifications to the Scheduling Order (D.I. 425) | | | 802; 402; 403 |
| PX-1174 | FRX-AT-00006522 | FRX-AT-00006531 | 4/14/1989 | J. Timothy Greenamyre and Anne B. Young, "Excitatory Amino Acids and Alzheimer's Disease," *Neurobiology of Aging* (1989) 10:593-602 | | | 802 |
| PX-1202 | n/a | n/a | 2/2/1982 | Reisberg, *et al.*, Diagnosis and Assessment of the Older Patient, Hospital & Community Psychiatry, 104-110 (1982) | | | 802 |
| PX-1203 | n/a | n/a | 04/00/1982 | Maletta et al., Organic Mental Disorders in a Geriatric Outpatient Population, Am. J. Psychiatry 139:4 (April 1982) | | | 802 |
| PX-1205 | FRX-AT-03505611 | FRX-AT-03505616 | 07/00/1984 | Guy McKhann et al., "Clinical Diagnosis of Alzheimer's Disease: Report of the NINCDS-ADRDA Work Group Under the Auspices of Department of Health and Human Services Task Force on Alzheimer's Disease," *Neurology*, Vol. 34 (July 1984) | | | 802 |
| PX-1210 | FRX-AT-00105810 | FRX-AT-00105913 | 00/00/1982 | Merz document describing Ambrozi & Danielczyk, demonstrating how a person of ordinary skill in the art would interpret this reference | | | 402; 403; 802 |

*In Re Namenda Direct Purchaser Antitrust Litigation*, 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-1212 | FRX-AT-03005821 | FRX-AT-03005850 | 6/5/2002 | Synopsis Study No. MRZ 90001-9104 | | | 602; 802 |
| PX-1214 | FRX-AT-03173410 | FRX-AT-03173428 | 10/00/1987 | Pilot Study, Akatinol Memantine in Geriatric Patients With Organic Brain Syndrome, English translation of study report, October 1987 | | | 402; 403; 602; 802 |
| PX-1216 | FRX-AT-02180912 | FRX-AT-02180914 | 00/00/1986 | Dr. Roman Gortelmeyer Head of Scientific Information Biometry for Merz, "Biometric evaluation of the results by W. Fleischhacker et al." (1986) | | | 602; 802 |
| PX-1217 | FRX-AT-04563782 | FRX-AT-04563846 | 10/7/2009 | Mylan's Package Insert | | | |
| PX-1232 | FRX-AT-02198980 | FRX-AT-02198981 | 00/00/0000 | Namenda (memantine HCL) Package Insert | | | |
| PX-1352 | n/a | n/a | 00/00/2016 | United States Court of Appeals for the Federal Circuit, *Median Time to Disposition of Cases Terminated After Hearing or Submission*, (FY 2007–2016) | | | 402; 403; 602; 802; 901 |
| PX-1400 | FRX-AT-03511611 | FRX-AT-03511613 | 9/21/2009 | Claim Construction Order | | | |
| PX-1422 | FRX-AT-04617771 | FRX-AT-04617775 | 3/17/2010 | Email from Robert Carnevele to David Solomon re: Lexapro Analysis (with attachments) | | | |
| PX-1431 | FRX-AT-04617528 | FRX-AT-04617530 | 01/07/2010 | Email with attachment re: Lexapro Generic Analysis | MSJ Opinion | | |

*In Re Namenda Direct Purchaser Antitrust Litigation*, 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-1432 | FRX-AT-04617536 | FRX-AT-04617538 | 01/11/2010 | Email regarding Lexapro Generic Analysis with attachment | | | |
| PX-1434 | FRX-AT-04617545 | FRX-AT-04617547 | 01/12/2010 | Email re: generic pricing | | | |
| PX-1450 | FRX-AT-04617764 | FRX-AT-04617768 | 03/16/2010 | Email RE: Lexapro Best Price Analysis - Year 2. With attachments: Lexapro Generic Analysis HS - Mylan 50% Share - Wt COGS 01 2010 Years 1 and 2 - 03 2010 Revised.xls; LX Medicaid Liability post LOEv7 (JF 2 year outlook).xls | MSJ Opinion | | |
| PX-1451 | FRX-AT-04617769 | FRX-AT-04617770 | 03/16/2010 | Email re: Lexapro Medicaid Analysis with attachment | | | |
| PX-1452 | FRX-AT-04617776 | FRX-AT-04617777 | 03/18/2010 | Email re: Lexapro Analysis | | | |
| PX-1453 | FRX-AT-04617778 | FRX-AT-04617780 | 03/18/2010 | Email re: Lexapro Generic Analysis with attachments | | | |
| PX-1486 | FRX-AT-04617617 | FRX-AT-04617617 | 01/15/2010 | Email from Robert Carnevale re: Authorized Generic Model - Updated | MSJ Opinion | | |
| PX-1520 | FRX-AT-04406073 | FRX-AT-04406073 | 00/00/2016 | Mylan Pharmaceuticals Inc. Forest Laboratories-Escitalopram Qtr 4 2016 | | | 402; 403 |

