

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONWALSH.COM
___
A LIMITED LIABILITY PARTNERSHIP

WASHINGTON, D.C. | LOS ANGELES | NEW YORK

October 3, 2019

*VIA ECF AND FEDEX DELIVERY*

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

      Re:    *In re Namenda Direct Purchaser Antitrust Litig.*, **15-cv-7488 (CM)**

Dear Judge McMahon:

      Enclosed please find a copy of Forest's revised Phase I and Phase II exhibit lists with objections (exhibits A and B respectively). As part of the hard copy sets delivered to the Court this afternoon, Forest included a disk with native electronic files for those documents that could not be converted to a useable PDF exhibit.

      With respect to Plaintiffs' Revised Exhibit Lists, Forest has removed certain objections addressed by the Court's motion *in limine* rulings. For purposes of appeal and any other case, Forest reserves all rights with respect to its original objections in the Revised Joint Pretrial Order (ECF No. 699-4).

      Respectfully submitted,

      Beth Wilkinson