# EXHIBIT A

| Trial Ex. No. | Dep. Ex. # | Beg Bates | End Bates | Date | Doc Description | Objections | Includes Electronic File(s) |
|---|---|---|---|---|---|---|---|
| DTX-001 | Green Ex. 3 | FRX-AT-04617640 | FRX-AT-04617646 | 1/19/2010 | Email: "FW: Mylan Mtg Next Week" | | Yes |
| DTX-002 | | FRX-AT-04617585 | FRX-AT-04617587 | 1/14/2010 | Email: "Re: Authorized Generic Lexapro / Mylan" | | |
| DTX-003 | | FRX-AT-04617480 | FRX-AT-04617480 | 7/22/2009 | Email: "RE: Mylan" | | |
| DTX-004 | | FRX-AT-04617599 | FRX-AT-04617604 | 1/14/2010 | Email: "RE: Authorized Generic Lexapro / Mylan" | | |
| DTX-005 | | FRX-AT-04617606 | FRX-AT-04617612 | 1/14/2010 | Email: "RE: Authorized Generic Lexapro / Mylan" | | Yes |
| DTX-006 | | FRX-AT-04617613 | FRX-AT-04617616 | 1/15/2010 | Email: "FW: Lexapro analysis" | | |
| DTX-007 | Mears Ex. 15 | FRX-AT-04447018 | FRX-AT-04447019 | 10/18/2007 | Email: "Impact of DRA on Authorized Generics" | | |
| DTX-008 | | FRX-AT-04617528 | FRX-AT-04617530 | 1/7/2010 | Email: "Lexapro Generic Analysis" | | |
| DTX-009 | Green Ex. 11 | FRX-AT-04617114 | FRX-AT-04617114 | 3/18/2010 | Excel: "Lexapro Generic Analysis HS - Mylan 40% Share - Wt COGS 03 2010 Years 1 and 2 (70-30 Split) with Lundbeck Share.xls" | | Yes |
| DTX-010 | Bruno Ex. 13<br>Green Ex. 10 | FRX-AT-04617115 | FRX-AT-04617115 | 3/17/2010 | Excel: "Lexapro Generic Analysis HS - Mylan 40% Share - Wt COGS 03 2010 Years 1 and 2 (70-30 Split).xls" | | Yes |
| DTX-011 | | FRX-AT-04617764 | FRX-AT-04617768 | 3/16/2010 | Email: "RE: Lexapro Best Price Analysis - Year 2" | | Yes |
| DTX-012 | Bruno Ex. 3<br>Carnevale Ex. 13<br>Agovino Ex. 15<br>Mears Ex. 4 | FRX-AT-00000253 | FRX-AT-00000273 | 10/3/2005 | Document: Original Lexapro Agreement | | |
| DTX-013 | Bruno Ex. 4<br>Curia Ex. 3<br>Solomon Ex. 9 | FRX-AT-00000464 | FRX-AT-00000477 | 7/21/2010 | Document: Amendment to Distribution and Supply Agreement (Generic Lexapro) | | |
| DTX-014 | | FRX-AT-04628179 | FRX-AT-04628191 | 8/19/2009 | Document:  Cost Sharing Agreement - Lundbeck and Forest | | |
| DTX-015 | McCormick (DRL) Ex. 10<br>Johnston Ex. 10 | N/A | N/A | 7/2/2009 | Document: Report and Recommendation Regarding Claim Construction, *Forest Laboratories Inc., ET AL., v. Cobalt Laboratories Inc., ET AL.* , DE373, No. 08-21 (D. Del.) | 403 | |
| DTX-016 | Johnston Ex. 11 | N/A | N/A | 9/21/2009 | Memorandum and Order re Report and Recommendation on Claim Construction, *Forest Labs., Inc., et al., v. Cobalt Labs., Inc., et al.* , No. 08-cv-00021, Dkt. 426 (D. Del.). | 403 | |
| DTX-018 | Schneider Ex. 4 | N/A | N/A | N/A | 5,061,703 Patent Reexam File History | | |
| DTX-019 | | FRX-AT-04228504 | FRX-AT-04228556 | 10/30/2009 | Document: Defendant Mylan Pharmaceuticals Inc.'s Supplemental Responses and Objections to Plaintiffs' First Set of Collective Interrogatories To Defendants (NOS. 1-4), *Forest Labs., Inc., et. al., v. Cobalt Labs., Inc., et. al.* , No. 08-cv-00021 (D. Del.) | 802, 403, 602, no verification | |
| DTX-020 | | MYLMEMA_001181 | MYLMEMA_001210 | Oct-08 | Document: Mylan - Final Labeling Text - Memantine Hydrochloride Tablets 5 mg and 10 mg | | |
