# EXHIBIT B

| Trial Ex. No. | Dep. Ex. # | Beg Bates | End Bates | Date | Doc Description | Objections | Includes Electronic File(s) |
|---|---|---|---|---|---|---|---|
| DTX-025 | Snyder Ex. 6 | N/A | N/A | 10/6/2017 | Document: Declaration of Julie Snyder | 802 | |
| DTX-027 | Benton (Smith Drug) Ex. 24 | N/A | N/A | 11/30/2015 | Document: NYAG Settlement Agreement | Preserving objections for the record, but understand they are admissible under the Motion in Limine Ruling: 802, 103, 602, 701, 402, 403 | |
| DTX-028 | Devlin Ex. 34 | N/A | N/A | 11/25/2015 | Press Release: "A.G. Schneiderman Announces Resolution Of Lawsuit That Protected Alzheimer's Patients From Anticompetitive Tactic Aimed At Maintaining Higher Drug Prices" | Preserving objections for the record, but understand they are admissible under the Motion in Limine Ruling: 802, HS w/in HS, 402, 403, 602 | |
| DTX-035 | PX76 (NYAG Hearing) | FRX-AT-01752159 | FRX-AT-01752159 | 11/9/2014 | Excel: "PX76 - Copy of FRX-NY-01639146 (full Namenda model).xlsx" | | Yes |
| DTX-036 | | FRX-AT-01612936 | FRX-AT-01612940 | 10/14/2013 | Email: "RE: NamendaTransitionPlan.ppt" | | Yes |
| DTX-037 | | FRX-AT-00952898 | FRX-AT-00952900 | 10/21/2013 | Email: "RE: XR erosion assumptions" | | Yes |
| DTX-039 | | FRX-AT-01608704 | FRX-AT-01608706 | 10/16/2013 | Email: "Updated Namenda model" | | Yes |
| DTX-042 | Berndt Ex. 16 | FRX-AT-01639171 | FRX-AT-01639171 | 12/23/2013 | Excel: "Namenda production forecast_10292013_Flex XR LOE 1201213 July Carolyn" | | Yes |
| DTX-043 | Lamb Ex. 16<br>Lamb Ex. 17 | FRX-AT-01639598 | FRX-AT-01639598 | 10/10/2013 | Excel: "Namenda production forecast_10082013 v3 LOE Jan17.xls" | | Yes |
| DTX-044 | Berndt Ex. 17 | FRX-AT-03729066 | FRX-AT-03729066 | 1/29/2014 | Excel: "Namenda production forecast_10292013_Flex XR LOE 12914.xlsx" | | Yes |
| DTX-045 | | FRX-AT-03732735 | FRX-AT-03732742 | 1/9/2014 | PowerPoint: "Namenda Franchise" | | |
| DTX-048 | Harper (NYAG) Ex. 11<br>Reisberg (NYAG) Ex. 4<br>DX371 (NYAG Hearing) | FRX-AT-01765949 | FRX-AT-01765950 | 6/10/2014 | Press Release: "Forest Laboratories Announces Intention to Continue Marketing Both NAMENDA TABLETS and Once-Daily NAMENDA XR Into the Fall of 2014" | | |
| DTX-049 | | FRX-AT-03694184 | FRX-AT-03694186 | 1/6/2015 | Email: "A Message from Bill Meury - Launch of Namenda XR Direct-to-Consumer Advertising Campaign" | | |
| DTX-097 | | FRX-AT-01595330 | FRX-AT-01595333 | 6/26/2013 | Email: "RE: Disconnect on market share build for XR forecast vs model" | | Yes |
| DTX-098 | | FRX-AT-01595850 | FRX-AT-01595859 | 9/13/2013 | Email: "RE: MDX-8704 (NAMENDA XR/donepezil) Forecast" | | Yes |
| DTX-105 | | FRX-AT-01611804 | FRX-AT-01611806 | 2/26/2014 | Email: "FW: latest forecast" | | Yes |
| DTX-106 | | FRX-AT-01613385 | FRX-AT-01613386 | 12/19/2013 | Email: "MDX Namenda Working Forecast LE2 090513 FINAL.xls" | | Yes |
| DTX-112 | | FRX-AT-01619280 | FRX-AT-01619281 | 11/8/2013 | Email: "Namenda production forecast_10152013_Flex XR LOE.xlsx" | | |
