

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONWALSH.COM
———
A LIMITED LIABILITY PARTNERSHIP

WASHINGTON, D.C. | LOS ANGELES | NEW YORK

October 4, 2019

***VIA ECF AND FEDEX DELIVERY***

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

    **Re:**    *In re Namenda Direct Purchaser Antitrust Litig.*, **15-cv-7488 (CM)**

Dear Judge McMahon:

    Pursuant to Rule VII.J. of Your Honor's Individual Practices and Procedures, Defendants respectfully submit a proposed Order (Exhibit A) authorizing attorneys and staff to bring electronic devices to court for the upcoming Final Pre-trial Conference and for the duration of trial.

                                    Respectfully submitted,

                                      Beth Wilkinson