

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WASHINGTON, D.C. | LOS ANGELES | NEW YORK

WWW.WILKINSONWALSH.COM

___

A LIMITED LIABILITY PARTNERSHIP

October 9, 2019

*VIA ECF*

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

      **Re:**    *In re Namenda Direct Purchaser Antitrust Litig.*, **15-cv-7488 (CM)**

Dear Judge McMahon:

In anticipation of tomorrow's pre-trial conference, Defendants file this letter to update the Court as to the status of the parties' continued discussions regarding objections to the exhibit list.

Based on further review and discussions with Plaintiffs, Defendants withdraw their objections to the following Plaintiffs' exhibits: PX 989, 1210, 1212, 1214, 1216, 1352, 1521. In addition, Defendants withdraw the following exhibits from Defendants' list: DX 25, 504, 505, 632, 636, 655, 697.

                        Respectfully submitted,

                        Beth Wilkinson