

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONWALSH.COM
—
A LIMITED LIABILITY PARTNERSHIP

WASHINGTON, D.C. | LOS ANGELES | NEW YORK

October 16, 2019

*VIA ECF*

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

    **Re:**    *In re Namenda Direct Purchaser Antitrust Litig.*, **15-cv-7488 (CM)**

Dear Judge McMahon:

    The Parties write jointly to apprise the Court of certain proposed corrections to the Court's admitted exhibits Order (ECF No. 886).

    Based on the Parties' review of the final pre-trial conference transcript, the thirteen exhibits identified below should also be admitted:

- DTX-320. This omission appears to be a typographical error as DTX-321 is listed twice in the Order, and the first entry describes the Court's ruling on DTX-320, *see* Tr. 52:24-54:12.

- DTX-445. The Court overruled Plaintiffs' hearsay and relevance objections and admitted the exhibit, *see* Tr. 60:9-17.

- DTX-777, -779, -780, -781. The Court overruled Plaintiffs' timeliness objections and admitted the exhibits subject to redaction, *see* Tr. 63:5-64:2.

- PX-1210, -1212, -1214, -1216, -1352. Defendants withdrew their objections to these exhibits, which were then admitted at the pretrial conference, *see* ECF No. 885; Tr. 110:24-111:10.

- PX-989, -1521. Defendants also withdrew their objections to these exhibits prior to the pretrial conference but they were not on the list of admitted documents, *see* ECF No. 885. These documents are only on Plaintiffs' Phase II exhibit list.

In addition, based on the Parties' review of the final pre-trial conference transcript, PX-181 is listed as an admitted exhibit, but the Court reserved its ruling on this exhibit, *see* Tr. 85:12-87:19.

Respectfully submitted,

Beth A. Wilkinson

CC:   Stuart E. Des Roches
      Bruce E. Gerstein