UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Namenda Direct Purchaser Antitrust Litigation | No. 15 Civ. 7488 (CM) |

McMahon, C.J.:

The Court having convened the final pretrial conference and heard the parties' objections to the Phase 1 exhibits in dispute, and amended its prior order (Dkt. No. 886) according to the parties' stipulations, the following exhibits are admitted:

- JX- 001
- JX- 002
- JX- 003
- JX- 004
- JX- 005
- JX- 006
- JX- 007
- JX- 008
- JX- 009
- JX- 010
- JX- 011
- JX- 012
- JX- 013
- JX- 014
- JX- 015
- JX- 016
- JX- 017
- JX- 018
- JX- 019
- JX- 020
- JX- 021
- JX- 022

- JX-023
- JX-024
- JX-025
- JX-026
- PX-0002
- PX-0005
- PX-0006
- PX-0008
- PX-0009
- PX-0010
- PX-0013
- PX-0015
- PX-0018
- PX-0019
- PX-0024
- PX-0030
- PX-0036
- PX-0052
- PX-0068
- PX-0080
- PX-0082
- PX-0085
- PX-0086
- PX-0087
- PX-0104
- PX-0109
- PX-0122
- PX-0128
- PX-0130
- PX-0137
- PX-0138
- PX-0140
- PX-0142
- PX-0157
- PX-0159
- PX-0160
- PX-0161
- PX-0162
- PX-0165
- PX-0167
- PX-0171

- PX- 0179
- PX- 0180
- PX- 0196
- PX- 0206
- PX- 0209
- PX- 0211
- PX- 0212
- PX- 0218
- PX- 0219
- PX- 0232
- PX- 0241
- PX- 0243
- PX- 0244
- PX- 0245
- PX- 0246
- PX- 0247
- PX- 0249
- PX- 0250
- PX- 0251
- PX- 0260
- PX- 0261
- PX- 0262
- PX- 0263
- PX- 0266
- PX- 0271
- PX- 0274
- PX- 0275
- PX- 0278
- PX- 0283
- PX- 0284
- PX- 0285
- PX- 0286
- PX- 0287
- PX- 0288
- PX- 0298
- PX- 0321
- PX- 0349
- PX- 0357
- PX- 0362
- PX- 0366
- PX- 0373

- PX- 0395
- PX- 0396 (to be admitted in substantially redacted form)
- PX- 0436
- PX- 0452
- PX- 0470
- PX- 0479
- PX- 0480
- PX- 0481
- PX- 0483
- PX- 0485
- PX- 0487
- PX- 0490
- PX- 0491
- PX- 0493
- PX- 0494
- PX- 0495
- PX- 0496
- PX- 0498
- PX- 0501
- PX- 0506
- PX- 0507
- PX- 0513
- PX- 0515
- PX- 0525
- PX- 0559
- PX- 0578
- PX- 0586
- PX- 0671
- PX- 0782
- PX- 0820
- PX- 0822
- PX- 0826
- PX- 0830
- PX- 0833
- PX- 0835
- PX- 0837
- PX- 0839
- PX- 0841
- PX- 0849
- PX- 0861
- PX- 0888

- PX- 0889
- PX- 0890
- PX- 0900
- PX- 0901
- PX- 0906
- PX- 0907
- PX- 0909
- PX- 0910
- PX- 0915
- PX- 0916
- PX- 0917
- PX- 0918
- PX- 0925
- PX- 0926
- PX- 0927
- PX- 0933
- PX- 0941
- PX- 0946
- PX- 0948
- PX- 0951
- PX- 0952
- PX- 0955
- PX- 0956
- PX- 0957
- PX- 0958
- PX- 0964
- PX- 0966
- PX- 0974
- PX- 0977
- PX- 0982
- PX- 0989
- PX- 0998
- PX- 1018
- PX- 1021
- PX- 1023
- PX- 1090
- PX- 1107
- PX- 1116
- PX- 1130
- PX- 1131
- PX- 1132

- PX- 1133
- PX- 1134
- PX- 1135
- PX- 1136
- PX- 1140
- PX- 1210
- PX- 1212
- PX- 1214
- PX- 1216
- PX- 1217
- PX- 1232
- PX- 1352
- PX- 1400
- PX- 1422
- PX- 1431
- PX- 1432
- PX- 1434
- PX- 1450
- PX- 1451
- PX- 1452
- PX- 1453
- PX- 1486
- PX- 1521
- PX- 1522
- PX- 1523
- PX- 1532
- PX- 1534 (Plaintiffs to redact information related to patent litigation settled in 2005 and not relevant to this case)
- PX- 1537
- PX- 1539
- PX- 1540
- PX- 1541
- PX- 1542
- PX- 1549
- PX- 1577
- PX- 1590
- PX- 1595
- PX- 1596
- PX- 1632
- PX- 1638
- PX- 1641

