## GARWIN GERSTEIN & FISHER LLP

BRUCE E. GERSTEIN
SCOTT W. FISHER
JOSEPH OPPER
NOAH H. SILVERMAN
KIMBERLY M. HENNINGS
ELENA K. CHAN
JONATHAN M. GERSTEIN
DAN LITVIN

COUNSELORS AT LAW
WALL STREET PLAZA
88 PINE STREET, 10TH FLOOR
NEW YORK, N.Y. 10005
TEL: (212) 398-0055
FAX: (212) 764-6620

SIDNEY L. GARWIN
(1908-1980)
--
ANNA TYDNIOUK
AAKRUTI VAKHARIA

October 18, 2019

*Via ECF*

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

> RE:     *In re Namenda Direct Purchaser Antitrust Litig.*, No. 15-cv-07488-CM-RWL

Dear Judge McMahon:

Plaintiffs respectfully request permission for Courtroom Connect to provide wired-internet access and a remote real-time feed of the transcript for Plaintiffs' counsel during the upcoming trial in this matter. These services will facilitate counsel's access to documents and will reduce the number of files and personnel brought to the Court.

We understand that Courtroom Connect is the exclusive provider of these services, does not require any of the Court's resources, operates independently of the Court's own internal network, and that their services will not require the Court to incur any costs.

If the Court approves this request, Courtroom Connect will make all necessary arrangements with the District Executive's office and networking personnel.

For Your Honor's reference, Your Honor previously approved Courtroom Connect's services in the *Veleron v. Morgan Stanley* case.  *See* 1:12-cv-05966-CM-RLE at Dkt. No. 352.

A Proposed Order is appended hereto as Exhibit A.

Respectfully submitted,


*/s/ Dan Litvin*
Dan Litvin

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE NAMENDA DIRECT PURCHASER ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>**All Direct Purchaser Actions** | **Case No. 1:15-cv-07488-CM-RWL** |

## [PROPOSED] ORDER

I hereby authorize Courtroom Connect, a Southern District of New York contracted vendor, to provide Plaintiffs in the above-captioned action with internet connectivity and remote real-time transcript feeds for the duration of trial, set to begin on Monday, October 28, 2019. Courtroom Connect may make proper arrangements with the District Executive's Office and the official court reporter. The real-time transcript feed may be viewed by Plaintiffs and their counsel at Garwin Gerstein & Fisher LLP offices.

SO ORDERED:

Dated: _____          _____
                                        Honorable Colleen McMahon
                                        United States District Judge