

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONWALSH.COM
—
A LIMITED LIABILITY PARTNERSHIP

October 18, 2019

*VIA ECF*

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

    Re:    *In re Namenda Direct Purchaser Antitrust Litig.*, **15-cv-7488 (CM)**

Dear Judge McMahon:

    Pursuant to Rule VII.J. of Your Honor's Individual Practices and Procedures, Defendants respectfully request an Order (Exhibit A) authorizing Courtroom Connect, the Courthouse's licensed vendor, to bring in equipment to hard-wire internet access in Courtroom 24A, and enable the Defendants to access real time remotely.  We also request authorization for Aquipt, an audio-visual technology vendor, to outfit the court with the equipment necessary to support Defendants' use of lavalier microphones, *see* Final PTC Tr. 148:22 - 149:2 (approving request), and an additional large screen monitor for use during opening statements and the rest of trial.

                        Respectfully submitted,

                        Beth Wilkinson