## GARWIN GERSTEIN & FISHER LLP
### COUNSELORS AT LAW
WALL STREET PLAZA
88 PINE STREET, 10TH FLOOR
NEW YORK, N.Y. 10005
TEL: (212) 398-0055
FAX: (212) 764-6620

BRUCE E. GERSTEIN
SCOTT W. FISHER
JOSEPH OPPER
NOAH H. SILVERMAN
KIMBERLY M. HENNINGS
ELENA K. CHAN
JONATHAN M. GERSTEIN
DAN LITVIN

SIDNEY L. GARWIN
(1908-1980)
--
ANNA TYDNIOUK
AAKRUTI VAKHARIA

October 25, 2019

*Via ECF*

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

      RE:    *In re Namenda Direct Purchaser Antitrust Litig.*, No. 15-cv-07488-CM-RWL

Dear Judge McMahon:

      Pursuant to the Amended Joint Stipulation Regarding the Exchange of Deposition Designations, Demonstratives, and Witness Ordering and Procedure for Resolving Objections (ECF No. 876), the Parties hereby jointly submit their objections to the designated deposition testimony of Mylan's 30(b)(6) witness Seth Silber (Exhibits A (transcript) and B (summary and objection responses)), and Forest's former in-house intellectual property attorney Eric Agovino (Exhibits C and D).  A legend defining selected objections is appended as Exhibit E.

                                         Respectfully submitted,

                                         */s/ Dan Litvin*
                                         Dan Litvin