## GARWIN GERSTEIN & FISHER LLP

BRUCE E. GERSTEIN
SCOTT W. FISHER
JOSEPH OPPER
NOAH H. SILVERMAN
KIMBERLY M. HENNINGS
ELENA K. CHAN
JONATHAN M. GERSTEIN
DAN LITVIN

COUNSELORS AT LAW
WALL STREET PLAZA
88 PINE STREET, 10TH FLOOR
NEW YORK, N.Y. 10005
TEL: (212) 398-0055
FAX: (212) 764-6620

SIDNEY L. GARWIN
(1908-1980)
--
ANNA TYDNIOUK
AAKRUTI VAKHARIA

October 25, 2019

<u>*Via ECF*</u>

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

      RE:    *In re Namenda Direct Purchaser Antitrust Litig.*, No. 15-cv-07488-CM-RWL

Dear Judge McMahon:

      Appended hereto as Exhibit A, please find Plaintiffs' proposed amended *Voir Dire* Questions.

      Respectfully submitted,

      */s/ Dan Litvin*
      Dan Litvin

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NAMENDA DIRECT PURCHASER ANTITRUST LITIGATION | No.: 1:15-CV-07488-CM-RWL |

**PLAINTIFFS' AMENDED PROPOSED VOIR DIRE QUESTIONS**

Direct Purchaser Class Plaintiffs respectfully submit the following proposed voir dire questions:

1. What was the highest the level of education you completed?

2. Do you currently work outside the home? If so, what is your job title, what do you do, and what is the name of your employer?

3. If you are retired, what was your job title, what did you do, and what was the name of your employer?

4. Does your spouse, partner, or significant other work outside the home? If so, what is that person's job title, what does he or she do, and what is the name of his or her employer?

5. Have you or has anyone close to you ever worked for any of the following companies? If so, who was it? What was his or her position? When?

   JM Smith Corporation d/b/a Smith Drug Company
   Rochester Drug Co-operative, Inc.
   Forest Laboratories, LLC
   Forest Laboratories Holdings Limited
   Actavis plc
   Allergan plc
   Mylan Pharmaceuticals, Inc.
   Merz GmbH & Co. KgaA
   Merz Pharma GmbH & Co. KgaA
   Merz Pharmaceuticals GmbH

6. Do you or does anyone close to you own stock in any of the companies listed in the previous question? If so, which one(s)?

7. Have you or has anyone close to you ever worked for any drug or pharmaceutical company? If so, what company(s) and in what positions?

8. Do you have any opinions about any of the parties in this case that I listed for you?

9. What social, environmental, civic, special interest or other organizations do you belong to or are you associated with?

10. How do you get your news?

    Television?  If so, what channels/shows?

    Radio?  If so, what stations/shows?

    Newspaper?  If so, which one(s)?

    Internet?  If so, which site(s)?

    Other (please identify)

11. How frequently do you use the Internet?  Multiple times a day?  Once a day? A few times a week?  Rarely or never?

12. Do you participate in online blogs?  Do you write your own?  Do you read other people's blogs?  Do you post comments on blogs you find interesting?  If so, which ones?

13. Do you take prescription medication? How often?

14. Have you or any member of your family ever taken any prescription medication for Alzheimer's disease?

15.  Have you or anyone in your immediate family been treated for Alzheimer's?

16. Have you or anyone in your immediate family taken Namenda or the generic version of that drug known by its chemical name memantine?

17. How often do you take generic prescription medication?

18. Have you or anyone close to you ever had a negative experience with a generic drug product?

19. How do you pay for prescription medications (respond as to any that apply)?  Out of pocket? Through insurance?  Government Program (Medicare, Medicaid)?  Other (please explain)?

20. Do you have any opinion about government regulations of drug or pharmaceutical companies in the U.S.?

21. Do you believe that generic drugs are different than brand drugs?

22. Do you have any feelings, positive or negative, about pharmaceutical or drug companies?

23. Have you had any good or bad experiences with brand pharmaceutical companies? Generic pharmaceutical companies?

24. Have you ever owned or run a business? If so, what was the business?

25. Do you have any feelings about lawsuits generally? Do you think that they are generally good? Generally bad? Or it depends on the case?

26. Do you have any feelings about class action lawsuits? Do you think that they are generally good? Generally bad? Or does it depend on the case?

27. Do you believe there is too much government regulation of business?

28. Do you have a hard time believing that companies might try to disguise illegal behavior?

29. Do you believe that all companies generally act ethically and legally?

30. Do you believe it is OK for businesses to bend or break the rules in order to keep earning money?

31. Are you, or is anyone in your family, an inventor on a patent?

32. Do you have any feelings about whether a patent issued by the Patent and Trademark Office can be found invalid even before it expires?