*In Re Namenda Direct Purchaser Antitrust Litigation* , 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-1534 | FRX-AT-04595004 | FRX-AT-04595019 | 8/20/2014 | Email re Mylan Lexapro AG Agreement and attaching Executed amendment to distribution and supply agreement | | | 402; 403 |
| PX-1537 | FRX-AT-04134770 | FRX-AT-04134771 | 9/3/2009 | Email re: Namenda Financial Analysis with attached analysis | | Mark Devlin Ex. 04; SJ; David Solomon Ex. 03 | |
| PX-1539 | MYLMEMA_003476 | MYLMEMA_003476 | 00/00/0000 | Memantine Spreadsheet | | | |
| PX-1540 | SUN0007329 | SUN0007332 | 5/5/2010 | Ltr correcting approval letter date of May 5, 2010 | | Nadkarni, Bharati Ex. 07 | |
| PX-1541 | SUN0007333 | SUN0007337 | 4/9/2010 | Letter re: Tentatively Approved; ANDA amendments | | Nadkarni, Bharati Ex. 05 | |
| PX-1542 | SUN0010343 | SUN0010383 | 4/12/2010 | Minor Amendement - Final Approval Requested Memantine Hydrochloride Tablets, 5 mg and 10 mg (ANDA #90-058) Stipulation and Order Case No. 1:08-cv-00021 | | Nadkarni, Bharati Ex. 06 | |

*In Re Namenda Direct Purchaser Antitrust Litigation*, 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-1549 | AMNEAL0000043 | AMNEAL0000044 | 11/7/2014 | Letter from Amneal to the FDA re: ANDA#090041 (Sequence #0004) Memantine Hydrochloride Tablets, 5mg and 10 mg Gratuitous Patent Amendment: Notification of Updated Patent and Exclusivity Statement | | | |
| PX-1590 | n/a | n/a | 1/21/2019 | Amneal Website: Amneal at-a-glance | | | |
| PX-1595 | n/a | n/a | 3/31/2004 | SEC - Forest Laboratories, Inc. Form 10-K - FYE 2004 | | | |
| PX-1596 | n/a | n/a | 3/31/2005 | SEC - Forest Laboratories, Inc. Form 10-K - FYE 2005 | | | |
| PX-1632 | n/a | n/a | 12/31/2014 | United States Securities and Exchange Commission Form 10-K - 2014 for Mylan | | | |
| PX-1636 | FRX-AT-04406055 | FRX-AT-04406057 | 1/31/2013 | Email re: Escitalopram Royalty Statement Q4Y12 with attachments | | | 402; 403 |
| PX-1638 | FRX-AT-04193627 | FRX-AT-04193631 | 1/16/2013 | Email re: Forest Mental Health News of Interest 1.16.2013 | | | |
| PX-1641 | n/a | n/a | 06/00/2017 | Proposed 1006- Plaintiffs Purchases 2012-2017 | | | |

*In Re Namenda Direct Purchaser Antitrust Litigation*, 1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 1 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-1642 | n/a | n/a | 06/00/2017 | Proposed 1006- Figure 3 Brand and Generic Namenda IR Market Shares | | | |
| PX-1643 | n/a | n/a | 07/00/2017 | Proposed 1006- Figure 4 Brand and Generic IR Average Price | | | |
| PX-1644 | n/a | n/a | 07/00/2017 | Proposed 1006- Figure 5 Generic Namenda IR Average Price | | | |