| DTX-021 | | MNAT_0000001 | MNAT_0000301 | | Joint Pretrial Order | | |
| DTX-023 | | KE00000302 | KE00000333 | 8/11/2009 | Email: "FW: Forest Labs, et al. v. Apotex, et al." | 402, 901, CUM MIL | |
| DTX-051 | Gupta (Amneal) Ex. 17 | AMNEAL0000001 | AMNEAL0000001 | 10/31/2009 | Document: "Billing Report" | 402 | |
| DTX-058 | Gupta (Amneal) Ex. 3 | AMNEAL0001868 | AMNEAL0001872 | 10/16/2007 | Document: "Application Form: FDA 356h" | | |
| DTX-059 | Gupta (Amneal) Ex. 12 | AMNEAL0008398 | AMNEAL0008399 | Feb-15 | Document: Forecast | | |
| DTX-061 | Gupta (Amneal) Ex. 11 | AMNEAL0008432 | AMNEAL0008433 | May-14 | Document: Forecast | | |
| DTX-062 | | DRL (Namenda AT Litig)0001232 | DRL (Namenda AT Litig)0001234 | 10/16/2007 | Letter: "Re: Memantine Hydrochloride Tablets, 5mg and 10mg Abbreviated New Drug Application" | | |
| DTX-068 | McCormick (DRL) Ex. 8 | DRL (Namenda AT Litig)0001782 | DRL (Namenda AT Litig)0001797 | 2015 | Document: DRL Forecast | | |
| DTX-071 | McCormick (DRL) Ex. 34<br>Agovino Ex. 26 | DRLNAM00010 | DRLNAM00011 | 8/10/2010 | Letter: "Re: Namenda Patent Litigation" | 402, 403 MIL | |
| DTX-083 | Mears Ex. 16<br>Wilk Ex. 20 | FRX-AT-00000417 | FRX-AT-00000427 | 3/23/2010 | Document: "Development and Supply Agreement Between Orchid and Forest for Ceftaroline - *Binding Term Sheet* " | | |
| DTX-130 | | FRX-AT-01710620 | FRX-AT-01710663 | 6/28/2000 | Document:  Merz-Forest License and Cooperation Agreement | | |

| Trial Ex. No. | Dep. Ex. # | Beg Bates | End Bates | Date | Doc Description | Objections | Includes Electronic File(s) |
|---|---|---|---|---|---|---|---|
| DTX-161 | Harper (Mylan-NYAG) Ex. 10 | FRX-AT-01750221 | FRX-AT-01750221 | Oct-14 | Document: Mylan Forecast | | |
| DTX-164 | Harper (Mylan-NYAG) Ex. 14 | FRX-AT-01750249 | FRX-AT-01750394 | 2/27/2014 | Document: "Mylan Inc. Form 10-K (Annual Report)" | | |
| DTX-177 | DX782 (NYAG Hearing) | FRX-AT-01784879 | FRX-AT-01784882 | 10/16/2003 | Letter: Forest NDA Approval Letter | | |
| DTX-186 | | FRX-AT-01897553 | FRX-AT-01897559 | 6/11/2012 | Article: "Generics Killing Each Other on Price" | 802, 402 | |
| DTX-193 | | FRX-AT-02177815 | FRX-AT-02177999 | 12/6/1989 | Letter: "Re: IND 33,392 Memantine Sponsor: Merz & Co. GmbH & Co." | | |
| DTX-194 | Bray (2009) Ex. 10 | FRX-AT-02178057 | FRX-AT-02178432 | 4/29/1991 | Document: "IND 33,392 Memantine Annual Report" | | |
| DTX-195 | Bray (2009) Ex. 4 | FRX-AT-02191000 | FRX-AT-02191002 | 1/13/1994 | Letter: "Re: IND 33,392/Memantine Other: Inactivation of IND" | | |
| DTX-196 | Rosen Ex. 9 | FRX-AT-02300444 | FRX-AT-02300755 | 12/6/2002 | Document: "Memantine HCL NDA # 21-487: Integrated Summary of Safety" | | |
| DTX-199 | Rosen Ex. 8 | FRX-AT-02399093 | FRX-AT-02399094 | 6/5/2007 | Document: Federal Register Entry entitled "Determination of Regulatory Review Period for Purposes of Patent Extension: NAMENDA." | | |
| DTX-202 | | FRX-AT-02660062 | FRX-AT-02660064 | 12/19/2002 | Letter: "Re: NDA 21-487/Memantine HCl Original New Drug Application" | | |