| DTX-115 | | FRX-AT-01639600 | FRX-AT-01639600 | 11/22/2013 | Excel: "Namenda production forecast_10152013_Flex XR LOE.xlsx" | | |

| Trial Ex. No. | Dep. Ex. # | Beg Bates | End Bates | Date | Doc Description | Objections | Includes Electronic File(s) |
|---|---|---|---|---|---|---|---|
| DTX-117 | | FRX-AT-01639602 | FRX-AT-01639602 | 10/17/2013 | Excel: "Namenda production forecast_10082013 v3 LOE Apr18.xls" | | Yes |
| DTX-120 | | FRX-AT-01655249 | FRX-AT-01655251 | 11/26/2013 | Email: "Re: Can you forward me the most current Namenda model?" | | |
| DTX-122 | | FRX-AT-01656853 | FRX-AT-01656854 | 11/8/2013 | Email: "FW: Namenda Royalty Model" | | Yes |
| DTX-127 | | FRX-AT-01671051 | FRX-AT-01671051 | 10/15/2013 | Excel: "Namenda Working Forecast LE3 100213.xls" | | Yes |
| DTX-129 | | FRX-AT-01694562 | FRX-AT-01694564 | 11/20/2013 | Document: "Namenda XR- Key Topline Findings for Caregiver Survey" | 802 and Hearsay within Hearsay | |
| DTX-131 | Lah (NYAG) Ex. 23 | FRX-AT-01726854 | FRX-AT-01726854 | 10/2/2014 | Document: Query Results from Emory Clinical Data Warehouse | | |
| DTX-134 | Lah (NYAG) Ex. 3 | FRX-AT-01726984 | FRX-AT-01726984 | 3/13/2014 | Email: "Re: Namenda" | 802 | |
| DTX-142 | Stewart (NYAG) Ex. 1 | FRX-AT-01733383 | FRX-AT-01733385 | 10/21/2014 | Document: Declaration of Robert Stewart | 402, 403, 701, 802 | |
| DTX-150 | | FRX-AT-01736857 | FRX-AT-01736874 | 10/14/2013 | Document: "Physician Survey Final Results Report" | 802 and Hearsay within Hearsay | |
| DTX-155 | | FRX-AT-01746817 | FRX-AT-01746824 | 10/17/2014 | Document: Declaration of Dr. Bruce D. Kohrman, M.D. | 402, 403, 602, 702, 802 | |
| DTX-163 | Harper (Mylan-NYAG) Ex. 12 | FRX-AT-01750242 | FRX-AT-01750244 | 2/14/2014 | Press Release: "Forest Laboratories to Discontinue NAMENDA Tablets, Focus on Once-Daily NAMENDA XR" | | |
| DTX-167 | Meury (NYAG) Ex. 1  DX720 (NYAG Hearing) | FRX-AT-01771984 | FRX-AT-01772075 | 10/21/2014 | Document: Declaration of William J. Meury | 402, 403, 602, 701, 802, CE | |
| DTX-169 | Devlin (NYAG) Ex. 3  Devlin Ex. 16 | FRX-AT-01779417 | FRX-AT-01779419 | 10/18/2013 | Email: "RE: Namenda XR Transition Project Team" | | |
| DTX-172 | | FRX-AT-01779996 | FRX-AT-01780023 | 10/20/2014 | Document: Declaration of Alan R. Jacobs | 402, 403, 602, 702, 802, CE | |
| DTX-174 | | FRX-AT-01781301 | FRX-AT-01781338 | 10/20/2014 | Document: Declaration of Barry Rovner, M.D. | 402, 403, 602, 702, 802, CE | |
| DTX-178 | | FRX-AT-01813893 | FRX-AT-01813893 | 11/25/2013 | Excel: "Namenda production forecast_10292013_Flex XR LOE 112513MAX.xlsx" | | Yes |
| DTX-179 | | FRX-AT-01819305 | FRX-AT-01819307 | 11/6/2014 | Email: "Re: Namenda XR Supply Update" | | |
| DTX-190 | | FRX-AT-01904310 | FRX-AT-01904337 | 12/31/2012 | Email: "Namenda persistency 2012 - for your review/need to circulate to upper mgmt" | 802 | |
| DTX-192 | | FRX-AT-01915218 | FRX-AT-01915233 | 10/23/2013 | Presentation: "Namenda Franchise_Physician Survey n=159 Final Results for Open-Ends 10-23-2013.pptx" | 802 and Hearsay within Hearsay | |