- PX- 1642
- PX- 1643
- PX- 1644
- PX- 1709
- DTX- 001
- DTX- 002
- DTX- 003
- DTX- 004
- DTX- 005
- DTX- 006
- DTX- 007
- DTX- 008
- DTX- 009
- DTX- 010
- DTX- 011
- DTX- 012
- DTX- 013
- DTX- 014
- DTX- 018
- DTX- 020
- DTX- 021
- DTX- 027 (admitted through ruling on motions *in limine* (Dkt. No. 859); Plaintiffs maintain their objection)
- DTX- 028 (admitted through ruling on motions *in limine* (Dkt. No. 859); Plaintiffs maintain their objection)
- DTX- 035
- DTX- 036
- DTX- 037
- DTX- 039
- DTX- 042
- DTX- 043
- DTX- 044
- DTX- 045
- DTX- 048
- DTX- 049
- DTX- 058
- DTX- 059
- DTX- 061
- DTX- 062
- DTX- 068
- DTX- 083
- DTX- 097
- DTX- 098

- DTX- 105
- DTX- 106
- DTX- 112
- DTX- 115
- DTX- 117
- DTX- 120
- DTX- 122
- DTX- 127
- DTX- 130
- DTX- 131
- DTX- 161
- DTX- 163
- DTX- 164
- DTX- 169
- DTX- 177
- DTX- 178
- DTX- 179
- DTX- 186 (for limited purpose of the fact of the statements re: Forest's sales projections)
- DTX- 193
- DTX- 194
- DTX- 195
- DTX- 196
- DTX- 199
- DTX- 202
- DTX- 243
- DTX- 245
- DTX- 246
- DTX- 254
- DTX- 260
- DTX- 261
- DTX- 263
- DTX- 265
- DTX- 266
- DTX- 267
- DTX- 268
- DTX- 275
- DTX- 276
- DTX- 277
- DTX- 278
- DTX- 281
- DTX- 283
- DTX- 287
- DTX- 290

- DTX-295
- DTX-296
- DTX-297
- DTX-300
- DTX-305
- DTX-309
- DTX-312
- DTX-316
- DTX-320 (limited to the last page, labeled FRX-AT-0439625)
- DTX-321
- DTX-325
- DTX-328
- DTX-337
- DTX-338
- DTX-339
- DTX-340
- DTX-341
- DTX-342
- DTX-343
- DTX-344
- DTX-345
- DTX-346
- DTX-347
- DTX-348
- DTX-349
- DTX-350
- DTX-351
- DTX-352
- DTX-353
- DTX-354
- DTX-355
- DTX-356
- DTX-357
- DTX-358
- DTX-359
- DTX-360
- DTX-365
- DTX-367
- DTX-379
- DTX-382
- DTX-383
- DTX-384
- DTX-400
- DTX-402

- DTX- 404
- DTX- 419
- DTX- 421
- DTX- 422
- DTX- 425
- DTX- 426
- DTX- 427
- DTX- 428
- DTX- 429
- DTX- 430
- DTX- 431
- DTX- 445
- DTX- 453
- DTX- 455
- DTX- 459
- DTX- 461
- DTX- 463
- DTX- 464
- DTX- 465
- DTX- 467
- DTX- 476
- DTX- 492
- DTX- 495
- DTX- 518
- DTX- 519
- DTX- 530
- DTX- 534
- DTX- 536
- DTX- 633
- DTX- 648
- DTX- 650
- DTX- 651
- DTX- 654
- DTX- 656
- DTX- 657
- DTX- 659
- DTX- 661
- DTX- 663
- DTX- 681
- DTX- 682
- DTX- 683
- DTX- 685
- DTX- 686
- DTX- 687

- DTX-692
- DTX-698
- DTX-699
- DTX-702
- DTX-703
- DTX-704
- DTX-705
- DTX-706
- DTX-707
- DTX-708
- DTX-709
- DTX-710
- DTX-711
- DTX-712
- DTX-713
- DTX-715
- DTX-724
- DTX-727
- DTX-734
- DTX-735
- DTX-737
- DTX-739
- DTX-744
- DTX-747
- DTX-748
- DTX-754
- DTX-755
- DTX-756
- DTX-759
- DTX-766
- DTX-770
- DTX-771
- DTX-772
- DTX-773
- DTX-774
- DTX-775
- DTX-777
- DTX-779
- DTX-780
- DTX-781

SO ORDERED.

Dated: October 17, 2019

_____
Chief Judge

BY ECF TO ALL PARTIES