33. Do you or anyone close to you know or have been involved in any matter in which any person was represented by any of the firms or lawyers listed below?

| | |
|---|---|
| Berger & Montague, P.C. | Michael Hamburger |
| Faruqi & Faruqi, LLP | Ryan Johnson |
| Garwin Gerstein & Fisher, LLP | Miranda Jones |
| Heim Payne & Chorush, LLP | Peter Kohn |
| Odom & Des Roches, LLC | Chris Letter |
| Smith Segura & Raphael, LLP | Dan Litvin |
| White & Case, LLP | Joe Lukens |
| Kevin Adam | Heather McDevitt |
| William Bave, III | Ellen Noteware |
| Heather Burke | Joseph Opper |
| Peter Carney | Kristen O'Shaughnessy |
| Russ Chorush | David Raphael |
| John Chung | Susan Segura |
| Stuart DesRoches | Daniel Simons |
| Eric Enger | David F. Sorensen |
| Bruce Gerstein | Martin Toto |
| Mark Gidley | Nick Urban |

34. Have you or has any member of your family ever worked for any lawyer or law firm?

35. Have you or anyone in your immediate family ever been involved in a lawsuit?  What kind of lawsuit was it? What was the result?

36. Have you ever served on a jury?   If yes, in what court and what kind of case was it? What was the result of that lawsuit?

37. The following is a list of witnesses who may be called to testify at trial as to certain facts. Do you recognize any of these names?

| | |
|---|---|
| Eric Agovino | James Lah |
| Brian Bamberger | Bob Lahman |
| Pradeep Banerjee | Peter Ludwig |
| Jim Benton | Jinping McCormick |
| Joachim Borman | Rachel Mears |
| June Bray | Lei Meng |
| Joseph Buccafusco | William Meury |
| Robert Carnevale | Sean Moriarty |
| Maureen Cavanaugh | Bharati Nadkarni |
| Napoleon Clark | John Olney |
| Katrin Curia | LuMarie Polivka-West |
| Mark Devlin | Lauren Rabinovic |
| Steven Ferris | Barry Reisberg |
| Howard Fillit | David L. Rosen |
| James Finchen | Barry Rovner |
| Paul Spencer Fishman | Charles Ryan |
| Wolfgang Fleischhacker | Patrick Sage |
| Adda Gogoris | Brenton Saunders |
| Roman Gortelmeyer | Wolfgang Schatton |
| David Greenberg | Seth Silber |
| Kapil Gupta | Julie Snyder |
| Sanjay Gupta | David Solomon |
| Jason Harper | Robert Stewart |
| Alan Jacobs | Marco Taglietti |
| Patrick Jochum | Steven Wayne Talton |
| William Kane | Gopalakrishnan Venkatesan |
| Bruce Kohrman | Myron Weiner |
| Eugene Kolassa | Diana Wilk |

38. The following is a list of expert witnesses who may be called to testify at trial. Do you recognize any of these names?

    Dr. Ernst R. Berndt
    Alexandra Bonelli
    James Bruno
    Dr. Pierre Cremieux
    Janet K. DeLeon
    Prof. Einer Elhauge
    Dr. Martin Farlow
    Dr. Lorna Fowdur
    Philip Green
    Dr. Nathan Herrmann

    George W. Johnston, Esq.
    Dr. Russell L. Lamb
    Dr. Roberto Malinow
    Roderick R. McKelvie
    David Rosen
    Dr. Lon S. Schneider
    Professor John Thomas

39. Is there any reason why you could not decide this case fairly and impartially in accordance with the evidence presented and the law as I explain it to you?

Dated:        October 25, 2019                    */s/ Dan Litvin*
                                                  Dan Litvin

*Rochester Drug Co-Operative, Inc. and the*   *JM Smith Corporation d/b/a Smith Drug*
*Direct Purchaser Class*                      *Company and the Direct Purchaser Class*

David F. Sorensen                             Bruce E. Gerstein
Daniel C. Simons                              Joseph Opper
Phyllis Parker                                Dan Litvin
Ellen Noteware                                Kimberly M. Hennings
Nicholas Urban                                GARWIN GERSTEIN & FISHER LLP
BERGER & MONTAGUE, P.C.                       88 Pine Street, 10th Floor
1818 Market Street                            New York, NY 10005
Philadelphia, PA 19103                        Tel: (212) 398-0055
(215) 875-3000                                Fax: (212) 764-6620
(215) 875-4604 (fax)                          bgerstein@garwingerstein.com
dsorensen@bm.net                              jopper@garwingerstein.com
dsimons@bm.net                                dlitvin@garwingerstein.com


Peter Kohn                                    David C. Raphael, Jr.
Joseph T. Lukens                              Erin R. Leger
FARUQI & FARUQI, LLP                          SMITH SEGURA & RAPHAEL, LLP
1617 John F Kennedy Blvd., Suite 1550         3600 Jackson Street, Suite 111
Philadelphia, PA 19103                        Alexandria, LA 71303
(215) 277-5770                                Tel: (318) 445-4480
(215) 277-5771 (fax)                          Fax: (318) 487-1741
pkohn@faruqilaw.com                           draphael@ssrllp.com
jlukens@faruqilaw.com

                                              Stuart E. Des Roches
                                              Andrew W. Kelly
                                              Dan Chiorean
                                              ODOM & DES ROCHES, LLC
                                              650 Poydras Street, Suite 2020
                                              New Orleans, LA 70130
                                              Tel: (504) 522-0077
                                              Fax: (504) 522-0078
                                              stuart@odrlaw.com

Russ Chorush
Miranda Jones
HEIM PAYNE & CHORUSH, LLP
1111 Bagby St. Ste. 2100
Houston, TX 77002
Tel:  (713) 221-2000
Fax:  (713) 221-2021
rchorush@hpcllp.com