# EXHIBIT B

*In Re Namenda Direct Purchaser Antitrust Litigation*,   1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 2 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0151 | FRX-AT-01684785 | FRX-AT-01684793 | 11/22/2012 | Email re: Revised Version with attached Draft of a Letter to Ken Goodman | | Solomon, David Ex. 23 | 402; 403; CE; MIL 16 |
| PX-0232 | FRX-AT-03983932 | FRX-AT-03983935 | 1/14/2015 | Email re: Update from previous correspondence: information about Namenda (memantine HCI) tablets and Namenda XR with attached Dear Customer letter | | Cremieux, Pierre Ex. 05; Snyder, Julie Ex. 08 | |
| PX-0469 | FRX-AT-01606209 | FRX-AT-01606210 | 6/13/2012 | Email re: XR_Launch Readiness Meeting June 13 2012_version | | Devlin, Mark Ex. 06 | CE; MIL 16 |
| PX-0470 | FRX-AT-03861621 | FRX-AT-03861658 | 9/13/2012 | Presentation- Namenda XR Roadmap to Launch | | Devlin, Mark Ex. 07 | |
| PX-0476 | FRX-AT-01775302 | FRX-AT-01775319 | 6/00/2013 | Presentation- Namenda IR to XR Conversion Project - Working Draft | | Devlin, Mark Ex. 12 | CE; MIL 16 |
| PX-0477 | FRX-AT-01593279 | FRX-AT-01593283 | 8/21/2013 | FW: Namenda XR Weekly Performance Tracker - WE 8-9-13 with attached spreadsheet | | Devlin, Mark Ex. 13 | CE; MIL 16 |
| PX-0478 | FRX-AT-03860760 | FRX-AT-03860760 | 9/12/2013 | Marketing Bulletin re: Conversion of Existing Namenda Patients to Namenda XR | | Devlin, Mark Ex. 14 | CE; MIL 16 |
| PX-0479 | FRX-AT-03724244 | FRX-AT-03724249 | 10/2/2013 | Emails re: Updated Namenda model with production forecast with attached forecast | | Devlin, Mark Ex. 15 | |
| PX-0480 | FRX-AT-01779417 | FRX-AT-01779419 | 10/18/2013 | Emails re: Namenda XR Transition Project Team | | Devlin, Mark Ex. 16 | |
| PX-0481 | FRX-AT-01641155 | FRX-AT-01641155 | 10/00/2013 | Namenda IR & XR Conversion Plan October 2013 | MSJ Opinion | Devlin, Mark Ex. 17; Cremieux, Pierre Ex. 18 | |
| PX-0483 | FRX-AT-01806018 | FRX-AT-01806019 | 10/30/2013 | Email re: Namenda conversion with attached Namenda IR and XR - State performance - conversion v1 | | Devlin, Mark Ex. 18 | |
| PX-0485 | FRX-AT-01775242 | FRX-AT-01775242 | 11/17/2014 | Namenda XR Incentive Compensation with attached metadata | | Devlin, Mark Ex. 20 | |
| PX-0487 | FRX-AT-01779498 | FRX-AT-01779500 | 2/14/2014 | Forest Laboratories to Discontinue NAMENDA Tablets, Focus of Once-Daily NAMENDA XR | | Cremieux, Pierre Ex. 14; Devlin, Mark Ex. 21 | |

*In Re Namenda Direct Purchaser Antitrust Litigation,*  **1:15-cv-07488-CM-RWL**
**Plaintiffs' Phase 2 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0490 | FRX-AT-01630961 | FRX-AT-01630962 | 2/14/2014 | Emails re: XR | | Devlin, Mark Ex. 24 | |
| PX-0491 | FRX-AT-03793470 | FRX-AT-03793513 | 2/18/2014 | Presentation- Namenda Tablets Discontinuation of Sale - Sales Force Training | | Devlin, Mark Ex. 25; Cremieux, Pierre Ex. 15 | |
| PX-0493 | FRX-AT-03801380 | FRX-AT-03801385 | 2/18/2014 | Email re: Important: Namenda IR discontinuation LTC letters in email format attached | | Devlin, Mark Ex. 26 | |
| PX-0494 | FRX-AT-03734945 | FRX-AT-03734945 | 4/18/2014 | Email re: Namenda XR IR Withdrawal Email Timeline with attached updated timeline | | Devlin, Mark Ex. 27 | |
| PX-0495 | FRX-AT-00970295 | FRX-AT-00970297 | 4/16/2014 | Emails re: UHC M&R Namenda IR MD and Member Templates with attached letter | | Devlin, Mark Ex. 28 | |
| PX-0496 | FRX-AT-03588065 | FRX-AT-03588068 | 4/3/3014 | Emails re: 4x4 Week Comparisons for NamendaXR | | Devlin, Mark Ex. 29; Cremieux, Pierre Ex. 19 | |
| PX-0498 | FRX-AT-04038657 | FRX-AT-04038658 | 4/29/2014 | SCC (Senior Commerical Committee) Notes 4-30 with metadata | | Devlin, Mark Ex. 30; Cremieux, Pierre Ex. 20 | |
| PX-0506 | FRX-AT-01700746 | FRX-AT-01700778 | 5/14/2013 | Email re: FY14 Board Presentation with attached FY14 & 5 year Plan Business Review Forest Laboratories, Inc. May 2013 Board of Directors Meeting | | Solomon, David Ex. 33 | |
| PX-0507 | FRX-AT-04481087 | FRX-AT-04481101 | 05/00/2014 | Forest Laboratories Commercial Operations Update Board of Directors May 2014 | | Solomon, David Ex. 35 | |
| PX-0509 | FRX-AT-01670072 | FRX-AT-01670081 | 11/21/2013 | Business & Financial Due Diligence | | Solomon, David Ex. 37; Cremieux, Pierre Ex. 16 | CE; MIL 16 |
| PX-0513 | FRX-AT-03670529 | FRX-AT-03670532 | 12/11/2014 | Email with press release- Actavis Confirms District Court Ruling to Require  Continued Distribution of Namenda IR | | Cremieux, Pierre Ex. 01; Fowdur, Lona Ex. 23 | |