| DTX-238 | | FRX-AT-03522446 | FRX-AT-03522454 | 4/30/2008 | Document: "Letter and Term Sheet between Dobfar and Forest Laboratories Ireland Limited related to Ceftaroline Development and Supply" | 402, 403 | |
| DTX-245 | | FRX-AT-03605359 | FRX-AT-03605403 | 7/7/2011 | Document: "Proposed Pediatric Study Request" | | |
| DTX-246 | | FRX-AT-03606011 | FRX-AT-03606022 | 1/25/2012 | Letter: Proposed Pediatric Study Request for Namenda | | |
| DTX-254 | Agovino Ex. 17 McCormick Ex. 11 | FRX-AT-03628446 | FRX-AT-03628514 | 10/20/2009 | Email: "Revised Settlement agreement" | | |
| DTX-260 | McCormick Ex. 15 | FRX-AT-03634534 | FRX-AT-03634569 | 11/10/2009 | Email: "Revised DRL settlement agreement" | | |
| DTX-261 | | FRX-AT-03641863 | FRX-AT-03641863 | 5/16/2012 | Letter: "Re: General Correspondence: Agreement to Written Request" | | |
| DTX-263 | | FRX-AT-03642881 | FRX-AT-03642895 | 5/29/2013 | Letter: Revised Written Request for pediatric studies for Namenda | | |
| DTX-265 | Bray (2017) Ex. 5 | FRX-AT-03647101 | FRX-AT-03647102 | 7/7/2011 | Letter: "Proposed Pediatric Study Request" | | |
| DTX-266 | Carnevale Ex. 4 Carnevale Ex. 15 | FRX-AT-03655713 | FRX-AT-03655716 | 9/19/2008 | Email: "Proactive Projects and Partner Meetings" | | |
| DTX-295 | Ludwig Ex. 9 | FRX-AT-03877514 | FRX-AT-03877515 | 4/21/2008 | Letter: "Re: Patent Term Extension U.S. Patent Nos. 5,614,560 and 5,061,703" | | |
| DTX-296 | | FRX-AT-03879201 | FRX-AT-03879201 | 3/18/2009 | Document: "Certificate Extending Patent Term" | | |
| DTX-306 | McCormick (DRL) Ex. 14 | FRX-AT-04229715 | FRX-AT-04229718 | 1/22/2010 | Email: "Re: Memantine Hydrochloride legal expenses reimbursement" | 402, 403 | |
| DTX-307 | McCormick (DRL) Ex. 13 | FRX-AT-04231043 | FRX-AT-04231046 | 12/2/2009 | Letter: "Re: Memantine Settlement/License Agreements" | 402, 403 | |
| DTX-309 | Rosen Ex. 7 | FRX-AT-04248226 | FRX-AT-04248368 | 12/9/2003 | Document: Request for Extension of Patent Term Under 35 U.S.C. § 156 | | |
| DTX-316 | Carnevale Ex. 9, 9a-c Mears Ex. 9 Solomon Ex. 10 | FRX-AT-04340635 | FRX-AT-04340641 | 3/14/2010 | Email: "FW: Mylan Term Sheet" | | Yes |
| DTX-320 | | FRX-AT-04396179 | FRX-AT-04396245 | 4/7/2010 | Email: "Accrued Legal Analysis" | 402, 403 | |
| DTX-321 | Curia (Mylan) Ex. 8 | FRX-AT-04408010 | FRX-AT-04408041 | 10/8/2010 | Email: "Re: Mylan/Forest Escitalopram Tech Transfer Kickoff Meeting Minutes" | | |
| DTX-323 | | FRX-AT-04447042 | FRX-AT-04447045 | 2/14/2008 | Email: "Collaboration with Forest on Memantine" | 402, 403 | |
| DTX-325 | | FRX-AT-04518672 | FRX-AT-04518676 | 10/21/2011 | Document: "Amendment 2 to Distribution Supply Agreemt with Mylan dtd 10-31-11.pdf" | | |
| DTX-328 | | FRX-AT-04547818 | FRX-AT-04547820 | 3/3/2009 | Document: Notice of Final Determination | | |
| DTX-337 | Curia (Mylan) Ex. 4 | FRX-AT-04593099 | FRX-AT-04593307 | 4/13/2010 | Email: "FW: Lexapro Information" | | |

| Trial Ex. No. | Dep. Ex. # | Beg Bates | End Bates | Date | Doc Description | Objections | Includes Electronic File(s) |
|---|---|---|---|---|---|---|---|