| DTX-243 | | FRX-AT-03570707 | FRX-AT-03570721 | 10/7/2014 | Email: "Namenda Rejection and Reversal Data - August 2014" | | |
| DTX-267 | Cremieux Ex. 1  Fowdur Ex. 23 | FRX-AT-03670529 | FRX-AT-03670532 | 12/11/2014 | Email: "Actavis Confirms District Court Ruling to Require Continued Distribution of NAMENDA IR" | | |
| DTX-268 | | FRX-AT-03671360 | FRX-AT-03671364 | 5/22/2015 | Email: "Actavis Confirms Appeals Court Ruling Requiring Continued Distribution of NAMENDA IR" | | |
| DTX-275 | | FRX-AT-03727191 | FRX-AT-03727191 | 12/6/2013 | Excel: "Namenda production forecast_10292013_Flex XR LOE 120213.xlsx" | | Yes |
| DTX-276 | | FRX-AT-03727529 | FRX-AT-03727529 | 12/17/2013 | Excel: "Namenda production forecast_10292013_Flex XR LOE 120213 July.xlsx" | | Yes |

*In re Namenda Direct Purchaser Antitrust Litigation*
1:15-cv-07488-CM-RWL
Forest's Phase 2 Exhibit List

| Trial Ex. No. | Dep. Ex. # | Beg Bates | End Bates | Date | Doc Description | Objections | Includes Electronic File(s) |
|---|---|---|---|---|---|---|---|
| DTX-277 | | FRX-AT-03727794 | FRX-AT-03727794 | 1/7/2014 | Excel: "Namenda production forecast_10292013_Flex XR LOE 120213 SepMAX.xlsx" | | Yes |
| DTX-278 | | FRX-AT-03727831 | FRX-AT-03727831 | 1/9/2014 | Excel: "Namenda production forecast_10292013_Flex XR LOE 120213 SepLOW.xlsx" | | Yes |
| DTX-281 | | FRX-AT-03731393 | FRX-AT-03731393 | 3/9/2014 | Excel: "Namenda production forecast_10292013_Flex XR LOE 120213 disrup10.xlsx" | | Yes |
| DTX-283 | | FRX-AT-03744160 | FRX-AT-03744161 | 1/12/2015 | Email: "FW: TEST - Information about NAMENDA (memantine HCl) tablets and NAMENDA XR (memantine HCl) extended-release capsules" | | |
| DTX-286 | | FRX-AT-03793252 | FRX-AT-03793288 | 11/26/2013 | PowerPoint: "Namenda XR Report of Findings: Physicians & Caregivers" | 802 and Hearsay within Hearsay | |
| DTX-287 | | FRX-AT-03793457 | FRX-AT-03793457 | 1/3/2014 | Excel: "Copy of Namenda production forecast_10292013_Flex XR LOE 112513.xlsx" | | Yes |
| DTX-290 | | FRX-AT-03799130 | FRX-AT-03799175 | Feb-14 | PowerPoint: "Corporate Overview" | | |
| DTX-297 | Lahman (Optum) Ex. 7 | FRX-AT-03929811 | FRX-AT-03929821 | 2/7/2014 | Document: "Seventh (7th) Amendment to Medicare Part D Rebate Agreement Between OptumRx, Inc. and Forest Laboratories, Inc." | | |
| DTX-298 | | FRX-AT-03941459 | FRX-AT-003941510 | 1/24/2014 | PowerPoint: "Namenda XR Report of Findings: Physicians & Caregivers & Long-term care professionals" | 802 and Hearsay within Hearsay | |
| DTX-300 | Cremieux Ex. 5  Snyder Ex. 8 | FRX-AT-03983932 | FRX-AT-03983935 | 1/14/2015 | Email: "FW: Update from previous correspondence: Information about NAMENDA® (memantine HCl) tablets and NAMENDA XR® (memantine HCl) extended-release capsules" | | |
| DTX-303 | | FRX-AT-04056937 | FRX-AT-04056938 | 4/27/2015 | Email: "FW: Namenda Online Caregiver Study-Key results highlights" | 802 and Hearsay within Hearsay | |
| DTX-305 | | FRX-AT-04199437 | FRX-AT-04199468 | 10/10/2013 | Email: "NamendaTransitionPlan2" | | |