*In Re Namenda Direct Purchaser Antitrust Litigation,*   1:15-cv-07488-CM-RWL

**Plaintiffs' Phase 2 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0515 | FRX-AT-03670602 | FRX-AT-03670605 | 12/15/2014 | Email with press release- Actavis Will Appeal Injunction Requiring Continued Distribution of Namenda IR | | Cremieux, Pierre Ex. 02 | |
| PX-0531 | FRX-AT-03684464 | FRX-AT-03684466 | 10/29/2013 | Email re: IR/XR Optum PD | MSJ Opinion | Fowdur, Lona Ex. 07 | 802; CE; MIL 16 |
| PX-0533 | FRX-AT-03718466 | FRX-AT-03718491 | 4/23/2013 | Email attaching Conversion Rates v2 % of Franchise ppt | | | 602 |
| PX-0559 | FRX-AT-01621653 | FRX-AT-01621655 | 2/24/2014 | Namenda Royalty Proposal | | | |
| PX-0564 | FRX-AT-01730731 | FRX-AT-01730740 | 9/14/2013 | Email re: Namenda and Carip business reviews with attached Namenda Franchise Business Plan September 2013 | | | CE; MIL 16 |
| PX-0782 | FRX-AT-00948025 | FRX-AT-00948025 | 2/15/2014 | Email re: Namenda… important! | MSJ Opinion | | |
| PX-0789 | FRX-AT-01594102 | FRX-AT-01594103 | 12/8/2013 | Email re: Namenda XR Communication | MSJ Opinion | | CE; MIL 16 |
| PX-0820 | FRX-AT-01610893 | FRX-AT-01610896 | 10/17/2013 | Email re: Please review the attached Namenda XR Brand Strategy Marketing Bulletin "Namenda XR-OptumRx (AARP) Medicare Part D' (retail) with attachment | MSJ Opinion | | |
| PX-0822 | FRX-AT-01614372 | FRX-AT-01614374 | 2/18/2014 | Email re: Namenda Weekly Tracker - 02.07.14 | | | |
| PX-0826 | FRX-AT-01614463 | FRX-AT-01614464 | 00/00/0000 | Cell phone message re: Important Information on the Discontinuation of Namenda (memantine HCl) tablets | | | |
| PX-0830 | FRX-AT-01617439 | FRX-AT-01617448 | 10/2/2013 | Email re: Updated Namenda model with production forecast with attachments | | | |
| PX-0831 | FRX-AT-01627766 | FRX-AT-01627791 | 10/22/2013 | Email re: Transcript: FY14 Q2 Earnings Call attaching Q2 2014 Earnings Call | MSJ Opinion | | CE; MIL 16 |
| PX-0833 | FRX-AT-01630429 | FRX-AT-01630453 | 4/25/2013 | Email re: Transcript: FY13 Q4 Earnings Call | | | |
| PX-0835 | FRX-AT-01639601 | FRX-AT-01639601 | 00/00/0000 | Forecast spreadsheet | | | |