| DTX-338 | Bruno Ex. 6<br>Curia (Mylan) Ex. 11 | FRX-AT-04605364 | FRX-AT-04605385 | 1/20/2011 | Agreement: "TECHNICAL/ QUALITY AGREEMENT FOR CONTRACT MANUFACTURE, PACKAGE (ASSEMBLY) TESTING AND BATCH RELEASE" | | |
| DTX-340 | Carnevale Ex. 12<br>Mears Ex. 14 | FRX-AT-04616753 | FRX-AT-04616756 | 7/6/2010 | Email: "RE: Mylan Lexapro Authorized Generic" | | |
| DTX-341 | | FRX-AT-04617111 | FRX-AT-04617111 | 1/19/2010 | Excel: "Lexapro Generic Analysis - Mylan Share of Generic 40%" | | Yes |
| DTX-342 | | FRX-AT-04617112 | FRX-AT-04617112 | 1/20/2010 | Excel: "Lexapro Generic Analysis HS - Mylan 40% Share - Wt COGS 01 2010.xls" | | Yes |
| DTX-343 | | FRX-AT-04617116 | FRX-AT-04617116 | 1/19/2010 | Excel: "Lexapro Generic Analysis HS - Mylan 50% Share - 01 2010.xls" | | Yes |
| DTX-344 | | FRX-AT-04617117 | FRX-AT-04617117 | 1/20/2010 | Excel: "Lexapro Generic Analysis HS - Mylan 50% Share - Wt COGS 01 2010.xls" | | Yes |
| DTX-345 | | FRX-AT-04617118 | FRX-AT-04617118 | 3/15/2010 | Excel: "Lexapro Generic Analysis HS - Mylan 50% Share - Wt COGS 03 2010 (60-40 Split).xls" | | Yes |
| DTX-346 | | FRX-AT-04617128 | FRX-AT-04617128 | 1/20/2010 | Document: "Forest-Mylan COGS 01 2010.ppt" | | |
| DTX-347 | | FRX-AT-04617132 | FRX-AT-04617132 | 3/16/2010 | Document: "Lexapro Generic Analysis 03 16 2010.PDF" | | |
| DTX-348 | Solomon Ex. 11 | FRX-AT-04617133 | FRX-AT-04617133 | 3/16/2010 | Document: "Lexapro Medicaid Analysis 03 16 2010.PDF" | | |
| DTX-349 | | FRX-AT-04617597 | FRX-AT-04617598 | 1/14/2010 | Email: "FW: LX Medicaid Liability post LOEv2$.05.xls" | | Yes |
| DTX-350 | | FRX-AT-04617617 | FRX-AT-04617618 | 1/15/2010 | Email: "Re: Authorized Generic Model - Updated" | | Yes |
| DTX-351 | | FRX-AT-04617623 | FRX-AT-04617630 | 1/15/2010 | Email: "Re: Authorized Generic Lexapro/Mylan" | | Yes |
| DTX-352 | | FRX-AT-04617631 | FRX-AT-04617633 | 1/15/2010 | Email: "Re: Authorized Generic Model - Updated" | | Yes |
| DTX-353 | | FRX-AT-04617653 | FRX-AT-04617653 | 1/19/2010 | Email: "Mylan" | | |
| DTX-354 | | FRX-AT-04617654 | FRX-AT-04617660 | 1/19/2010 | Email: "FW: Mylan Mtg Next Week" | | Yes |
| DTX-355 | | FRX-AT-04617664 | FRX-AT-04617668 | 1/19/2010 | Email: "FW: Mylan Mtg Next Week" | | Yes |
| DTX-356 | | FRX-AT-04617670 | FRX-AT-04617674 | 1/19/2010 | Email: "RE: Mylan Mtg Next Week" | | Yes |
| DTX-357 | | FRX-AT-04617708 | FRX-AT-04617713 | 1/20/2010 | Email: " FW: Mylan Mtg Next Week" | | Yes |
| DTX-358 | | FRX-AT-04617748 | FRX-AT-04617750 | 3/15/2010 | Email: "Lexapro Best Price Analysis - Year 2" | | Yes |
| DTX-359 | Finchen Ex. 3 | FRX-AT-04617753 | FRX-AT-04617757 | 3/16/2010 | Email: "RE: Lexapro Best Price Analysis - Year 2" | | Yes |
| DTX-360 | Green Ex. 4 | FRX-AT-04618301 | FRX-AT-04618304 | 8/12/2010 | Email: "RE: Generic Escitalopram" | 402 | Yes |
| DTX-361 | | FRX-AT-04624973 | FRX-AT-04624980 | 11/27/2008 | Email: "RE: Memo of Understanding" | 402 | |
| DTX-365 | | FRX-AT-04628192 | FRX-AT-04628193 | 7/1/2010 | Document: "Letter Agreement between Forest Laboratories Holdings Limited and H. Lundbeck A/S dated July 1, 2010" | | |