| DTX-312 | Cremieux Ex. 7  Snyder Ex. 10 | FRX-AT-04287221 | FRX-AT-04287222 | 1/13/2015 | Press Release: " Important Information about NAMENDA (memantine HCl) tablets and NAMENDA XR (memantine HCl) extended-release capsules" | | |
| DTX-339 | Solomon Ex. 16 | FRX-AT-04610859 | FRX-AT-04611155 | 4/11/2014 | Email: "RE: Namenda IR - Marketing plans and strategic/tactical plans" | | |
| DTX-451 | Doud (RDC) Ex. 7 | RDC-NAM-003066 | RDC-NAM-003067 | 12/12/2013 | Email: "UPDATE - Pricing Report for PMC contract with Forest" | 402, 403 | |
| DTX-453 | Doud (RDC) Ex. 16 | RDC-NAM-010459 | RDC-NAM-010461 | 2/11/2014 | Email: "RE: Availability Update-NDC #0456-3407 Namenda XR 7mg 30ct" | | |
| DTX-455 | Benton (Smith Drug) Ex. 22 | SDC-NAM-000039 | SDC-NAM-000052 | 8/8/2014 | Email: "Important Namenda Information From Forest Pharmaceuticals, Inc." | | |
| DTX-459 | Benton (Smith Drug) Ex. 18 | SDC-NAM-001207 | SDC-NAM-001208 | 10/9/2015 | Email: "RE: Memantine 5mg/10mg (Texas Medicaid)" | | |
| DTX-536 | Benton (Smith Drug) Ex. 21 | N/A | N/A | Jul-13 | Document: The DrugSmith Newsletter | | |
| DTX-646 | | FRX-AT-01829191 | FRX-AT-01829192 | 1/31/2015 | Presentation: "Namenda XR slides for Actavis Board Meeting February1 (2).ppt" | 402, 403, 802 | |
| DTX-647 | | FRX-AT-01829376 | FRX-AT-01829389 | 5/4/2015 | Presentation: "Performance Tracker" | 402, 403, 802 | |
| DTX-648 | | FRX-AT-01893950 | FRX-AT-01893956 | 1/6/2015 | Email: "FW: Attention Sales Force! Important Namenda XR information" | | |

In re Namenda Direct Purchaser Antitrust Litigation
1:15-cv-07488-CM-RWL
Forest's Phase 2 Exhibit List

| Trial Ex. No. | Dep. Ex. # | Beg Bates | End Bates | Date | Doc Description | Objections | Includes Electronic File(s) |
|---|---|---|---|---|---|---|---|
| DTX-649 | | FRX-AT-01894075 | FRX-AT-01894075 | 2/12/2015 | Document: "NAMENDA XR & NAMZARIC.ppt" | 402, 403, 802 | |
| DTX-650 | | FRX-AT-01894114 | FRX-AT-01894117 | 2/20/2015 | Presentation: "Namenda Conversion Metrics 2-20.ppt" | | |
| DTX-651 | | FRX-AT-01894436 | FRX-AT-01894453 | 4/1/2015 | Presentation: "Franchise Update 4-3-15 with 2 scenarios extra.ppt" | | |
| DTX-654 | | FRX-AT-03576395 | FRX-AT-03576396 | 5/4/2015 | Document: "CY15 Namenda Marketing Plans one page.doc" | | |
| DTX-655 | | FRX-AT-03695050 | FRX-AT-03695098 | 3/3/2015 | Email: "Actavis Investor Day Transcript" | 802 | |
| DTX-656 | | FRX-AT-03695894 | FRX-AT-03695904 | 5/26/2015 | Email: "FW: Namenda XR Weekly NTB tracker w.e. 05-15-15" | | |
| DTX-657 | | FRX-AT-03743524 | FRX-AT-03743527 | 1/5/2015 | Email: "RE: NAMENDA XR DTC campaign LAUNCHES TOMORROW" | | |
| DTX-658 | | FRX-AT-03744297 | FRX-AT-03744337 | 1/14/2015 | Email: "RE: Namenda 2015 Digital Media Follow Up" | 802 | |
| DTX-659 | | FRX-AT-03745523 | FRX-AT-03745526 | 2/6/2015 | Email: "Namenda Weekly Performance Report - w.e. 1/30/15" | | Yes |
| DTX-661 | | FRX-AT-03747277 | FRX-AT-03747284 | 3/16/2015 | Email: "Namenda XR Weekly NTB Tracker w.e. 03-06-15" | | |