*In Re Namenda Direct Purchaser Antitrust Litigation,*   1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 2 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0837 | FRX-AT-01642799 | FRX-AT-01642802 | 9/7/2013 | Email re: Updated Namenda Model with attached forecast | | | |
| PX-0839 | FRX-AT-01644132 | FRX-AT-01644133 | 9/23/2013 | Email re: Latest Namenda model with attachment | | | |
| PX-0841 | FRX-AT-01647251 | FRX-AT-01647253 | 10/22/2013 | Email re: Namenda XR Managed Care Tracker with attachment | MSJ Opinion | | |
| PX-0849 | FRX-AT-01657678 | FRX-AT-01657679 | 8/17/2013 | Email re: Namenda XR Overview for Sales.ppt attaching Namenda XR Overview for Sales ppt | | | |
| PX-0850 | FRX-AT-01670083 | FRX-AT-01670083 | 12/00/2013 | Namenda Transition December 2013 | | | CE; MIL 16 |
| PX-0861 | FRX-AT-01726785 | FRX-AT-01726792 | 9/8/2014 | Declaration of James J. Lah, M.D., Ph.D. | | | |
| PX-0883 | FRX-AT-01775151 | FRX-AT-01775161 | 9/29/2012 | Email re: Examples of follow-on strategy | | | CE, MIL 16 |
| PX-0884 | FRX-AT-01775214 | FRX-AT-01775217 | 5/14/2013 | M. Devlin Namenda XR launch MM speech | MSJ Opinion | | CE, MIL 16 |
| PX-0887 | FRX-AT-01775250 | FRX-AT-01775255 | 9/22/2013 | Email string involving William Meury, Tom Nee, & Lei Meng re: "Namenda financials" | | | CE, MIL 16 |
| PX-0888 | FRX-AT-01775264 | FRX-AT-01775301 | 10/00/2013 | Namenda IR & XR Conversion Plan | | | |
| PX-0889 | FRX-AT-01775327 | FRX-AT-01775328 | 2/18/2014 | Letter from Forest Labs re: Discontinuation of Namenda (memantine HCl) Tablets | | | |
| PX-0890 | FRX-AT-01775329 | FRX-AT-01775330 | 02/00/2014 | Letter from Forest Labs re: Discontinuation of Namenda (memantine HCl) Tablets | | | |
| PX-0893 | FRX-AT-01775500 | FRX-AT-01775518 | 1/21/2014 | Forest Laboratories Management Discusses Q3 2014 Results - Earnings Call Transcript | | | CE; MIL 16 |
| PX-0899 | FRX-AT-01782799 | FRX-AT-01782812 | 1/7/2014 | Transcript of Forest Earnings Call January 7, 2014. | MSJ Opinion | | CE; MIL 16 |

*In Re Namenda Direct Purchaser Antitrust Litigation,*   1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 2 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0900 | FRX-AT-01783493 | FRX-AT-01783514 | 11/5/2014 | Press Release:  Actavis Net Revenue Increases 83% to $3.7 Billion in Third Quarter 2014; Non-GAAP EPS Increases 53% to $3.19 | | | |
| PX-0901 | FRX-AT-01783541 | FRX-AT-01783596 | 2/27/2013 | Email attaching "XR Analog Analysis" dated May 7, 2012 | | | |
| PX-0902 | FRX-AT-01783640 | FRX-AT-01783651 | 12/10/2013 | Email attaching Namenda Transition Board Final 4a ppt | | | CE; MIL 16 |
| PX-0906 | FRX-AT-01808336 | FRX-AT-01808336 | 3/18/2014 | Email string involving Frank Murdolo, William Meury, and Mark Devlin | | | |
| PX-0907 | FRX-AT-01808455 | FRX-AT-01808457 | 5/15/2014 | Email re: Empire Region Managed Care / Namenda Conversion | | | |
| PX-0909 | FRX-AT-01821687 | FRX-AT-01821689 | 2/14/2014 | Email re: Notification of Namenda Tablets Discontinuation - posted on the Drug Shortage Site | | | |
| PX-0910 | FRX-AT-01827979 | FRX-AT-01827981 | 6/24/2014 | Email re: Namenda Condensed Tracker - Week Ending 06/13/14 attaching Namenda Excel Tracker | | | |
| PX-0915 | FRX-AT-01876733 | FRX-AT-01876764 | 1/17/2014 | Email re: Draft Q&A for 3Q Earnings with attachment | | | |
| PX-0916 | FRX-AT-01893031 | FRX-AT-01893041 | 00/00/0000 | Namenda XR Spring POA | | | |
| PX-0917 | FRX-AT-01893676 | FRX-AT-01893678 | 00/00/0000 | Memo re: communications to physicians, caregivers and pharmacies re discontinuation | | | |
| PX-0918 | FRX-AT-01893766 | FRX-AT-01893767 | 6/26/2014 | Email re: observations from CNS workshops at Miami POA | | | |
| PX-0925 | FRX-AT-03541685 | FRX-AT-03541695 | 5/1/2014 | William Kane - CNS Overview POA Managers Meeting | | | |
| PX-0926 | FRX-AT-03565770 | FRX-AT-03565776 | 2/12/2014 | Email re: Namenda Payer Contact Address with attachments Master List Namenda Payer Contact Address and General Non-Contracted Business Partners Letter | | | |