| DTX-367 | Bonelli Ex. 6 | FRX-AT-04628295 | FRX-AT-04628331 | 1/13/2011 | Document: Forest Standard Operating Procedure, Medicaid Government Pricing Methodology | | |
| DTX-379 | | LPI-NMDA-00001189 | LPI-NMDA-00001190 | 3/25/2015 | Letter: "Re: ANDA # 090051; Memantine Hydrochloride Tablets, 5 mg and 10 mg: Response to Information Request" | | |
| DTX-382 | | LPI-NMDA-00002835 | LPI-NMDA-00002837 | 10/16/2007 | Letter: "Re: Original ANDA for Memantine Hydrochloride Tablets, 5 mg and 10 mg" | | |
| DTX-383 | | LPI-NMDA-00004618 | LPI-NMDA-00004620 | 4/10/2015 | Letter: Lupin ANDA 090051 Approval Letter | | |
| DTX-384 | | LPI-NMDA-00004892 | LPI-NMDA-00004905 | 3/17/2015 | Excel: "Minutes of the NPL Meeting 9th Mar 2015_US.xlsx" | | |
| DTX-400 | Curia (Mylan) Ex. 30 | MYLMEMA_000213 | MYLMEMA_000214 | 10/16/2007 | Letter: "RE: MEMANTINE HYDROCHLORIDE TABLETS, 5 MG AND 10 MG ANDA 079225 (Pre- Assigned ANDA Original Application)" | | |
| DTX-402 | Curia (Mylan) Ex. 43 | MYLMEMA_000343 | MYLMEMA_000816 | 9/21/2007 | Document: "Request for In Vivo Bioequivalence Waiver For Memantine Hydrochloride 5 mg and 10 mg Tablet" | | |
| DTX-404 | Curia (Mylan) Ex. 36 | MYLMEMA_000855 | MYLMEMA_000855 | N/A | Document: "Mylan: Introduction to Summaries" | | |
| DTX-414 | Curia (Mylan) Ex. 37 | MYLMEMA_001824 | MYLMEMA_001844 | N/A | Document: Mylan - Memantine Hydrochloride Tablets, 5 mg and 10 mg | 802, 403, 602 | |
| DTX-419 | Curia (Mylan) Ex. 32 | MYLMEMA_002294 | MYLMEMA_002301 | 10/16/2014 | Letter: "RE: RE MEMANTINE HYDROCHLORIDE TABLETS USP, 5 MG AND 10 MG ANDA # 079225 PATENT AMENDMENT" | | |

| Trial Ex. No. | Dep. Ex. # | Beg Bates | End Bates | Date | Doc Description | Objections | Includes Electronic File(s) |
|---|---|---|---|---|---|---|---|
| DTX-421 | Curia (Mylan) Ex. 2 | MYLMEMA_003476 | MYLMEMA_003476 | 4/12/2010 | Excel: "Mylan Pharmaceuticals Inc. - 5 Year Financial Plan" | | Yes |
| DTX-422 | | MYLMEMA_003534 | MYLMEMA_003549 | 9/30/2010 | PowerPoint: "Escitalopram Oxalate Tablets U.S. Launch" | | |
| DTX-425 | | MYLMEMA_003560 | MYLMEMA_003560 | N/A | Excel: "Manufacturing and Packaging Technical Information Checklist" | | |
| DTX-426 | Curia (Mylan) Ex. 6 | MYLMEMA_003576 | MYLMEMA_003578 | 10/7/2010 | Document: "Meeting Minutes MPI-Forest Escitalopram Kick-off Meeting" | | |
| DTX-427 | Curia (Mylan) Ex. 5 | MYLMEMA_003597 | MYLMEMA_003606 | 8/18/2010 | Presentation: "Mylan Pharmaceuticals Inc. Escitalopram Oxalate Tablets Launch Project Team" | | |
| DTX-428 | Curia (Mylan) Ex. 9 | MYLMEMA_003612 | MYLMEMA_003646 | 12/22/2010 | PowerPoint: "Mylan Pharmaceuticals Inc. Escitalopram Oxalate Tablets Launch Project Team December 22, 2010, Weekly Update" | | |
| DTX-429 | Bruno Ex. 18 | MYLMEMA_003677 | MYLMEMA_003681 | 12/6/2010 | Memo: "Mylan/Forest Escitalopram Tech Transfer Working Group - Core Team Conference Call (Meeting held December 2, 2010) FINAL" | | |
| DTX-430 | Curia (Mylan) Ex. 7 | MYLMEMA_003688 | MYLMEMA_003692 | MYLMEMA_003692 | Memo: "Mylan/Forest Escitalopram Tech Transfer Working Group - Core Team Conference Call (Meeting held November 18, 2010) | | |