| DTX-663 | Cremieux Ex. 9  Fowdur Ex. 24 | FRX-AT-03749306 | FRX-AT-03749308 | 5/1/2015 | Email: "FW:Namenda Email Program Reporting (thru 6/15)" | | Yes |
| DTX-667 | | FRX-AT-03751921 | FRX-AT-03751937 | 7/8/2015 | Email: "DTC ROI" | 402, 403, 802 | |
| DTX-684 | | FRX-AT-04275693 | FRX-AT-04275698 | 11/20/2014 | Email: "RE: Connecting on news" | 802 | |
| DTX-685 | | FRX-AT-04288455 | FRX-AT-04288485 | 1/13/2015 | Email: "FW: Final Communications/Websites" | | |
| DTX-697 | | FRX-AT-04390632 | FRX-AT-04390675 | 7/27/2011 | Email: "Forest Story Deck and Speaking Points" | 802, HS w/in HS, 402 | |
| DTX-698 | | FRX-AT-03570688 | FRX-AT-03570698 | 10/2/2014 | Email: "Namenda Source of Business Report - August 2014" | | |
| DTX-699 | | FRX-AT-04052783 | FRX-AT-04052792 | 1/8/2015 | Email: "Namenda Source of Business - Nov 2014" | | |
| DTX-724 | | FRX-AT-01808512 | FRX-AT-01808513 | 6/10/2014 | Email: "FieldcommunicationJun10.doc" | | |
| DTX-732 | | FRX-AT-03745849 | FRX-AT-03745852 | 2/17/2015 | Email: "RE: Actavis 'Unconditional Love' Media Tour Audience Report - 2.17.15" | 802 | |
| DTX-734 | | FRX-AT-03748185 | FRX-AT-03748188 | 4/3/2015 | Email: "Namenda Weekly Performance Tracker - w.e. 03-27-15" | | Yes |
| DTX-735 | | FRX-AT-03752216 | FRX-AT-03752224 | 7/27/2015 | Email: "Namenda XR Weekly NTB tracker w.e. 07-17-15" | | |
| DTX-737 | | FRX-AT-03791276 | FRX-AT-03791277 | 9/1/2014 | Email: "Re: Namenda XR FAQs" | | |
| DTX-739 | | FRX-AT-03796969 | FRX-AT-03796977 | 4/21/2015 | Email: "Namenda XR Weekly NTB Tracker w.e. 04-10-15" | | |
| DTX-744 | | FRX-AT-03910611 | FRX-AT-03910631 | 3/9/2015 | Email: "Actavis_Weekly Portfolio Tracker w.e. 02/27/15" | | |
| DTX-747 | | FRX-AT-04055270 | FRX-AT-04055278 | 2/17/2015 | Email: "FW: Namenda XR Weekly NTB Tracker - w.e. 02-06-15" | | |
| DTX-748 | | FRX-AT-04055476 | FRX-AT-04055479 | 2/23/2015 | Email: "Look at these graphs!  Great momentum!" | | |
| DTX-756 | | FRX-AT-03753834 | FRX-AT-3753837 | 8/21/2015 | Email: "Namenda Franchise Weekly Update" | | |
| DTX-759 | | FRX-AT-03744744 | FRX-AT-03744746 | 1/21/2015 | Email: "FW: benchmark again linzess" | | Yes |
| DTX-762 | | FRX-AT-04055584 | FRX-AT-04055592 | 2/24/2015 | Email: "for 2:30pm discussion" | 402, 403, 802 | |
| DTX-764 | | FRX-AT-03747125 | FRX-AT-03747147 | 3/11/2015 | Email: "RE: Link for Namenda XR ad" | 802 | |
| DTX-770 | | FRX-AT-03750895 | FRX-AT-03750904 | 6/15/2015 | Email: "Namenda Weekly NTB Tracker w.e. 06-05-15" | | |
| DTX-771 | | FRX-AT-03752113 | FRX-AT-03752116 | 7/17/2015 | Email: "Namenda Weekly Performance Report w.e. 07-10-15" | | Yes |

| Trial Ex. No. | Dep. Ex. # | Beg Bates | End Bates | Date | Doc Description | Objections | Includes Electronic File(s) |
|---|---|---|---|---|---|---|---|
| DTX-772 | | FRX-AT-03749618 | FRX-AT-03749621 | 5/8/2015 | Email: "Namenda Weekly Performance Report w.e. 05-01-15" | | |
| DTX-773 | | FRX-AT-03750886 | FRX-AT-03750889 | 6/12/2015 | Email: "Namenda Weekly Performance Report w.e. 6-5-15" | | Yes |