*In Re Namenda Direct Purchaser Antitrust Litigation*,   1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 2 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0927 | FRX-AT-03573080 | FRX-AT-03573084 | 1/27/2015 | Email re: Namenda XR… The Preferred Brand! With attached January 26, 2015 Namenda XR Update | | | |
| PX-0933 | FRX-AT-03600941 | FRX-AT-03600948 | 10/9/2013 | Email re: Namenda Transition.ppt with attachments | | | |
| PX-0938 | FRX-AT-03684533 | FRX-AT-03684535 | 10/31/2013 | Email re: Forest Request for Member/HCP Outreach Campaign Information with attached UHCMR Outreach Letter Example | | | 602; 802; CE; MIL 16 |
| PX-0940 | FRX-AT-03686632 | FRX-AT-03686633 | 2/3/2014 | Email re: Namenda XR Conversion by Channel w.e. 01.24.14 | | | CE; MIL 16 |
| PX-0941 | FRX-AT-03687698 | FRX-AT-03687701 | 3/4/2014 | Email attaching "Copy of MCA Namenda XR 3-4-14.xls" | | | |
| PX-0942 | FRX-AT-03697143 | FRX-AT-03697165 | 7/24/2013 | Email attaching Earnings Transcript Q14 Jul 23 2013 | | | 802 |
| PX-0946 | FRX-AT-03724325 | FRX-AT-03724325 | 07/00/2015 | Forest Forecast document with a Namenda XR entry date of June 2013 and IR LOE date of July 2015 | | | |
| PX-0948 | FRX-AT-03725539 | FRX-AT-03725540 | 10/29/2013 | Email attaching Namenda production forecast 10292013 Flex XR LOE.xlsx | | | |
| PX-0951 | FRX-AT-03735073 | FRX-AT-03735091 | 4/22/2014 | Email attaching Namenda Condensed Tracker - Week Ending 04/11/14 | | | |
| PX-0952 | FRX-AT-03735985 | FRX-AT-03736013 | 5/20/2014 | Email attaching NamXR v4 5-19 retail | | | |
| PX-0955 | FRX-AT-03744044 | FRX-AT-03744046 | 1/9/2015 | Email attaching NAM24117 Pharmacist Ltr | | | |
| PX-0956 | FRX-AT-03745356 | FRX-AT-03745360 | 2/3/2015 | Email re: Namenda and Namenda XR Updates with attached images | | | |
| PX-0957 | FRX-AT-03769038 | FRX-AT-03769056 | 10/21/2013 | Email re: Namenda Weekly Launch Tracker_WE 10-11-13 with attached Namenda XR Weekly Performance Tracker presentation | | | |