| DTX-431 | | MYLMEMA_003696 | MYLMEMA_003715 | 10/8/2010 | Document: "Technical/Quality Agreement" | | |
| DTX-445 | Silber (Mylan) Ex. 2 | MYLMEMA-D-000001 | MYLMEMA-D-000001 | N/A | Document: Mylan Invoice | 802, 402, 403, 901 | |
| DTX-448 | | ORGENUS0000956 | ORGENUS0000959 | 11/29/2007 | Letter acknowledging receipt of ANDA application | 402, 403 | |
| DTX-450 | Wilk (Orgenus) Ex. 26 | ORGENUS0005365 | ORGENUS0005369 | 3/12/2012 | Letter: Orgenus ANDA 090044 Final Approval Letter | 402, 403 | |
| DTX-461 | Benton (Smith Drug) Ex. 19 | SDC-NAM-004004 | SDC-NAM-004004 | 12/16/2014 | Email: "RE: Acct#1143 Caldwell (Lynn) Item#136515 Namenda 10mg" | | |
| DTX-463 | Nadkarni (Sun) Ex. 1 | SUN0000008 | SUN0000009 | 10/8/2007 | Letter: "Re: ANDA Submission for Memantine Hydrochloride Tablets, 5 mg and 10 mg" | | |
| DTX-464 | Nadkarni (Sun) Ex. 8 | SUN0007091 | SUN0007092 | 6/18/2014 | Email: "memantine - launch delayed by PED" | | |
| DTX-465 | Nadkarni (Sun) Ex. 10 | SUN0007178 | SUN0007183 | 4/1/2015 | Email: "Re: URGENT - Memantine IR Launch status" | | |
| DTX-467 | Nadkarni (Sun) Ex. 15 | SUN0007277 | SUN0007280 | 5/28/2015 | Email: "RE: URGENT ! ! - Memantine - Prebook orders start today 5/28/15" | | |
| DTX-476 | Nadkarni (Sun) Ex. 14 | SUN0010760 | SUN0010760 | 10/13/2014 | Excel: "Memantine IR - forecast & launch data.xlsx" | | |
| DTX-478 | Rabinovic (Teva) Ex. 15 | TEVANIR-00000095 | TEVANIR-00000096 | 12/22/2014 | Email: "RE: ANDA 90052" | 402, 403 | |
| DTX-479 | | TEVANIR-00000123 | TEVANIR-00000124 | 10/16/2007 | Letter: "Original Abbreviated New Drug Application Memantine Hydrochloride Tablets, 5 mg and 10 mg" | 402, 403 | |
| DTX-480 | Cavanaugh (Teva) Ex. 11 | TEVANIR-00000162 | TEVANIR-00000163 | 10/29/2015 | Document: "Monthly Executive Launch Review" | 602, 403, 402, 802, 1006 | |
| DTX-483 | Cavanaugh (Teva) Ex. 4 | TEVANIR-00000459 | TEVANIR-00000463 | 10/25/2011 | Letter: Teva ANDA 090052 Final Approval Letter | 402, 403 | |
| DTX-484 | Cavanaugh (Teva) Ex. 10 | TEVANIR-00000953 | TEVANIR-00001006 | Jun-15 | PowerPoint: "Executive Review of Launches" | 30b6, 602, 403, MPT, 402 | |
| DTX-488 | Gupta (Torrent) Ex. 4 | Torrent-Memantine 00002901 | Torrent-Memantine 00002902 | 5/11/2015 | Letter: "Re: ANDA 200155 - Minor Amendment - Final Approval Requested Memantine Hydrochloride Tablets - 5 mg and 10 mg" | 402, 403 | |
| DTX-492 | Charles Ryan Ex. 9 Farlow Ex. 6 | Torrent-Memantine 00008902 | Torrent- Memantine 00008909 | 1986 | Document: "Rote Liste 1986" | | |
| DTX-495 | Charles Ryan Ex. 6 | Torrent-Memantine 00009229 | Torrent -Memantine 00009235 | N/A | Study: "Effect of Memantine versus dh- Ergotoxine in the case of Cerebral-Organic Psychosyndrome" | | |
| DTX-500 | Gupta (Torrent) Ex. 8 | Torrent-Memantine 00012102 | Torrent -Memantine 00012104 | 12/9/2015 | Email: "RE: Meeting action items from 12/2" | 402, 403 | |
| DTX-503 | Gupta (Torrent) Ex. 9 | Torrent-Memantine 00013734 | Torrent -Memantine 00013734 | 2015 | Document: "Memantine Sales Began December 2015" | 402, 403 | |
| DTX-504 | | Torrent-Memantine 00012032 | Torrent-Memantine 00012033 | 8/25/2015 | Email: "Re: Memantine" | 901, 402, 403 | |