*In Re Namenda Direct Purchaser Antitrust Litigation*,   1:15-cv-07488-CM-RWL
**Plaintiffs' Phase 2 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-0958 | FRX-AT-03769057 | FRX-AT-03769058 | 07/00/2015 | Forest Forecast document with a Namenda XR entry date of June 2013 and IR LOE date of July 2015 | | | |
| PX-0964 | FRX-AT-03812472 | FRX-AT-03812474 | 1/3/2014 | Email re Namenda XR announcement with attached announcement | | | |
| PX-0966 | FRX-AT-03815533 | FRX-AT-03815544 | 3/2/2014 | Email attaching Weekly Portfolio Tracker | | | |
| PX-0969 | FRX-AT-03852628 | FRX-AT-03852730 | 3/1/2013 | Email attaching Namenda Franchise Business Plan | | | CE; MIL 16 |
| PX-0970 | FRX-AT-03859803 | FRX-AT-03859904 | 11/15/2013 | Namenda - Optimizing IR-XR Conversion Activating the Caregiver | | | 602; 802 |
| PX-0974 | FRX-AT-03864752 | FRX-AT-03864815 | 8/12/2013 | Slides:  SCC Meeting August 12, 2013 Performance Launch Activities | MSJ Opinion | | |
| PX-0977 | FRX-AT-03872025 | FRX-AT-03872066 | 1/2/2014 | Namenda Withdrawal Sales Force Training Webex presentation | | | |
| PX-0979 | FRX-AT-03910305 | FRX-AT-03910311 | 2/19/2015 | Email re: Namenda XR - LTC GPO Conversion Data Wk Ending 2/18/15 | | | 602; 802 |
| PX-0982 | FRX-AT-03982972 | FRX-AT-03982975 | 1/6/2015 | Email re: Actavis Confirms Appeals Court Grants Expedited Appeal of Ruling Requiring Continued Distribution of Namenda IR | | | |
| PX-0989 | FRX-AT-04204937 | FRX-AT-04204938 | 4/27/2012 | Email attaching Namenda XR Forecast Assumptions 04272012.xls | | | 602 |
| PX-0991 | FRX-AT-04225926 | FRX-AT-04225928 | 11/7/2013 | Email re: Maris quoted in istock analyst | | | 602; 802; CE; MIL 16 |
| PX-0998 | FRX-AT-04380937 | FRX-AT-04380950 | 2/14/2014 | Email re: Namenda XR - Friday (2/14) Notification Plan with attachments | | | |
| PX-1018 | FRX-AT-04617561 | FRX-AT-04617562 | 1/13/2010 | Email re: tentative approvals for generic lexapro | | | |
| PX-1093 | n/a | n/a | 1/6/2015 | Bloomberg Transcript, Goldman Sachs CEO Unscripted Health Care Conference | | | 402; 403; 602; 802 |

*In Re Namenda Direct Purchaser Antitrust Litigation,*   **1:15-cv-07488-CM-RWL**
**Plaintiffs' Phase 2 Exhibits**

| PX | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep. Ex. # | Objections |
|---|---|---|---|---|---|---|---|
| PX-1095 | n/a | n/a | 5/29/2014 | Bloomberg Transcript, Sanford C. Bernstein Strategic Decisions Conference | | | 402; 403; 602; 802; 901; CE; MIL 16 |
| PX-1107 | n/a | n/a | 7/23/2013 | Q1 2014 Forest Laboratories, Inc. Earnings Conference Call | MSJ Opinion | | |
| PX-1521 | FRX-AT-01695167 | FRX-AT-01695194 | 4/8/2014 | Email String re Important Information on the Discontinuation of Namenda | | | 602; 802; 402; 403; CE; MIL 16 |
| PX-1522 | FRX-AT-01592973 | FRX-AT-01592978 | 9/23/2013 | Sept. 23, 2013 email copying Meury entitled "Re: Namenda Financials," forecasting "30% conversion from IR to XR in the conventional option." | | | |
| PX-1523 | FRX-AT-01601391 | FRX-AT-01601393 | 12/2/2013 | email and attached presentation entitled "Namenda Disruption Scenarios",  at slide 1 | | | |
| PX-1532 | FRX-AT-03749306 | FRX-AT-03749308 | 5/1/2015 | Email re: Namenda Email Program Reporting (thru 6/15) with attached Namenda Phase 1 eNewsletter Delivery Reporting Spreadsheet | | Lona Fowdur Ex. 24; Pierre Cremieux Ex. 09 | |
| PX-1577 | FRX-AT-01630868 | FRX-AT-01630888 | 6/10/2013 | Jerry Lynch Speech re: Namenda XR Launch Meeting Dallas, TX | | | |
| PX-1709 | FRX-AT-01711279 | FRX-AT-01711279 | 00/00/0000 | Namenda Sales Spreadsheet | | | |

# EXHIBIT C

*In Re Namenda Direct Purchaser Antitrust Litigation* , 1:15-cv-07477-CM-RWL
**Joint Trial Exhibits - Phase 1**