| DTX-505 | | Torrent-Memantine 00012041 | Torrent-Memantine 00012041 | 8/25/2015 | Email: "Memantine" | 901, 402, 403 | |
| DTX-507 | Venkatesan (Wockhardt) Ex. 16 | WOCKHARDT00000006 | WOCKHARDT00000008 | 9/4/2015 | Wockhardt ANDA 090073 Approval Letter | 402, 403 | |

| Trial Ex. No. | Dep. Ex. # | Beg Bates | End Bates | Date | Doc Description | Objections | Includes Electronic File(s) |
|---|---|---|---|---|---|---|---|
| DTX-515 | Venkatesan (Wockhardt) Ex. 19 | WOCKHARDT00002150 | WOCKHARDT00002169 | Dec-13 | Document: "Memantine Forecast" | 602, 103, 901, 402, 403 | |
| DTX-516 | Venkatesan (Wockhardt) Ex. 21 | WOCKHARDT00002171 | WOCKHARDT00002192 | Oct-14 | Document: "Memantine Forecast" | 402, 403 | |
| DTX-517 | Venkatesan (Wockhardt) Ex. 17 | WOCKHARDT00002193 | WOCKHARDT00002216 | Jun-09 | Document: "Memantine Forecast" | 402, 403 | |
| DTX-518 | Solomon Ex. 14  Silber (Mylan) Ex. 5 | WSGRMEMA_000100 | WSGRMEMA_000107 | 3/17/2010 | Email: "Amendment to Distribution and Supply Agreement" | | |
| DTX-519 | | N/A | N/A | Aug-17 | Pediatric Exclusivity Determinations List, August 2017, FDA | | |
| DTX-530 | Gupta (Amneal) Ex. 7 | N/A | N/A | 4/10/2015 | Letter: Amneal's ANDA Approval Letter | | |
| DTX-534 | | N/A | N/A | Oct-13 | Document: Namenda Package Insert | | |
| DTX-632 | Jochum Ex. 4 | N/A | N/A | N/A | Document: "Timeline for Namenda 'Testing Phase'" | 602, 802 | |
| DTX-633 | | N/A | N/A | N/A | Document: 5,061,703 Patent File Wrapper | | |
| DTX-636 | Venkatesan (Wockhardt) Ex. 12 | N/A | N/A | N/A | Document: Wockhardt's Business Reasons for Settling | 802, 403, 402, 1002, 1006 | |
| DTX-681 | | FRX-AT-04227159 | FRX-AT-04227160 | 9/1/2010 | Email: "Mylan" | | |
| DTX-682 | | FRX-AT-04251511 | FRX-AT-04251513 | 8/3/2007 | Document: "Memorandum of Understanding" | | |
| DTX-683 | | FRX-AT-04266121 | FRX-AT-04266121 | 4/5/2010 | Email: "Namenda settlement payments" | | |
| DTX-686 | | FRX-AT-04292547 | FRX-AT-04292553 | 1/19/2010 | Letter: "Re: Namenda Litigation Invoices for settlement payments" | | |
| DTX-687 | | FRX-AT-04292554 | FRX-AT-04292556 | 2/18/2010 | Letter: "Re: Namenda Litigation Invoices for settlement payments" | | |
| DTX-692 | | FRX-AT-04617100 | FRX-AT-04617103 | 1/8/2010 | Email: "FW: Payment required under memantine settlement agreements" | | |
| DTX-702 | | FRX-AT-04617113 | FRX-AT-04617113 | 3/18/2010 | Excel: "Lexapro Generic Analysis HS - Mylan 40% Share - Wt COGS 03 2010 Years 1 and 2 (70-30 Split) with Lundbeck Share - no generic.xls" | | Yes |
| DTX-703 | | FRX-AT-04617120 | FRX-AT-04617120 | 1/16/2010 | Excel: "LX Medicaid Liability post LOEv5 (JF with full 40% profit share).xls" | | Yes |
| DTX-704 | | FRX-AT-04617121 | FRX-AT-04617121 | 1/20/2010 | Excel: "LX Medicaid Liability post LOEv6 40% Mylan (JF with full 40% profit share) (Wt COGS).xls" | | Yes |
| DTX-705 | | FRX-AT-04617122 | FRX-AT-04617122 | 1/19/2010 | Excel: "LX Medicaid Liability post LOEv6 40% Mylan (JF with full 40% profit share).xls" | | Yes |