| Exhibit Number | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep Ex. # |
|---|---|---|---|---|---|---|
| JX-001 | FRX-AT-04340638 | FRX-AT-04340638 | 00/00/0000 | COGS Summary | MSJ Opinion | Carnevale, Robert Ex. 09A; Bruno, James Ex. 14 |
| JX-002 | FRX-AT-04248512 | FRX-AT-04248513 | 3/23/2009 | Letter re: U.S. Namenda Enforcement Actions | MSJ Opinion | Solomon, David Ex. 26; Ryan, Charles Ex. 12; Snyder, Julie Ex. 02 |
| JX-003 | n/a | n/a | 10/29/1991 | Document: 5,061,703 Patent | | |
| JX-004 | AMNEAL0000043 | AMNEAL0000044 | 11/7/2014 | Letter: "RE: ANDA #090041 (Sequence #0004) Memantine Hydrochloride Tablets, 5mg and 10mg Gratuitous Patent Amendment: Notification of Updated Patent and Exclusivity Statement" | | |
| JX-005 | DRL (Namenda AT Litig)0001777 | DRL (Namenda AT Litig)0001781 | 4/14/2010 | Letter: DRL ANDA 090048 Approval Letter | | |
| JX-006 | FRX-AT-00000001 | FRX-AT-00000037 | 11/13/2009 | Document: Settlement Agreement with Dr. Reddy's | | |
| JX-007 | FRX-AT-00000038 | FRX-AT-00000075 | 10/15/2009 | Document: Settlement Agreement with Cobalt | | |
| JX-008 | FRX-AT-00000076 | FRX-AT-00000111 | 9/10/2009 | Document: Settlement Agreement with Wockhardt | | |
| JX-009 | FRX-AT-00000112 | FRX-AT-00000147 | 10/9/2009 | Document: Settlement Agreement with Sun | | |
| JX-010 | FRX-AT-00000148 | FRX-AT-00000183 | 9/8/2009 | Document: Settlement Agreement with Upsher-Smith | | |
| JX-011 | FRX-AT-00000184 | FRX-AT-00000217 | 11/3/2009 | Document: Settlement Agreement with Teva | | |
| JX-012 | FRX-AT-00000218 | FRX-AT-00000252 | 9/1/2009 | Document: Settlement Agreement with Amneal | | |
| JX-013 | FRX-AT-00000274 | FRX-AT-00000308 | 9/8/2009 | Document: Settlement Agreement with Apotex | | |

*In Re Namenda Direct Purchaser Antitrust Litigation* , 1:15-cv-07477-CM-RWL
**Joint Trial Exhibits - Phase 1**

| Exhibit Number | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep Ex. # |
|---|---|---|---|---|---|---|
| JX-014 | FRX-AT-00000309 | FRX-AT-00000339 | 12/7/2009 | Document: Settlement Agreement with Torrent | | |
| JX-015 | FRX-AT-00000340 | FRX-AT-00000379 | 12/11/2009 | Document: Settlement Agreement with Lupin | | |
| JX-016 | FRX-AT-00000380 | FRX-AT-00000416 | 3/23/2010 | Document: Settlement Agreement with Orchid | | |
| JX-017 | FRX-AT-00000428 | FRX-AT-00000463 | 7/21/2010 | Document: Settlement Agreement with Mylan | | |
| JX-018 | FRX-AT-00000478 | FRX-AT-00000514 | 11/4/2014 | Document: Settlement Agreement with Aurobindo | | |
| JX-019 | FRX-AT-04628199 | FRX-AT-04628202 | 11/18/2011 | Document: "Letter Agreement w Lundbeck re generic Lexapro 10-31-11.pdf" | | |
| JX-020 | MYLMEMA_000028 | MYLMEMA_000030 | 2/2/2015 | Letter: Mylan ANDA 079225 Approval Letter | | |
| JX-021 | MYLMEMA_000332 | MYLMEMA_000333 | 10/16/2007 | Letter: "Re: Memantine Hydrochloride Tablets, 5mg and 10mg U.S. Patent No. 5,061,703 Paragraph IV Certification" | | |
| JX-022 | SUN0007310 | SUN0007312 | 7/14/2015 | Email: "Fw: IMPULSE News-Memantine IR Tablets Launched OTIF" | | |
| JX-023 | n/a | n/a | 7/25/2017 | Certified File History for U.S. Patent No. 5,061,703 | | |
| JX-024 | n/a | n/a | 10/20/2017 | Certified File History for Reexamination of U.S. Patent No. 5,061,703 | | |

# EXHIBIT D

*In Re Namenda Direct Purchaser Antitrust Litigation* , 1:15-cv-07488-CM-RWL
**Joint Trial Exhibits - Phase 2**

| Exhibit Number | Beg Doc | End Doc | Doc Date | Description | Cited In MSJ Opinion | Dep Ex. # |
|---|---|---|---|---|---|---|
| JX-025 | n/a | n/a | 09/00/2014 | Document: Namenda XR Label | | |
| JX-026 | FRX-AT-01819478 | FRX-AT-01819481 | 01/00/2015 | Namenda Prescribing Information website with pop-up re the Court's order and appeal | | |