| DTX-706 | | FRX-AT-04617123 | FRX-AT-04617123 | 1/20/2010 | Excel: "LX Medicaid Liability post LOEv6 50% Mylan (JF with full 40% profit share) (Wt COGS).xls" | | Yes |
| DTX-707 | | FRX-AT-04617124 | FRX-AT-04617124 | 1/19/2010 | Excel: "LX Medicaid Liability post LOEv6 50% Mylan (JF with full 40% profit share).xls" | | Yes |
| DTX-708 | | FRX-AT-04617125 | FRX-AT-04617125 | 3/18/2010 | Excel: "LX Medicaid Liability post LOEv7 (JF 2 year outlook) with no generic.xls" | | Yes |
| DTX-709 | | FRX-AT-04617129 | FRX-AT-04617129 | 3/18/2010 | Document: "Lexapro Generic Analysis - New Split 03 18 2010.PDF" | | |
| DTX-710 | | FRX-AT-04617130 | FRX-AT-04617130 | 3/18/2010 | Document: "Lexapro Generic Analysis - No Generic in Year 2  03 18 2010.pdf" | | |
| DTX-711 | | FRX-AT-04617107 | FRX-AT-04617107 | 11/30/2007 | Excel:  "API Costs.xls" | | |
| DTX-712 | | FRX-AT-04617109 | FRX-AT-04617109 | 1/20/2010 | Excel: "Lexapro COGS Analysis (API-Manufacturing-Packaging).xls" | | |
| DTX-713 | | FRX-AT-04617110 | FRX-AT-04617110 | 4/12/2010 | Excel: "Lexapro Excipient Costs.xls" | | |
| DTX-715 | | FRX-AT-04617771 | FRX-AT-04617775 | 3/17/2010 | Email: "Lexapro Analysis" | | Yes |
| DTX-727 | | FRX-AT-03655976 | FRX-AT-03655984 | 5/31/2011 | Email: "Weekly Report" | | |
| DTX-754 | | FRX-AT-04623830 | FRX-AT-04623832 | 8/26/2011 | Email:  "Re: Mylan/Forest Escitalopram Tech Transfer Working Group Core Team Notification of CBE-30 Submission" | | |
| DTX-755 | | FRX-AT-04624100 | FRX-AT-04624109 | 10/19/2011 | Email: "Mylan/Forest Escitalopram Tech Transfer Working Group Core Team Meeting Minutes - October 6 - Final" | | |
| DTX-765 | Carnevale Ex. 6 | FRX-AT-04340547 | FRX-AT-04340548 | 10/12/2009 | Email: "FW: Ceftaroline Letter of Intent & Term Sheet" | 402, 403, 404, 802 | |
| DTX-766 | | FRX-AT-04617531 | FRX-AT-04617535 | 1/7/2010 | Email: "FW: Generic Erosion Assumptions" | | |

| Trial Ex. No. | Dep. Ex. # | Beg Bates | End Bates | Date | Doc Description | Objections | Includes Electronic File(s) |
|---|---|---|---|---|---|---|---|
| DTX-774 | | FRX-AT-04617591 | FRX-AT-04617593 | 1/14/2010 | Email: "RE: Authorized Generic Lexapro / Mylan" | | |
| DTX-775 | | FRX-AT-04617703 | FRX-AT-04617707 | 1/20/2010 | Email: "Mylan Mtg Next Week" | | |
| DTX-777 | | FRX-AT-04566883 | FRX-AT-04566943 | 3/31/2006 | Form 10-K for Forest Laboratories, Inc. F/Y/E March 31, 2006 | Untimely | |
| DTX-778 | | FRX-AT-03515775 | FRX-AT-03515828 | 7/26/2010 | Letter from Forest providing to the FTC & DoJ the patent settlement agreement between Forest/ Merz and Mylan; 10/3/2005 Distribution and Supply Agreement between Alphapharm and Forest; Amendment to the Distribution and Supply Agreement between Alphapharm, Mylan and Forest dated 7/21/2010; Agreement between Forest, Merz and Mylan dated 2/18/2010 | Untimely | |
| DTX-779 | | n/a | n/a | 3/31/2007 | SEC - Forest Laboratories, Inc. Form 10-K - FYE 2007 | Untimely | |
| DTX-780 | | n/a | n/a | 3/31/2008 | SEC - Forest Laboratories, Inc. Form 10-K - FYE 2008 | Untimely | |
| DTX-781 | | n/a | n/a | 3/31/2009 | SEC - Forest Laboratories, Inc. Form10-K - FYE 2009 | Untimely | |